UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

OHIO SECURITY INSURANCE COMPANY,

                        Plaintiff,

          -against-

SOUTHWEST MARINE AND GENERAL INSURANCE
COMPANY,

                        Defendant.

--------------------------------------------------------------------x

Civil Action No.:
1:24-cv-08267-JSR

**DECLARATION IN
SUPPORT OF MOTION FOR
<u>SUMMARY JUDGMENT</u>**

     **JEFFREY HOLMES**, pursuant to 28 U.S.C. § 1746, declares as follows:

     1.     I am a Senior Claims Resolution Specialist IV for plaintiff OHIO

SECURITY INSURANCE COMPANY ("Ohio Security"); as such, I am fully familiar with the

facts and circumstances set forth herein.

     2.     I submit this declaration in support of Ohio Security's motion for an Order

granting summary judgment as follows:  (1) determining and declaring that defendant

SOUTHWEST MARINE AND GENERAL INSURANCE COMPANY ("Southwest Marine")

owes 620 W 153 Realty LLC ("620"), On Star Management LLC ("On Star"), and Batco

Associates, LLC ("Batco"), a duty to defend and indemnify for the underlying action known as

<u>Andrea Lisseth Armijos Abad v. 620 W 153 Realty LLC and On Star Management LLC</u>, Index

No. 520767/2022, commenced in the Supreme Court of the State of New York, County of Kings

(the "Underlying Action"); (2) determining and declaring that Southwest Marine's coverage for

620, On Star, and Batco is primary to coverage owed to 620, On Star, and Batco by Ohio

Security; (3) granting a money judgment in favor of Ohio Security and against Southwest Marine

in the sum of $6,585.49 plus 9% interest per annum from August 26, 2024,[1] representing the monies paid by Ohio Security for the defense of Batco in the Underlying Action; and (4) granting such other and further relief as this Court deems just and proper, together with the cost and disbursement of this action.

3.       On or about July 21, 2022, by the filing of a Summons and Verified Complaint, Andrea Lisseth Armijos Abad ("Abad") commenced the Underlying Action.  A copy of the Summons and Verified Complaint in the Underlying Action is annexed hereto as Exhibit "C".

4.       On or about March 13, 2024, by Third-Party Summons and Verified Third-Party Complaint, 620 and On Star impleaded Batco, CMG, and GRD Safety Inc. ("GRD") into the Underlying Action.  A copy of the Verified Third-Party Complaint (without the exhibits) is annexed hereto as Exhibit "D".

5.       On or about September 30, 2024, by Second Third-Party Summons and Verified Second Third-Party Complaint, CMG impleaded EC Interiors Remodeling, Inc. ("EC Interiors") into the Underlying Action.  A copy of the Second Third-Party Complaint (without the exhibits) is annexed hereto as Exhibit "E".

6.       On January 3, 2025, by the filing of a Third Third-Party Summons and Third Third-Party Complaint, Batco commenced a third third-party action against CMG.  A copy of the Third Third-Party Complaint (without the exhibits) is annexed hereto as Exhibit "F".

7.       A copy of the Verified Bill of Particulars served on behalf of Abad in the Underlying Action is annexed hereto as Exhibit "G".

---

[1] August 26, 2024 represents the mid-date between the date of the first invoice, April 26, 2024, and the last invoice, December 27, 2024.

8.      On February 5, 2025, the parties in the Underlying Action filed a Stipulation to Amend Pleadings to grant Abad leave to file and serve a Supplemental Summons and Amended Verified Complaint to assert a direct claim against Batco, GRD and CMG.  A copy of the Stipulation to Amend Pleadings is annexed hereto as Exhibit "H".

9.      Ohio Security issued a Commercial General Liability policy, No. BKS (23) 63 35 91 32, with a policy period from June 8, 2022, to June 8, 2023, to Batco, as Named Insured (the "Ohio Security Policy").  A copy of the Ohio Security Policy (with irrelevant premium information redacted) is annexed hereto as Exhibit "I".

10.     By letter dated June 7, 2023, Ohio Security tendered the defense and indemnity of Batco, 620 and On Star to Southwest Marine for the Underlying Action.  A copy of this letter is annexed hereto as Exhibit "J".

11.     By email dated June 14, 2023, Co-Action Specialty Insurance Group, on behalf of Southwest Marine, acknowledged the June 7, 2023 tender, but declined to accept the tender at that time, advising that it was still investigating the matter.  A copy of this email is annexed hereto as Exhibit "K".

12.     Ohio Security followed up on the June 7, 2023 tender by emails dated June 16, 2023 and August 9, 2023.  See Exhibit "K".

13.     By letter dated August 8, 2024, Jaffe & Asher LLP, on behalf of Ohio Security, re-tendered the defense and indemnity of Batco, 620, and On Star to Southwest Marine. A copy of this letter is annexed hereto as Exhibit "L".

14.     No tender response has been received from Southwest Marine, except an email dated September 17, 2024 from claims examiner Illona Ring, advising that "We are currently investigating this matter; I will provide a response as soon as possible".  A copy of this

email is annexed hereto as Exhibit "M".

     15.    As a result of Southwest Marine's breach of its duty to defend, Ohio Security has been forced to drop down and provide a defense to Batco for the Underlying Action.

     16.    As of December 27, 2024, Ohio Security paid $6,585.49 in defense costs in defending Batco in the Underlying Action. A copy of said defense costs billings is annexed hereto as Exhibit "N".

     17.    On April 24, 2025, the deposition of Abad in the Underlying Action took place. A copy of Abad's April 24, 2025, deposition transcript is annexed hereto as Exhibit "O".

**WHEREFORE**, this Court should grant Ohio Security's motion for summary judgment in all respects.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 20, 2025, in _Grafton_, _Wisconsin_.

JEFFREY HOLMES

4