# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------------X
ANDREA LISSETH ARMIJOS ABAD,

                    Plaintiff,

                -against-

620 W 153 REALTY LLC and ON STAR
MANAGEMENT LLC,

                    Defendants.
------------------------------------------------------------------------X

Index No.:

**SUMMONS**

Plaintiff designates KINGS
County as the place of trial.

The basis of venue is:
Defendant's residence
4118 14th Avenue, Suite 114
Brooklyn, New York 11219

**To the above-named Defendants**

      **You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorneys within twenty days after the services of this summons exclusive of the day of service, where service is made by delivery upon you personally within the state, or within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, New York
       July 21, 2022

                                       Yours, etc.,
                                       **WILLIAM SCHWITZER & ASSOCIATES, P.C.**

                                       _____
                                       By: Christopher W. Drake, Esq.
                                       *Attorneys for Plaintiff*
                                       ANDREA LISSETH ARMIJOS ABAD
                                       820 Second Avenue, 10th Floor
                                       New York, New York 10017
                                       (212) 683-3800
                                       File No.: SMSC22-040

TO:

620 W 153 REALTY LLC
40 Oser Avenue, Suite 4
Hauppauge, New York 11788

ON STAR MANAGEMENT LLC
4118 14th Avenue, Suite 114
Brooklyn, New York 11219

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------X
ANDREA LISSETH ARMIJOS ABAD,

    Plaintiff,

  -against-

620 W 153 REALTY LLC and ON STAR
MANAGEMENT LLC,

    Defendants.
-------------------------------------------------------------------X

Index No.:

**VERIFIED COMPLAINT**

  Plaintiff, ANDREA LISSETH ARMIJOS ABAD, by her attorneys, WILLIAM SCHWITZER & ASSOCIATES, P.C., as and for a cause of action alleges upon information and belief as follows:

1. At all the times herein mentioned, Plaintiff, ANDREA LISSETH ARMIJOS ABAD, was and still is a resident of the County of Queens, City and State of New York.

2. That on or about July 15, 2022, and upon information and belief, the Defendant, 620 W 153 REALTY LLC, was and still is a domestic corporation organized and existing under and by virtue of the laws of the State of New York.

3. That on or about July 15, 2022, and upon information and belief, the Defendant, 620 W 153 REALTY LLC, was and still is a foreign corporation authorized to do business under and by virtue of the laws of the State of New York.

4. That on or about July 15, 2022, and upon information and belief, the Defendant, 620 W 153 REALTY LLC, was a company organized and existing under and by virtue of the laws of the State of New York.

5. That on or about July 15, 2022, and upon information and belief, the Defendant, 620 W 153 REALTY LLC, maintained a principal place of business in the State of New York.

6. That on or about July 15, 2022, and upon information and belief, the Defendant, 620 W 153 REALTY LLC, owned the premises located at 620 West 153rd Street, County, City and State of New York.

7. That on or about July 15, 2022, and upon information and belief, the Defendant, 620 W 153 REALTY LLC, operated the premises located at 620 West 153rd Street, County, City and State

of New York.

8. That on or about July 15, 2022, and upon information and belief, the Defendant, 620 W 153 REALTY LLC, maintained the premises located at 620 West 153rd Street, County, City and State of New York.

9. That on or about July 15, 2022, and upon information and belief, the Defendant, 620 W 153 REALTY LLC, managed the premises located at 620 West 153rd Street, County, City and State of New York.

10. That on or about July 15, 2022, and upon information and belief, the Defendant, 620 W 153 REALTY LLC, controlled the premises located at 620 West 153rd Street, County, City and State of New York.

11. That on or about July 15, 2022, and upon information and belief, the Defendant, 620 W 153 REALTY LLC, supervised the premises located at 620 West 153rd Street, County, City and State of New York.

12. That on or about July 15, 2022, the Defendant, 620 W 153 REALTY LLC, leased the premises located at 620 West 153rd Street, County, City and State of New York.

13. That on or about July 15, 2022, and upon information and belief, the Defendant, 620 W 153 REALTY LLC, was a sublessor of the premises located at 620 West 153rd Street, County, City and State of New York.

14. That on or about July 15, 2022, and upon information and belief, the Defendant, 620 W 153 REALTY LLC, was a sublessee of the premises located at 620 West 153rd Street, County, City and State of New York.

