# EXHIBIT H

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------------X
ANDREA LISSETH ARMIJOS ABAD,

      Plaintiffs,

  -against-

620 W 153 REALTY LLC and ON STAR MANAGEMENT LLC,

      Defendants.
------------------------------------------------------------------------X
620 W 153 REALTY LLC and ON STAR MANAGEMENT LLC,

      Third-Party Plaintiffs,

  -against-

BATCO ASSOCIATES LLC, GRD SAFETY INC. and CMG IMPROVEMENTS, INC.,

      Third-Party Defendants.
------------------------------------------------------------------------X
CMG IMPROVEMENTS, INC.,

      Second Third-Party Plaintiff,

  -against-

EC INTERIORS REMODELING INC.,

      Second Third-Party Defendant.
------------------------------------------------------------------------X
BATCO ASSOCIATES LLC,

      Third Third-Party Plaintiff,

  -against-

CMG IMPROVEMENTS, INC.,

      Third Third-Party Defendant.
------------------------------------------------------------------------X

Index No.: 520767/2022

**SO-ORDERED STIPULATION TO AMEND PLEADINGS**

**IT IS STIPULATED AND AGREED**, that on the consent of all parties, the Plaintiff is hereby granted leave to electronically file and serve the Supplemental Summons and Amended Verified Complaint, so as to assert a claim against Third-Party Defendants, BATCO ASSOCIATES LLC, GRD SAFETY INC. and CMG IMPROVEMENTS, INC., and;

**IT IS FURTHER STIPULATED AND AGREED** that the amended caption will read as follows:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------------X   Index No.: 520767/2022
ANDREA LISSETH ARMIJOS ABAD,

        Plaintiffs,

   -against-

620 W 153 REALTY LLC, ON STAR MANAGEMENT LLC, BATCO ASSOCIATES LLC, GRD SAFETY INC. and CMG IMPROVEMENTS, INC.,

        Defendants.
------------------------------------------------------------------------X
620 W 153 REALTY LLC and ON STAR MANAGEMENT LLC,

        Third-Party Plaintiffs,

   -against-

BATCO ASSOCIATES LLC, GRD SAFETY INC. and CMG IMPROVEMENTS, INC.,

        Third-Party Defendants.
------------------------------------------------------------------------X
CMG IMPROVEMENTS, INC.,

        Second Third-Party Plaintiff,

   -against-

EC INTERIORS REMODELING INC.,

    Second Third-Party Defendant.
-------------------------------------------------------------------------X
BATCO ASSOCIATES LLC,

    Third Third-Party Plaintiff,

  -against-

CMG IMPROVEMENTS, INC.,

    Third Third-Party Defendant.
-------------------------------------------------------------------------X

  **IT IS FURTHER STIPULATED AND AGREED**, this stipulation may be electronically signed and filed in counterparts, and those electronic signatures shall be deemed original.

Dated: April 23, 2025
    New York, New York

*Alyssa Poley*
_____
By: Alyssa Poley, Esq.
WILLIAM SCHWITZER &
ASSOCIATES, P.C.
*Attorneys for the Plaintiff*
820 Second Avenue, 10th Floor
New York, New York 10017
(212) 683-3800

*Alexa Rissoff*
_____
By: Alexa Rissoff, Esq.
WOOD SMITH HENNING & BERMAN LLP
*Attorneys for Defendants*
620 W 153 REALTY LLC and ON STAR
MANAGEMENT LLC
685 Third Avenue, 18th Floor
New York, New York 10017
(212) 999-7103

*Brian Liferiedge*
_____
By: Brian Liferiedge, Esq.
GILBERT, MCGINNIS & LIFERIEDGE
*Attorneys for Third-Party Defendant/*
*Third Third-Party Plaintiff*
BATCO ASSOCIATES LLC
10 Bank Street, Suite 1200
White Plains, New York 10606
(212) 487-9701

*Murad Sardar*
_____
By: Murad Sardar, Esq.
MOLOD SPITZ & DeSANTIS, P.C.
*Attorneys for Third-Party Defendant*
GRD SAFETY INC.
1430 Broadway, 21st Floor
New York, New York
(212) 869-3200

*Erica R. Lerner*
_____
By: Erica R. Lerner, Esq.
PILLINGER MILLER TARALLO LLP
*Attorneys for Third-Party Defendant/*
*Third Third-Party Defendant*
CMG IMPROVEMENTS, INC.
555 Taxter Road, Suite 500
Elmsford, New York 10523
(914) 703-6300

**NO APPEARANCE:**
EC INTERIOR REMODELING INC.

**SO ORDERED:**

_____
**J. S. C**