15. That on or about July 15, 2022, and upon information and belief, the Defendant, 620 W 153 REALTY LLC, was an assignor of a lease at the premises located at 620 West 153rd Street, County, City and State of New York.

16. That on or about July 15, 2022, and upon information and belief, the Defendant, 620 W 153 REALTY LLC, was an assignee of a lease at the premises located at 620 West 153rd Street, County, City and State of New York.

17. That at all the times hereinafter alleged, and upon information and belief, prior to July 15, 2022, the Defendant, 620 W 153 REALTY LLC, entered into an agreement and/or arrangement to provide and perform certain work, labor and/or services at the premises located at 620 West 153rd Street, County, City and State of New York.

18. That at all the times hereinafter alleged, and upon information and belief, prior to July 15, 2022, the Defendant, 620 W 153 REALTY LLC, entered into a contract to provide and perform certain work, labor and/or services at the premises located at 620 West 153rd Street, County, City and State of New York.

19. That on or about July 15, 2022, and upon information and belief, the Defendant, 620 W 153 REALTY LLC, was performing certain work, labor and/or services at the premises located at 620 West 153rd Street, County, City and State of New York.

20. That on or about July 15, 2022, and upon information and belief, the Defendant, 620 W 153 REALTY LLC, was the general contractor for certain work, labor and/or services performed at the premises located at 620 West 153rd Street, County, City and State of New York.

21. That on or about July 15, 2022, and upon information and belief, the Defendant, 620 W 153 REALTY LLC, was the project manager for certain work, labor and/or services performed at the premises located at 620 West 153rd Street, County, City and State of New York.

22. That on or about July 15, 2022, and upon information and belief, the Defendant, 620 W 153 REALTY LLC, was a contractor for certain work, labor and/or services performed at the premises located at 620 West 153rd Street, County, City and State of New York.

23. That on or about July 15, 2022, and upon information and belief, the Defendant, 620 W 153 REALTY LLC, by its agents, servants and employees directed, supervised and controlled all of the work and/or services performed at the premises located at 620 West 153rd Street, County, City and State of New York.

24. That at all the times hereinafter alleged, and upon information and belief, prior to July 15, 2022, the Defendant, 620 W 153 REALTY LLC, hired various entities to provide and perform certain work, labor and/or services at the premises located at 620 West 153rd Street, County, City

and State of New York.

25. That on or about July 15, 2022, and upon information and belief, the Defendant, ON STAR MANAGEMENT LLC, was and still is a domestic corporation organized and existing under and by virtue of the laws of the State of New York.

26. That on or about July 15, 2022, and upon information and belief, the Defendant, ON STAR MANAGEMENT LLC, was and still is a foreign corporation authorized to do business under and by virtue of the laws of the State of New York.

27. That on or about July 15, 2022, and upon information and belief, the Defendant, ON STAR MANAGEMENT LLC, was a company organized and existing under and by virtue of the laws of the State of New York.

28. That on or about July 15, 2022, and upon information and belief, the Defendant, ON STAR MANAGEMENT LLC, maintained a principal place of business in the State of New York.

29. That on or about July 15, 2022, and upon information and belief, the Defendant, ON STAR MANAGEMENT LLC, owned the premises located at 620 West 153rd Street, County, City and State of New York.

30. That on or about July 15, 2022, and upon information and belief, the Defendant, ON STAR MANAGEMENT LLC, operated the premises located at 620 West 153rd Street, County, City and State of New York.

31. That on or about July 15, 2022, and upon information and belief, the Defendant, ON STAR MANAGEMENT LLC, maintained the premises located at 620 West 153rd Street, County, City and State of New York.

32. That on or about July 15, 2022, and upon information and belief, the Defendant, ON STAR MANAGEMENT LLC, managed the premises located at 620 West 153rd Street, County, City and State of New York.

33. That on or about July 15, 2022, and upon information and belief, the Defendant, ON STAR MANAGEMENT LLC, controlled the premises located at 620 West 153rd Street, County, City and State of New York.

34. That on or about July 15, 2022, and upon information and belief, the Defendant, ON STAR MANAGEMENT LLC, supervised the premises located at 620 West 153rd Street, County, City and State of New York.

35. That on or about July 15, 2022, the Defendant, ON STAR MANAGEMENT LLC, leased the premises located at 620 West 153rd Street, County, City and State of New York.

36. That on or about July 15, 2022, and upon information and belief, the Defendant, ON STAR MANAGEMENT LLC, was a sublessor of the premises located at 620 West 153rd Street, County, City and State of New York.

37. That on or about July 15, 2022, and upon information and belief, the Defendant, ON STAR MANAGEMENT LLC, was a sublessee of the premises located at 620 West 153rd Street, County, City and State of New York.

38. That on or about July 15, 2022, and upon information and belief, the Defendant, ON STAR MANAGEMENT LLC, was an assignor of a lease at the premises located at 620 West 153rd Street, County, City and State of New York.

39. That on or about July 15, 2022, and upon information and belief, the Defendant, ON STAR MANAGEMENT LLC, was an assignee of a lease at the premises located at 620 West 153rd Street, County, City and State of New York.

40. That at all the times hereinafter alleged, and upon information and belief, prior to July 15, 2022, the Defendant, ON STAR MANAGEMENT LLC, entered into an agreement and/or arrangement to provide and perform certain work, labor and/or services at the premises located at 620 West 153rd Street, County, City and State of New York.

41. That at all the times hereinafter alleged, and upon information and belief, prior to July 15, 2022, the Defendant, ON STAR MANAGEMENT LLC, entered into a contract to provide and perform certain work, labor and/or services at the premises located at 620 West 153rd Street, County, City and State of New York.

42. That on or about July 15, 2022, and upon information and belief, the Defendant, ON STAR MANAGEMENT LLC, was performing certain work, labor and/or services at the premises located

at 620 West 153rd Street, County, City and State of New York.

43. That on or about July 15, 2022, and upon information and belief, the Defendant, ON STAR MANAGEMENT LLC, was the general contractor for certain work, labor and/or services performed at the premises located at 620 West 153rd Street, County, City and State of New York.

44. That on or about July 15, 2022, and upon information and belief, the Defendant, ON STAR MANAGEMENT LLC, was the project manager for certain work, labor and/or services performed at the premises located at 620 West 153rd Street, County, City and State of New York.

45. That on or about July 15, 2022, and upon information and belief, the Defendant, ON STAR MANAGEMENT LLC, was a contractor for certain work, labor and/or services performed at the premises located at 620 West 153rd Street, County, City and State of New York.

46. That on or about July 15, 2022, and upon information and belief, the Defendant, ON STAR MANAGEMENT LLC, by its agents, servants and employees directed, supervised and controlled all of the work and/or services performed at the premises located at 620 West 153rd Street, County, City and State of New York.

47. That at all the times hereinafter alleged, and upon information and belief, prior to July 15, 2022, the Defendant, ON STAR MANAGEMENT LLC, hired various entities to provide and perform certain work, labor and/or services at the premises located at 620 West 153rd Street, County, City and State of New York.

48. That on or about July 15, 2022, certain work, labor and/or services was being performed at the premises located at 620 West 153rd Street, County, City and State of New York.

49. That on or about July 15, 2022, the Plaintiff, ANDREA LISSETH ARMIJOS ABAD, was lawfully working on the premises located at 620 West 153rd Street, County, City and State of New York.

50. That on or about July 15, 2022, while the Plaintiff, ANDREA LISSETH ARMIJOS ABAD, was on the aforesaid premises, she was caused to fall from a height/ladder while performing labor law protected work.

51. That on or about July 15, 2022, while the Plaintiff, ANDREA LISSETH ARMIJOS ABAD,

was on the aforesaid premises, she was caused to be injured when she fell from a height/ladder.

52. That on or about July 15, 2022, the Plaintiff was caused to be injured as a result of height/elevation related risks and due to Defendants failure to provide adequate and proper protection against the hazards of falling.

53. The aforesaid accident and the injuries resulting therefrom were due to the careless, reckless and negligent manner in which the Defendants owned, managed, maintained, controlled, operated, performed and supervised the aforesaid premises and/or the construction work being done on the aforesaid premises, without the Plaintiff in any way contributing thereto.

54. The Defendants herein were careless, reckless and negligent in that they violated their duties to persons lawfully on the aforesaid premises and to this Plaintiff in particular, in knowingly, permitting, suffering and allowing the aforesaid premises to be, become and remain in a defective, unsafe and dangerous condition; in knowingly permitting, suffering and allowing Plaintiff to work in an unsafe work place; and were further negligent in failing to take suitable precautions for the safety of persons lawfully on the aforesaid premises.

55. The aforesaid accident and the injuries resulting therefrom were caused by the Defendants, their agents, servants and/or employees failure and omission to provide the Plaintiff with a safe place to work.

56. That by reason of the foregoing and the negligence of the Defendants, the Plaintiff, ANDREA LISSETH ARMIJOS ABAD, was severely injured, bruised and wounded, suffered, still suffers and will continue to suffer for some time physical pain and bodily injuries and became sick, sore, lame and disabled.

57. That by reason of the foregoing, the Plaintiff, ANDREA LISSETH ARMIJOS ABAD, was compelled to and did necessarily require medical aid and attention, and did necessarily pay and become liable therefore for medicines and upon information and belief, the Plaintiff will necessarily incur similar expenses.

58. That by reason of the foregoing, the Plaintiff, ANDREA LISSETH ARMIJOS ABAD, has been unable to attend to her usual occupation in the manner required, sustaining loss of wages

and suffer loss of earnings in the future.

59. One or more of the exceptions of §1602 of the Civil Practice Laws and Rules applies to the within action.

60. That as a result of the foregoing, the Plaintiff, ANDREA LISSETH ARMIJOS ABAD, has been damaged in a sum which exceeds the jurisdictional limits of all lower courts.

## AS AND FOR THE SECOND CAUSE OF ACTION

61. Plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1 through 60 inclusive, with the same force and effect as though more fully set forth at length herein.

62. That the Defendants failed to provide Plaintiff with a safe place to work.

63. That the Defendants violated § 200, 240(1) and 241(6) of the New York Labor Law.

64. That the Defendants violated the applicable sections of the Industrial Code of the State of New York.

65. That as a result of the foregoing, the Plaintiff, ANDREA LISSETH ARMIJOS ABAD, has suffered and continues to suffer damages in a sum which exceeds the jurisdictional limits of all lower courts.

**WHEREFORE**, Plaintiff, ANDREA LISSETH ARMIJOS ABAD, demands judgment against the Defendants for the First Cause of Action in excess of the jurisdictional amounts of the lower Courts, and for the Second Cause of Action in excess of the jurisdictional amounts of the lower Courts, together with the costs and disbursements of this action.

Dated: New York, New York
July 21, 2022

Yours, etc.,
**WILLIAM SCHWITZER & ASSOCIATES, P.C.**

By: Christopher W. Drake, Esq.
*Attorneys for Plaintiff*
ANDREA LISSETH ARMIJOS ABAD
820 Second Avenue, 10th Floor
New York, New York 10017
(212) 683-3800
File No.: SMSC22-040

## ATTORNEY'S VERIFICATION

I, Christopher W. Drake, Esq., an attorney duly admitted to practice in the Courts of the State of New York, hereby affirms the following to be true under the penalty of perjury:

That I am associated with the firm WILLIAM SCHWITZER & ASSOCIATES, P.C., the attorneys for the Plaintiff in the within action and as such, I am fully familiar with the facts and circumstances surrounding this matter based upon my review of the contents of the file maintained by this office.

That I have read the foregoing **SUMMONS AND COMPLAINT** and know the contents thereof; that the same is true to my own knowledge except as to the matters therein stated to be alleged upon information and belief; and, as to those matters, I believe them to be true.

That the reason this verification is made by your affirmant and not by the Plaintiff is that the Plaintiff does not reside within the county in which my office is maintained.

That the grounds for your affirmant's belief as to all matters not stated upon my own knowledge are as follows: facts, investigations, reports, records, and documents contained in Plaintiff's file maintained by your affirmant's office.

Dated: New York, New York
July 21, 2022

_____
Christopher W. Drake, Esq.

Index No.:
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

ANDREA LISSETH ARMIJOS ABAD,

        Plaintiff,

  -against-

620 W 153 REALTY LLC and ON STAR MANAGEMENT LLC,

        Defendants.

## SUMMONS AND VERIFIED COMPLAINT

**WILLIAM SCHWITZER & ASSOCIATES, P.C.**
*Attorneys for Plaintiff*
820 Second Avenue, 10th Floor
New York, New York 10017
(212) 683-3800
Fax: (212) 685-2356