# EXHIBIT I

## Liberty Mutual. INSURANCE

*Coverage is Provided In*
Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

### Policy Change Endorsement

Policy Number:
**BKS (23) 63 35 91 32**
Policy Period:
**From 06/08/2022 To 06/08/2023**
Endorsement Period:
**From 06/08/2022 to 06/08/2023**
*12:01 am Standard Time at Insured Mailing Location*

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| BATCO ASSOCIATES LLC<br>241 E SADDLE RIVER RD<br>SADDLE RIVER, NJ 07458 | (866) 655-8244<br>SMART CHOICE<br>1589 SKEET CLUB RD STE 102<br>HIGH POINT, NC 27265-8818 |

## CHANGES TO POLICY - TRANSACTION # 6

### This Policy Change Endorsement Results In A Change In The Charges As Follows:

Endorsement Effective 06/08/2022 Additional Premium     $▮
Endorsement Effective 06/08/2022 Additional NJ Guaranty Fund     ▮

Endorsement Effective 07/01/2022 With No Change In Premium

Endorsement Effective 07/01/2022 With No Change In Premium

       *Total Additional Charges*     $▮
       *Certified Acts of Terrorism Additional Charges*     $▮ *(Included)*
       *Note: This is not a bill*

### Description of Change(s)

| Issue Date | 11/17/22 | | Authorized Representative |
|---|---|---|---|

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 27 01 08**

Case 1:24-cv-08267-JSR   Document 15-7   Filed 05/23/25   Page 3 of 117

**Liberty Mutual.**
INSURANCE

Coverage is provided in
Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

**Policy Change Endorsement**

Policy Number:
**BKS   (23)  63 35 91 32**
Policy Period:
**From 06/08/2022 To 06/08/2023**
Endorsement Period:
**From 06/08/2022 to 06/08/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BATCO ASSOCIATES LLC | (866) 655-8244 |
| | SMART CHOICE |

PREMIUM ADJUSTMENTS MAY BE REFLECTED ON PRIOR
TRANSACTIONS DUE TO THE FOLLOWING OUT OF SEQUENCE
ENDORSEMENT.  LIABILITY EXPOSURES ARE AMENDED PER
THE RECENT AUDIT.

See The Revised Declarations and Declarations Schedule

| Issue Date | 11/17/22 | Authorized Representative |
|---|---|---|

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 27 01 08**                                    OHIO 00002

Case 1:24-cv-08267-JSR Document 15-7   Filed 05/23/25   Page 4 of 117

## Liberty Mutual.
### INSURANCE

*Coverage Is Provided In*
Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

### Policy Change Endorsement

Policy Number:
**BKS   (23)   63 35 91 32**

Policy Period:
**From 06/08/2022 To 06/08/2023**

Endorsement Period:
**From 06/08/2022 to 06/08/2023**
*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BATCO ASSOCIATES LLC | (866) 655-8244<br>SMART CHOICE |

## SUMMARY OF LOCATIONS

0001 241 E Saddle River Rd, Saddle River, NJ 07458-2606

## POLICY FORMS AND ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 00 01 04 13 | Commercial General Liability Coverage Form - Occurrence |
| CG 21 06 05 14 | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - With Limited Bodily Injury Exception |
| CG 21 47 12 07 | Employment-Related Practices Exclusion |
| CG 21 67 12 04 | Fungi or Bacteria Exclusion |
| CG 21 70 01 15 | Cap on Losses from Certified Acts of Terrorism |
| CG 21 76 01 15 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| CG 21 86 12 04 | Exclusion - Exterior Insulation and Finish Systems |
| CG 21 88 01 15 | Conditional Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism (Relating to Disposition of Federal Terrorism Risk Insurance Act) |
| CG 21 96 03 05 | Silica or Silica-Related Dust Exclusion |
| CG 22 79 04 13 | Exclusion - Contractors - Professional Liability |
| CG 22 92 12 07 | Snow Plow Operations Coverage |
| CG 24 26 04 13 | Amendment of Insured Contract Definition |

| Issue Date | 11/17/22 | Authorized Representative |
|---|---|---|

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 27 01 08**

OHIO 00003

Case 1:24-cv-08267-JSR   Document 15-7   Filed 05/23/25   Page 5 of 117



Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

**Policy Change Endorsement**

Policy Number:
**BKS (23) 63 35 91 32**
Policy Period:
**From 06/08/2022 To 06/08/2023**
Endorsement Period:
**From 06/08/2022 to 06/08/2023**
*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BATCO ASSOCIATES LLC | (866) 655-8244 |
| | SMART CHOICE |

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 26 20 10 93 | New Jersey Changes - Loss Information |
| CG 84 94 12 08 | Exclusion - Consolidated Insurance Programs Wrap-Up |
| CG 84 99 01 12 | Non-Cumulation Of Liability Limits Same Occurrence |
| CG 85 83 04 13 | Blanket Additional Insured Contractors - Products - Completed Operations |
| CG 88 10 04 13 | Commercial General Liability Extension |
| CG 88 60 12 08 | Each Location General Aggregate Limit |
| CG 88 65 12 08 | Voluntary Property Damage Extension |
| CG 88 67 12 08 | Property Damage - Borrowed Equipment - $100,000 Limit |
| CG 88 70 12 08 | Construction Project(s)-General Aggregate Limit (Per Project) |
| CG 88 72 12 08 | Off Premises Property Damage Including Care, Custody or Control |
| CG 88 77 12 08 | Medical Expense At Your Request Endorsement |
| CG 88 80 12 08 | Property Damage - Customers' Goods ($100,000 Limit) |
| CG 88 86 12 08 | Exclusion - Asbestos Liability |
| CG 89 89 07 14 | Hired Auto and Non-owned Auto Liability |
| IL 00 17 11 98 | Common Policy Conditions |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |

Issue Date          11/17/22                                         Authorized  Representative

*To report a claim,  call your Agent or 1-844-325-2467*

**DS 70 27 01 08**                                                                    OHIO 00004

Case 1:24-cv-08267-JSR  Document 15-7   Filed 05/23/25   Page 6 of 117

**Liberty Mutual.**
INSURANCE

*Coverage is provided in*
Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

**Policy Change Endorsement**

Policy Number:
**BKS   (23)  63 35 91 32**

Policy Period:
**From 06/08/2022 To 06/08/2023**

Endorsement Period:
**From 06/08/2022 to 06/08/2023**

*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BATCO ASSOCIATES LLC | (866) 655-8244 |
| | SMART CHOICE |

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| IL 01 41 09 08 | New Jersey Changes - Civil Union |
| IL 02 08 09 07 | New Jersey Changes - Cancellation and Nonrenewal |
| NP 74 26 04 13 | Notice to Policyholder Fully Earned Minimum Premium Endorsements |

Issue Date          11/17/22

Authorized  Representative

*To report a claim,  call your Agent or 1-844-325-2467*

**DS 70 27 01 08**

OHIO 00005

This page intentionally left blank.

OHIO 00006



**Liberty Mutual.**
INSURANCE



Coverage Is Provided In

Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

**Commercial   General   Liability**

**Declarations   -Revised**

Basis: Occurrence

Policy Number:

BKS    (23)   63 35 91 32

Policy Period:
**From 06/08/2022 To 06/08/2023**
*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BATCO ASSOCIATES LLC | (866) 655-8244 |
| | SMART CHOICE |

## SUMMARY OF LIMITS AND CHARGES

**Commercial General Liability Limits of Insurance**

| DESCRIPTION | LIMIT |
|---|---|
| Each Occurrence Limit | 1,000,000 |
| Damage To Premises Rented To You Limit (Any One Premises) | 300,000 |
| Medical Expense Limit (Any One Person) | 15,000 |
| Personal and Advertising Injury Limit | 1,000,000 |
| General Aggregate Limit (Other than Products - Completed Operations) | 2,000,000 |
| Products - Completed Operations Aggregate Limit | 2,000,000 |

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| General Liability Schedule Totals | ███████ |
| NJ Property - Liability Insuance Guaranty Association Surcharge | ████ |
| Certified Acts of Terrorism  Coverage | ████ |

*Total Advance Charges:* 

*Note: This is not a bill*

*To report a claim,  call  your Agent or  1-844-325-2467*

OHIO 00007

| 11/17/22 | 63359132 | N0270784 | 290 | MCAFPPNO | INSURED COPY | 001571 | PAGE   7   OF   10 |

# Liberty Mutual. INSURANCE

Coverage Is Provided In
Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

## Commercial General Liability
## Declarations Schedule -Revised

Policy Number:
**BKS (23) 63 35 91 32**
Policy Period:
**From 06/08/2022 To 06/08/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BATCO ASSOCIATES LLC | (866) 655-8244 |
| | SMART CHOICE |

## SUMMARY OF CLASSIFICATIONS  - BY LOCATION

**0001**  241 E Saddle River Rd, Saddle River, NJ 07458-2606

**Insured:** BATCO ASSOCIATES LLC

**CLASSIFICATION -** 91341
Carpentry - Interior

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | Members of LLC or LLP Payroll | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|---|
| Premise/Operations | ▮ Dollars Of Payroll | | ▮ | $▮ |
| | | Total: | | $▮ |
| Products/Completed Operations | | | ▮ | $▮ |
| | | Total: | | $▮ |

**CLASSIFICATION -** 91341
Carpentry - Interior

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | Employees Payroll | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|---|
| Premise/Operations | ▮ Dollars Of Payroll | | ▮ | $▮ |
| | | Total: | | $▮ |
| Products/Completed Operations | | | ▮ | $▮ |
| | | Total: | | $▮ |

*To report a claim, call your Agent or 1-844-325-2467*

OHIO 00008

**Liberty Mutual. INSURANCE**

Coverage Is Provided In

Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

**Commercial General Liability**

**Declarations Schedule -Revised**

Policy Number:

**BKS (23) 63 35 91 32**

Policy Period:

**From 06/08/2022 To 06/08/2023**

*12:01 am Standard Time*
*at Insured Mailing Location*

---

| Named Insured | Agent |
|---|---|
| BATCO ASSOCIATES LLC | (866) 655-8244 |
| | SMART CHOICE |

---

## SUMMARY OF CLASSIFICATIONS - BY LOCATION - continued

**CLASSIFICATION -** 91581

Contractors - Subcontracted Work - In Connection With
Construction, Reconstruction, Erection or Repair -
Not Buildings

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | Dollars Of Total Cost - if any | ■ | |
| | *Total:* | | |
| Products/Completed Operations | | ■ | |
| | *Total:* | | |

**CLASSIFICATION -** 91585

Contractors - Subcontracted Work - In Connection With
Construction, Reconstruction, Repair or Erection Of
Buildings NOC

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | Dollars Of Total Cost - if any | ■ | |
| | *Total:* | | |
| Products/Completed Operations | | ■ | |
| | *Total:* | | |

---

*To report a claim, call your Agent or 1-844-325-2467*

OHIO 00009



Coverage Is Provided In:
Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

**Commercial General Liability**
**Declarations Schedule -Revised**

Policy Number:
**BKS (23) 63 35 91 32**
Policy Period:
**From 06/08/2022 To 06/08/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BATCO ASSOCIATES LLC | (866) 655-8244 |
| | SMART CHOICE |

## SUMMARY OF OTHER COVERAGE

| COVERAGE DESCRIPTION | | PREMIUM |
|---|---|---|
| Hired Auto Liability | See Policy Forms and Endorsements List. | $▮▮▮▮ |
| Non-Owned Auto Liability | See Policy Forms and Endorsements List. | $▮▮▮▮ |
| Contractors Custom Protector Coverages | See Policy Forms and Endorsements List | $▮▮▮▮ |
| CG85830413 | Blanket Additional Insured Contractors - Products - Completed Operations | $▮▮▮▮ |

| **Commercial General Liability Schedule Total** | $▮▮▮▮ |
|---|---|

*To report a claim, call your Agent or 1-844-325-2467*

OHIO 00010

## Liberty Mutual. INSURANCE

USAA Casualty Insurance

Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

**Policy Change Endorsement**

Policy Number:
**BKS (23) 63 35 91 32**
Policy Period:
**From 06/08/2022 To 06/08/2023**
Endorsement Period:
**From 07/01/2022 to 06/08/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

| **Named Insured & Mailing Address** | **Agent Mailing Address & Phone No.** |
|---|---|
| BATCO ASSOCIATES LLC<br>241 E SADDLE RIVER RD<br>SADDLE RIVER, NJ 07458 | (866) 655-8244<br>SMART CHOICE<br>1589 SKEET CLUB RD STE 102<br>HIGH POINT, NC 27265-8818 |

## CHANGES TO POLICY - TRANSACTION # 3

## This Policy Change Endorsement Results In A Change In The Charges As Follows:

**No Change in Premium**

## Description of Change(s)

This endorsement is replacing the endorsement

issued on Aug 8 with an incorrect reference to a

Florida Insurance Guaranty Association assessment

being added to your policy. There was no

assessment added. The initial endorsement was

intended to clarify that the reference to Affinity

Discount included inadvertently printed on your

dec page when we issued your policy and should not

have appeared. We apologize for any inconvenience

this may have caused.

See The Revised Declarations and Declarations Schedule

Issue Date          08/29/22                                    Authorized Representative

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 27 01 08**

OHIO 00011



Coverage Is Provided In The
Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

**Policy Change Endorsement**

Policy Number:
**BKS  (23)  63 35 91 32**
Policy Period:
**From 06/08/2022 To 06/08/2023**
Endorsement Period:
**From 07/01/2022 to 06/08/2023**
*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BATCO ASSOCIATES LLC | (866) 655-8244 |
| | SMART CHOICE |

## SUMMARY  OF LOCATIONS

0001  241 E Saddle River Rd, Saddle River, NJ 07458-2606

## POLICY  FORMS  AND  ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 00 01 04 13 | Commercial General Liability Coverage Form - Occurrence |
| CG 21 06 05 14 | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - With Limited Bodily Injury Exception |
| CG 21 47 12 07 | Employment-Related Practices Exclusion |
| CG 21 67 12 04 | Fungi or Bacteria Exclusion |
| CG 21 70 01 15 | Cap on Losses from Certified Acts of Terrorism |
| CG 21 76 01 15 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| CG 21 86 12 04 | Exclusion - Exterior Insulation and Finish Systems |
| CG 21 88 01 15 | Conditional Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism (Relating to Disposition of Federal Terrorism Risk Insurance Act) |
| CG 21 96 03 05 | Silica or Silica-Related Dust Exclusion |
| CG 22 79 04 13 | Exclusion - Contractors - Professional Liability |
| CG 22 92 12 07 | Snow Plow Operations Coverage |
| CG 24 26 04 13 | Amendment of Insured Contract Definition |

| Issue Date | 08/29/22 | Authorized  Representative |
|---|---|---|

*To report a claim,  call  your Agent or 1-844-325-2467*

**DS 70 27 01 08**

OHIO 00012

**Liberty Mutual. INSURANCE**

*Coverage Is Extended By*
Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

### Policy Change Endorsement

Policy Number:
**BKS   (23)   63 35 91 32**
Policy Period:
**From 06/08/2022 To 06/08/2023**
Endorsement Period:
**From 07/01/2022 to 06/08/2023**
*12:01 am Standard Time at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BATCO ASSOCIATES LLC | (866) 655-8244<br>SMART CHOICE |

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 26 20 10 93 | New Jersey Changes - Loss Information |
| CG 84 94 12 08 | Exclusion - Consolidated Insurance Programs Wrap-Up |
| CG 84 99 01 12 | Non-Cumulation Of Liability Limits Same Occurrence |
| CG 85 83 04 13 | Blanket Additional Insured Contractors - Products - Completed Operations |
| CG 88 10 04 13 | Commercial General Liability Extension |
| CG 88 60 12 08 | Each Location General Aggregate Limit |
| CG 88 65 12 08 | Voluntary Property Damage Extension |
| CG 88 67 12 08 | Property Damage - Borrowed Equipment - $100,000 Limit |
| CG 88 70 12 08 | Construction Project(s)-General Aggregate Limit (Per Project) |
| CG 88 72 12 08 | Off Premises Property Damage Including Care, Custody or Control |
| CG 88 77 12 08 | Medical Expense At Your Request Endorsement |
| CG 88 80 12 08 | Property Damage - Customers' Goods ($100,000 Limit) |
| CG 88 86 12 08 | Exclusion - Asbestos Liability |
| CG 89 89 07 14 | Hired Auto and Non-owned Auto Liability |
| IL 00 17 11 98 | Common Policy Conditions |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |

Issue Date      08/29/22

Authorized Representative

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 27 01 08**

OHIO 00013



Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

**Policy Change Endorsement**

Policy Number:
**BKS (23) 63 35 91 32**
Policy Period:
**From 06/08/2022 To 06/08/2023**
Endorsement Period:
**From 07/01/2022 to 06/08/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BATCO ASSOCIATES LLC | (866) 655-8244 |
| | SMART CHOICE |

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| IL 01 41 09 08 | New Jersey Changes - Civil Union |
| IL 02 08 09 07 | New Jersey Changes - Cancellation and Nonrenewal |
| NP 74 26 04 13 | Notice to Policyholder Fully Earned Minimum Premium Endorsements |

Issue Date          08/29/22

Authorized Representative

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 27 01 08**                                                    OHIO 00014

**Liberty Mutual.**
**INSURANCE**

This Coverage Is Provided In

Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

## Commercial General Liability

## Declarations -Revised

Basis: Occurrence

Policy Number:

**BKS (23) 63 35 91 32**

Policy Period:

**From 06/08/2022 To 06/08/2023**

*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BATCO ASSOCIATES LLC | (866) 655-8244 |
| | SMART CHOICE |

## SUMMARY OF LIMITS AND CHARGES

**Commercial General Liability Limits of Insurance**

| DESCRIPTION | LIMIT |
|---|---|
| Each Occurrence Limit | 1,000,000 |
| Damage To Premises Rented To You Limit (Any One Premises) | 300,000 |
| Medical Expense Limit (Any One Person) | 15,000 |
| Personal and Advertising Injury Limit | 1,000,000 |
| General Aggregate Limit (Other than Products - Completed Operations) | 2,000,000 |
| Products - Completed Operations Aggregate Limit | 2,000,000 |

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| General Liability Schedule Totals | ████ |
| NJ Property - Liability Insuance Guaranty Association Surcharge | ████ |
| Certified Acts of Terrorism Coverage | ████ |

*Total Advance Charges:* $████

*Note: This is not a bill*

*To report a claim, call your Agent or 1-844-325-2467*

OHIO 00015

**Liberty Mutual. INSURANCE**

Coverage Is Provided In
Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

## Commercial   General   Liability
## Declarations   Schedule   -Revised

Policy Number:
**BKS   (23)   63 35 91 32**

Policy Period:
**From 06/08/2022 To 06/08/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BATCO ASSOCIATES LLC | (866) 655-8244 |
| | SMART CHOICE |

## SUMMARY  OF CLASSIFICATIONS  - BY LOCATION

**0001**   241 E Saddle River Rd, Saddle River, NJ 07458-2606

**Insured:**   BATCO ASSOCIATES LLC

**CLASSIFICATION -**   91341
Carpentry  - Interior

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | Members of LLC or LLP Payroll | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|---|
| Premise/Operations | ■ Dollars Of Payroll | | ■ | $■ |
| | | *Total:* | | $■ |
| Products/Completed  Operations | | | ■ | $■ |
| | | *Total:* | | $■ |

**CLASSIFICATION -**   91341
Carpentry  - Interior

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | Employees Payroll | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|---|
| Premise/Operations | ■ Dollars Of Payroll | | ■ | $■ |
| | | *Total:* | | $■ |
| Products/Completed  Operations | | | ■ | $■ |
| | | *Total:* | | $■ |

*To report a claim,  call  your Agent or  1-844-325-2467*

OHIO 00016

**Liberty Mutual.**
INSURANCE

Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

**Commercial   General   Liability**

**Declarations   Schedule   -Revised**

Policy Number:
**BKS   (23)   63 35 91 32**

Policy Period:
**From 06/08/2022 To 06/08/2023**
*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BATCO ASSOCIATES LLC | (866) 655-8244<br>SMART CHOICE |

## SUMMARY OF CLASSIFICATIONS  - BY LOCATION   - continued

**CLASSIFICATION -**  91581
Contractors - Subcontracted Work - In Connection With
Construction, Reconstruction, Erection or Repair -
Not Buildings

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | Dollars Of Total Cost -  if any | ▮ | |
| | | *Total:* | |
| Products/Completed  Operations | | ▮ | |
| | | *Total:* | |

**CLASSIFICATION -**  91585
Contractors - Subcontracted Work - In Connection With
Construction, Reconstruction, Repair or Erection Of
Buildings NOC

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | Dollars Of Total Cost -  if any | ▮ | |
| | | *Total:* | |
| Products/Completed  Operations | | ▮ | |
| | | *Total:* | |



Coverage Is Provided In
Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

**Commercial General Liability**
**Declarations Schedule -Revised**

Policy Number:
**BKS (23) 63 35 91 32**
Policy Period:
**From 06/08/2022 To 06/08/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BATCO ASSOCIATES LLC | (866) 655-8244 |
| | SMART CHOICE |

## SUMMARY OF OTHER COVERAGE

| COVERAGE DESCRIPTION | | PREMIUM |
|---|---|---|
| Hired Auto Liability | See Policy Forms and Endorsements List. | $▇▇ |
| Non-Owned Auto Liability | See Policy Forms and Endorsements List. | $▇▇ |
| Contractors Custom Protector Coverages | See Policy Forms and Endorsements List | $▇▇ |
| CG85830413 | Blanket Additional Insured Contractors - Products - Completed Operations | $▇▇ |

| **Commercial General Liability Schedule Total** | **$▇▇** |
|---|---|



**Liberty Mutual.**
INSURANCE

Coverage Documents, Inc.
Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

**Policy Change Endorsement**

Policy Number:
**BKS   (23)  63 35 91 32**

Policy Period:
**From 06/08/2022 To 06/08/2023**

Endorsement Period:
**From 07/01/2022 to 06/08/2023**

*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| BATCO ASSOCIATES LLC<br>241 E SADDLE RIVER RD<br>SADDLE RIVER, NJ 07458 | (866) 655-8244<br>SMART CHOICE<br>1589 SKEET CLUB RD STE 102<br>HIGH POINT, NC 27265-8818 |

## CHANGES TO POLICY - TRANSACTION # 2

### This Policy Change Endorsement Results In A Change In The Charges As Follows:

**No Change in Premium**

### Description of Change(s)

The Florida Insurance Guaranty Association (FIGA)
implemented a 2022 assessment fee that requires a
surcharge to applicable policies as of January 1,
2022. This transaction is application of the
surcharge.

See The Revised Declarations and Declarations Schedule

Issue Date        08/08/22

Authorized  Representative

*To report a claim,  call your Agent or 1-844-325-2467*

**DS 70 27 01 08**

OHIO 00019



Coverage Documents, Inc.
Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

### Policy Change Endorsement

Policy Number:
**BKS (23) 63 35 91 32**

Policy Period:
**From 06/08/2022 To 06/08/2023**

Endorsement Period:
**From 07/01/2022 to 06/08/2023**

*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BATCO ASSOCIATES LLC | (866) 655-8244 |
| | SMART CHOICE |

## SUMMARY OF LOCATIONS

0001 241 E Saddle River Rd, Saddle River, NJ 07458-2606

## POLICY FORMS AND ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 00 01 04 13 | Commercial General Liability Coverage Form - Occurrence |
| CG 21 06 05 14 | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - With Limited Bodily Injury Exception |
| CG 21 47 12 07 | Employment-Related Practices Exclusion |
| CG 21 67 12 04 | Fungi or Bacteria Exclusion |
| CG 21 70 01 15 | Cap on Losses from Certified Acts of Terrorism |
| CG 21 76 01 15 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| CG 21 86 12 04 | Exclusion - Exterior Insulation and Finish Systems |
| CG 21 88 01 15 | Conditional Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism (Relating to Disposition of Federal Terrorism Risk Insurance Act) |
| CG 21 96 03 05 | Silica or Silica-Related Dust Exclusion |
| CG 22 79 04 13 | Exclusion - Contractors - Professional Liability |
| CG 22 92 12 07 | Snow Plow Operations Coverage |
| CG 24 26 04 13 | Amendment of Insured Contract Definition |

| Issue Date | 08/08/22 | Authorized Representative |
|---|---|---|

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 27 01 08**

OHIO 00020

**Liberty Mutual.**
INSURANCE

Coverage is provided in
Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

### Policy Change Endorsement

Policy Number:
**BKS   (23)   63 35 91 32**

Policy Period:
**From 06/08/2022 To 06/08/2023**

Endorsement Period:
**From 07/01/2022 to 06/08/2023**

*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BATCO ASSOCIATES LLC | (866) 655-8244 |
| | SMART CHOICE |

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 26 20 10 93 | New Jersey Changes - Loss Information |
| CG 84 94 12 08 | Exclusion - Consolidated Insurance Programs Wrap-Up |
| CG 84 99 01 12 | Non-Cumulation Of Liability Limits Same Occurrence |
| CG 85 83 04 13 | Blanket Additional Insured Contractors - Products - Completed Operations |
| CG 88 10 04 13 | Commercial General Liability Extension |
| CG 88 60 12 08 | Each Location General Aggregate Limit |
| CG 88 65 12 08 | Voluntary Property Damage Extension |
| CG 88 67 12 08 | Property Damage - Borrowed Equipment - $100,000 Limit |
| CG 88 70 12 08 | Construction Project(s)-General Aggregate Limit (Per Project) |
| CG 88 72 12 08 | Off Premises Property Damage Including Care, Custody or Control |
| CG 88 77 12 08 | Medical Expense At Your Request Endorsement |
| CG 88 80 12 08 | Property Damage - Customers' Goods ($100,000 Limit) |
| CG 88 86 12 08 | Exclusion - Asbestos Liability |
| CG 89 89 07 14 | Hired Auto and Non-owned Auto Liability |
| IL 00 17 11 98 | Common Policy Conditions |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |

| Issue Date | 08/08/22 | Authorized Representative |
|---|---|---|

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 27 01 08**

OHIO 00021

Case 1:24-cv-08267-JSR Coverage Document 15-7 Filed 05/23/25 Page 23 of 117



Liberty
Mutual.
**INSURANCE**

Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

**Policy Change Endorsement**

Policy Number:
**BKS (23) 63 35 91 32**
Policy Period:
**From 06/08/2022 To 06/08/2023**
Endorsement Period:
**From 07/01/2022 to 06/08/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BATCO ASSOCIATES LLC | (866) 655-8244<br>SMART CHOICE |

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| IL 01 41 09 08 | New Jersey Changes - Civil Union |
| IL 02 08 09 07 | New Jersey Changes - Cancellation and Nonrenewal |
| NP 74 26 04 13 | Notice to Policyholder Fully Earned Minimum Premium Endorsements |

Issue Date      08/08/22

Authorized Representative

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 27 01 08**

OHIO 00022



**Liberty Mutual.**
INSURANCE

Coverage Is Provided In The
Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

**Commercial   General   Liability
Declarations   -Revised**

Basis: Occurrence

Policy Number:
**BKS   (23)   63 35 91 32**

Policy Period:
**From 06/08/2022 To 06/08/2023**
*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BATCO ASSOCIATES LLC | (866) 655-8244 |
|  | SMART CHOICE |

## SUMMARY OF LIMITS AND CHARGES

**Commercial
General
Liability
Limits of
Insurance**

| DESCRIPTION | LIMIT |
|---|---|
| Each Occurrence Limit | 1,000,000 |
| Damage To Premises Rented To You Limit (Any One Premises) | 300,000 |
| Medical Expense Limit (Any One Person) | 15,000 |
| Personal and Advertising Injury Limit | 1,000,000 |
| General Aggregate Limit (Other than Products - Completed Operations) | 2,000,000 |
| Products - Completed Operations Aggregate Limit | 2,000,000 |

**Explanation of
Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| General Liability Schedule Totals | ███ |
| NJ Property - Liability Insuance Guaranty Association Surcharge | ███ |
| Certified Acts of Terrorism  Coverage | ███ |

*Total Advance Charges:* $

*Note: This is not a bill*

*To report a claim,  call  your Agent or  1-844-325-2467*

OHIO 00023

# Liberty Mutual INSURANCE

Coverage Is Provided In:
Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

## Commercial General Liability
## Declarations Schedule -Revised

Policy Number:
**BKS (23) 63 35 91 32**

Policy Period:
**From 06/08/2022 To 06/08/2023**
*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BATCO ASSOCIATES LLC | (866) 655-8244<br>SMART CHOICE |

## SUMMARY OF CLASSIFICATIONS - BY LOCATION

**0001** 241 E Saddle River Rd, Saddle River, NJ 07458-2606

**Insured:** BATCO ASSOCIATES LLC

**CLASSIFICATION -** 91341
Carpentry - Interior

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | Members of LLC or LLP Payroll | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|---|
| Premise/Operations | ▉ Dollars Of Payroll | | ▉ | $▉ |
| | | *Total:* | | $▉ |
| Products/Completed Operations | | | ▉ | $▉ |
| | | *Total:* | | $▉ |

**CLASSIFICATION -** 91341
Carpentry - Interior

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | Employees Payroll | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|---|
| Premise/Operations | ▉ Dollars Of Payroll | | ▉ | $▉ |
| | | *Total:* | | $▉ |
| Products/Completed Operations | | | ▉ | $▉ |
| | | *Total:* | | $▉ |

*To report a claim, call your Agent or 1-844-325-2467*

OHIO 00024

**Liberty Mutual® INSURANCE**

Coverage Is Provided In
Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

### Commercial General Liability
### Declarations Schedule -Revised

Policy Number:
**BKS (23) 63 35 91 32**

Policy Period:
**From 06/08/2022 To 06/08/2023**
*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BATCO ASSOCIATES LLC | (866) 655-8244 SMART CHOICE |

## SUMMARY OF CLASSIFICATIONS  - BY LOCATION   - continued

**CLASSIFICATION -**  91581
Contractors - Subcontracted Work - In Connection With
Construction, Reconstruction, Erection or Repair -
Not Buildings

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | Dollars Of Total Cost -  if any | ■ | |
| | | *Total:* | |
| Products/Completed  Operations | | ■ | |
| | | *Total:* | |

**CLASSIFICATION -**  91585
Contractors - Subcontracted Work - In Connection With
Construction, Reconstruction, Repair or Erection Of
Buildings NOC

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | Dollars Of Total Cost -  if any | ■ | |
| | | *Total:* | |
| Products/Completed  Operations | | ■ | |
| | | *Total:* | |

*To report a claim,  call  your Agent or  1-844-325-2467*

OHIO 00025



Coverage Is Provided In:
Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

**Commercial   General   Liability**
**Declarations   Schedule   -Revised**

Policy Number:
**BKS   (23)   63 35 91 32**

Policy Period:
**From 06/08/2022 To 06/08/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BATCO ASSOCIATES LLC | (866) 655-8244 |
| | SMART CHOICE |

## SUMMARY OF OTHER COVERAGE

| COVERAGE DESCRIPTION | | PREMIUM |
|---|---|---|
| Hired Auto Liability | See Policy Forms and Endorsements List. | $▮▮▮ |
| Non-Owned Auto Liability | See Policy Forms and Endorsements List. | $▮▮▮ |
| Contractors Custom Protector Coverages | See Policy Forms and Endorsements List | $▮▮▮ |
| CG85830413 | Blanket Additional Insured Contractors - Products - Completed Operations | $▮▮▮ |

| **Commercial General Liability Schedule Total** | $▮▮▮ |
|---|---|

*To report a claim, call your Agent or 1-844-325-2467*

OHIO 00026

**Liberty Mutual.** INSURANCE

## Policyholder  Information

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| BATCO ASSOCIATES LLC<br>241 E SADDLE RIVER RD<br>SADDLE RIVER, NJ 07458 | (866) 655-8244<br>SMART CHOICE<br>1589 SKEET CLUB RD STE 102<br>HIGH POINT, NC 27265-8818 |




**Your Commercial Documents**

THIS IS NOT A BILL

### *Dear Policyholder:*

We know you work hard to build your business. We work together with your agent, **SMART CHOICE**        **(866) 655-8244** to help protect the things you care about. Thank you for selecting us.

Enclosed are your insurance documents consisting of:

- Commercial Package

To find your specific coverages, limits of liability, and premium, please refer to your Declarations page(s).

If you have any questions or changes that may affect your insurance needs, please contact your Agent at (866) 655-8244



**Reminders**

- Verify that all information is correct
- If you have any changes, please contact your Agent at (866) 655-8244
- In case of a claim, call your Agent or  1-844-325-2467

## You Need To Know

- **CONTINUED ON NEXT PAGE**

**You Need To Know - continued**

- **NOTICE(S) TO POLICYHOLDER(S)**
  The Important Notice(s) to Policyholder(s) provide a general explanation of changes in coverage to your policy. The Important Notice(s) to Policyholder(s) is not a part of your insurance policy and it does not alter policy provisions or conditions. Only the provisions of your policy determine the scope of your insurance protection. It is important that you read your policy carefully to determine your rights, duties and what is and is not covered.

| FORM NUMBER | TITLE |
|---|---|
| CNI90 11 07 18 | Reporting A Commercial Claim 24 Hours A Day |
| NP 72 42 02 20 | Terrorism Insurance Premium Disclosure And Opportunity To Reject |
| NP 73 47 11 16 | Premium Determination for Subcontractors |
| NP 74 44 09 06 | U.S. Treasury Department's Office of Foreign Assets Control (OFAC) Advisory Notice to Policyholders |
| NP 74 50 01 07 | Important Audit Information |
| NP 89 69 09 21 | Important Policyholder Information Concerning Billing Practices |
| NP 96 00 10 14 | General Liability Access Or Disclosure Of Confidential Or Personal Information Exclusions Advisory Notice To Policyholders |
| SNI04 01 12 20 | Liberty Mutual Group California Privacy Notice |

- This policy will be direct billed. You may choose to combine any number of policies on one bill with your billing account. Please contact your agent for more information.

OHIO 00028

CNI 90 11 07 18

# REPORTING A COMMERCIAL CLAIM 24 HOURS A DAY

**Liberty Mutual Insurance claims professionals across the United States are ready to resolve your claim quickly and fairly, so you and your team can focus on your business. Our claims teams are specialized, experienced and dedicated to a high standard of service.**

**We're Just a Call Away - One Phone Number to Report All Commercial Insurance Claims**

Reporting a new claim has never been easier. A Liberty Mutual customer service representative is available to you 24/7 at `1(844)325-2467` for reporting new property, auto, liability and workers' compensation claims. With contact centers strategically located throughout the country for continuity and accessibility, we're there when we're needed!

**Additional Resource for Workers' Compensation Customers**

In many states, employers are required by law to use state-specific workers compensation claims forms and posting notices. This type of information can be found in the Policyholders Toolkit section of our website along with other helpful resources such as:

- Direct links to state workers compensation websites where you can find state-specific claim forms

- Assistance finding local medical providers

- First Fill pharmacy forms - part of our managed care pharmacy program committed to helping injured workers recover and return to work

Our Policyholder Toolkit can be accessed at **www.libertymutualgroup.com/toolkit.**

For all claims inquiries please call us at `1(844)325-2467` .



© 2018 Liberty Mutual Insurance

04/10/22

BATCO ASSOCIATES LLC

241 E SADDLE RIVER RD
SADDLE RIVER, NJ 07458

BKS (23)   63 35 91 32
From 06/08/2022 To 06/08/2023

(866) 655-8244
SMART CHOICE

1589 SKEET CLUB RD STE 102
HIGH POINT, NC 27265-8818

**TERRORISM INSURANCE PREMIUM DISCLOSURE AND
OPPORTUNITY TO REJECT**

**This notice contains important information about the Terrorism Risk Insurance Act and its effect on your
policy. Please read it carefully.**

**THE TERRORISM RISK INSURANCE ACT**

The Terrorism Risk Insurance Act, including all amendments ("TRIA" or the "Act"), establishes a program
to spread the risk of catastrophic losses from certain acts of terrorism between insurers and the federal
government. If an individual insurer's losses from "certified acts of terrorism" exceed a specified deductible
amount, the government will generally reimburse the insurer for a percentage of losses (the "Federal
Share") paid in excess of the deductible, but only if aggregate industry losses from such acts exceed the
"Program Trigger". An insurer that has met its insurer deductible is not liable for any portion of losses in
excess of $100 billion per year. Similarly, the federal government is not liable for any losses covered by the
Act that exceed this amount. If aggregate insured losses exceed $100 billion, losses up to that amount may
be pro-rated, as determined by the Secretary of the Treasury.

Beginning in calendar year 2020, the Federal Share is 80% and the Program Trigger is $200,000,000.

**MANDATORY OFFER OF COVERAGE FOR "CERTIFIED ACTS OF TERRORISM" AND DISCLOSURE OF PRE-
MIUM**

TRIA requires insurers to make coverage available for any loss that occurs within the United States (or
outside of the U.S. in the case of U.S. missions and certain air carriers and vessels), results from a "certified
act of terrorism" AND that is otherwise covered under your policy.

A "certified act of terrorism" means:

[A]ny act that is certified by the Secretary [of the Treasury], in consultation with the Secretary of
Homeland Security, and the Attorney General of the United States

**(i)**   to be an act of terrorism;

**(ii)**   to be a violent act or an act that is dangerous to
  **(I)**   human life;
  **(II)**   property; or
  **(III)**   infrastructure;

**(iii)**   to have resulted in damage within the United States, or outside of the United States in the case of
  **(I)**   an air carrier (as defined in section 40102 of title 49, United States Code) or United States flag
       vessel (or a vessel based principally in the United States, on which United States income tax is
       paid and whose insurance coverage is subject to regulation in the United States); or
  **(II)**   the premises of a United States mission; and

NP 72 42 02 20            © 2020 Liberty Mutual Insurance            OHIO 09030    Page 3 of 2

**(iv)** to have been committed  by an individual  or individuals  as part of an effort  to coerce the civilian  population  of the United States or to influence  the policy  or affect  the conduct  of the United  States  Government  by coercion.

## REJECTING TERRORISM INSURANCE COVERAGE - WHAT YOU MUST DO

We have included  in your policy  coverage for losses resulting from "certified  acts of terrorism"  as defined  above.

THE PREMIUM  CHARGE FOR THIS COVERAGE APPEARS ON THE DECLARATIONS  PAGE OF THE POLICY  AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOV-ERNMENT UNDER THE ACT. If we are providing  you with a quote, the premium  charge will also appear on  your quote as a separate line item charge.

IF YOU CHOOSE TO REJECT THIS COVERAGE, PLEASE CHECK THE BOX BELOW, SIGN THE ACKNOWL-EDGMENT,  AND RETURN THIS FORM TO YOUR AGENT: **Please ensure any rejection  is received  within  thirty  (30) days of the effective  date of your policy** .

Before  making  a decision  to reject terrorism  insurance,  refer to the Disclaimer  for Standard  Fire Policy  States located  at the end of this Notice.

☐   I hereby  reject this offer  of coverage.  I understand  that by rejecting  this offer,  I will have no  coverage  for losses  arising  from "certified  acts of terrorism"  and my policy  will be endorsed  accordingly.

Policyholder/Applicant's    Signature                     Print Name                              Date Signed

_____            _____            _____

Named  Insured                                              Policy Number

BATCO ASSOCIATES LLC                         BKS  (23)   63 35 91 32

Policy Effective/Expiration   Date

From 06/08/2022 To 06/08/2023

**IF YOU REJECTED THIS COVERAGE, PLEASE RETURN THIS FORM TO YOUR AGENT.**

Note: Certain states (currently  CA, GA, IA, IL, ME, MO, NY, NC, NJ, OR, RI, WA, WI and WV) mandate  coverage for loss caused by fire following  a "certified  act of terrorism"  in certain types of insurance  policies.  If you reject TRIA coverage in these states on those policies,  you will not be charged any additional  premium  for that state mandated  coverage.

**The summary of the Act and the coverage under your policy contained  in this notice is necessarily general  in nature. Your policy contains specific terms, definitions, exclusions and conditions. In case of any  conflict, your policy language will control the resolution of all coverage questions. Please read your policy  carefully.**

If you have any questions  regarding  this notice, please contact  your agent.

# IMPORTANT  NOTICE
## NOTICE  TO  POLICYHOLDERS

This explanation is not a part of your insurance policy, and it does not alter any of its provisions or conditions.

Please refer any questions you may have to your insurance agent.

As a construction related insured, a portion of your construction operations may be performed by sub-contractors. In order to minimize your loss exposure and reduce your premium charge for subcontracted work, your subcontractors must carry adequate insurance.

**Please read the following carefully to understand:**

**1.  What is an "Adequately  Insured Subcontractor"?**

"A subcontractor that has a valid certificate of insurance showing proof of Commercial General Liabil-ity coverage, or its equivalency, with the Named Insured shown as a Certificate Holder and at least $300,000 (Occurrence) limits for the period of time work was performed."

**2.  How do we determine your premium for an "Adequately  Insured Subcontractor"?**

We will use the total cost of the subcontracted work to determine your premium regarding your Com-mercial General Liability coverage. The resulting premium charge to you will normally be much less than if the subcontractor is uninsured or carries an inadequately limit of insurance.

In order to meet the requirement of having an "Adequately Insured Subcontractor", you must present satisfactory evidence of subcontractor's insurance by providing us with a valid Certificates of Insur-ance from your subcontractor, at the time of audit. The certificate must show proof of Commercial General Liability coverage with you as the Certificate Holder and at least $300,000 (Occurrenc e) limit for the period of time that the subcontractor performed work for you.

If you do not have satisfactory evidence of subcontractors insurance at the time of audit, your sub-contractors will be deemed inadequately insured.

**3.  How do we determine your premium for an inadequately  insured subcontractor?**

If you cannot provide satisfactory evidence of the subcontractor's insurance at the time of audit, such as not being able to provide a Certificate of Insurance or the Certificate of Insurance has limits less than $300,000 (Occurrence), we will determine the premium for the inadequately insured subcontrac-tor as follows:

The subcontractor will be classed according to type of construction operation performed and charged the same as an employee. At the time of audit, we will request that you provide us with the sub-contractor's payroll amount and a description of work performed for you.

If we can not determine the subcontractor's payroll, your premium charge for the inadequately insured subcontractor will be based on the following:

If the insured's records do not disclose a breakdown between material and labor costs, but the total sub-contract costs did include materials, use a minimum of 50% of the total cost as the premium basis.

If the subcontractor work was for labor only, use 90% of the total subcontract cost as the rating basis.

**4.  What records and documentation  are you required to maintain?**

Please be sure that you keep clear and accurate records with a breakdown of payrolls and subcontrac-tor costs by type of work performed. In addition, be sure to obtain and save satisfactory evidence of subcontractor's insurance, such as Certificates of Insurance regarding all of your subcontractors.

On the reverse side of the "Important Notice to Policyholders" we have included a helpful Example Sub-contractor Worksheet, WS 70 03 06 00, that may assist you to establishing an organized method of moni-toring your subcontractor's work and their Certificates of Insurance.

© 2016 Liberty Mutual Insurance

**EXAMPLE**

**Subcontractor  Worksheet**

Agency:                                                          Policy Number:

_____

| Name of Subcontractor | Description of Operation | Total Cost Paid to Subcontractor | Cost Paid to Subcontractor for Materials Only | Certificate of Insurance for Workers Comp Coverage | Certificate of Insurance for General Liability with at least $300,000 limits per Occurrence |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | (Y) or (N) | (Y) or (N) |
| Jones Excavating | Foundations excavated | $15,000 | $5,000 | Y | Y |
| Hart Electrical | Residential  Work | $7,000 | $0 | Y | Y |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**WS 70 03 06 00**

NP 74 44 09 06

# U.S. TREASURY DEPARTMENT'S  OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY  NOTICE  TO POLICYHOLDERS

No coverage  is provided  by this Policyholder  Notice  nor can it be construed  to replace  any  provisions  of your  policy.  You should  read your  policy  and review  your  Declarations  page for complete  information  on the coverages  you  are provided.

This Notice  provides  information  concerning  possible  impact on your  insurance  coverage  due to directives issued  by OFAC. **Please read this Notice  carefully.**

Please refer  any  questions  you  may  have  to your  insurance  agent.

The Office  of Foreign  Assets  Control  (OFAC) administers  and enforces  sanctions  policy,  based  on Presidential declarations  of "national  emergency".  OFAC has identified  and listed  numerous:

- Foreign  agents;
- Front organizations;
- Terrorists;
- Terrorist  organizations;  and
- Narcotics  traffickers;

as "Specially  Designated  Nationals  and Blocked  Persons".  This  list can be located  on the United  States Treasury's  web site - http//www.treas.gov/ofac.

In accordance  with  OFAC regulations,  if it is determined  that you  or any  other  insured,  or any  person  or entity  claiming  the benefits  of this insurance  has violated  U.S. sanctions  law  or is a Specially  Designated National  and Blocked  Person,  as identified  by OFAC, this insurance  will be considered  a blocked  or frozen contract  and all provisions  of this insurance  are immediately  subject  to OFAC. When  an insurance  policy  is considered  to be such  a blocked  or frozen  contract,  no payments  nor premium  refunds  may  be made without  authorization  from  OFAC. Other  limitations  on the premiums  and payments  also apply.

© 2011 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted  material of Insurance Services Office, Inc., with its permission.

NP 74 50 01 07

# Important  Notice
# Notice  to Policyholders



This explanation  is not a part of your insurance  policy,  and it does not alter any of its provisions  or conditions.

Please refer any questions  you may have to your insurance  agent.

We would  like to thank you for being  a policyholder.   We appreciate  your business.

If your policy  contains  a condition   stating  it is subject  to a premium  audit  we would  like to take this opportunity   to explain  how the audit process  works and answer  the most common  questions  we receive from our policyholders.   The information   in this notice  will make it easier for you to prepare  for your audit.

**Insurance Premium Audit Facts**

Audits can benefit  our policyholders   by allowing  us to collect  the appropriate  amount of premium  for each policy.

Most commercial   policies  are written  based on estimated  or fluctuating  exposure  bases. At the end of the policy  term an audit  will determine  the actual exposure  bases and the premium  will be adjusted  accord-ingly.  A company  representative  will  conduct  the audit.

The premium  auditor  will  examine  and audit  records  that relate to your policy.  The records  necessary  to complete  the audit  will  vary,  based on the coverages  you have. Types of records  that may be requested  for your audit include,  but are not limited  to:

- Payroll  Records, including  941 forms
- Sales Journals  or income  statements
- General  Ledger
- Cash Disbursements   Journal
- Subcontractor   Certificates

Keeping  accurate  and complete  records  will  allow  the auditor  to properly  classify  and allocate  your expo-sures correctly.  Often there are allowable  credits available  according to insurance  manual classification  and rating rules. The premium  auditor  will  be able to give you the credits, to which  you are entitled,  if your records  provide  the necessary  details.  Providing  the records  your auditor  needs can save you time and money  as well as expedite  the audit  process.

**How Audits are Conducted**

Audits  are handled  in different  ways, depending  on the types  of coverages  you may  have. We conduct audits in the following   ways:

Physical  Audit  - An auditor  will  contact  you and set up a convenient  time  to personally  come  to your business  and review  your records.

Phone Audit -Forms  will  be mailed  to you, explaining  what is necessary  to complete  a phone audit.  The phone auditor  will  contact  you or your bookkeeper  for this information.

Voluntary  Audit  - Forms  will  be mailed  to you for completion.   We will  provide  you with  contact  information if you need assistance  in completing   the forms.

OHIO 00035

**Completing the audit**

Many states have enacted legislation that governs the time in which an audit must be completed, billed and paid. This applies to audits for cancelled policies as well as regular audits. In order to comply with state regulations, it is important to make your records available for audit when our representative contacts you. We will make every effort to complete the audit within a reasonable time after the close of the policy period stated in your policy.

**Frequently Asked Questions**
**Q: What if I use subcontractors?**

A: Subcontractors are factored in to the audit process. Subcontractors who do not have insurance are treated as though they are your employees at the time of the audit. If your subcontractor furnishes you with a certificate of liability or workers' compensation insurance, your insurance cost for that subcontractor could be less. See your policy for details on limits of insurance required for certificates.

**Q: I have no employees and work alone. Does the insurance company still need to complete an audit?**

A: Yes. The auditor will need to verify you worked alone by examining business records that may include tax filings, disbursements, and check stubs.

**Q: Do I need an audit if I have cancelled my policy or am no longer insured with you?**

A: An audit may still be necessary even if you no longer have an active policy with us. The audit would cover the time period for which you were insured by us. Other factors that may determine if an audit is necessary include the time the policy was in effect and the amount of premium involved.

**Q: If I use leased employees but the leasing company carries the liability, are the leased employees excluded from my General Liability policy?**

A: No. The manual rules stipulate that all leased employees are covered on the insured's policy.

**Q: Is it necessary to keep records on any casual labor I use?**

A: Yes. Casual labor payroll is examined during the audit.

**Q: What happens if I do not comply with the audit and fail to provide all necessary records and verification?**

A: It's important to provide the necessary information in order to complete the audit. If you fail to do so, your policy may be cancelled or nonrenewed. You may also receive an estimated audit statement based on increased policy exposure estimates due to non- compliance of audit.

If you would like additional information about the policy audit process, your independent agent can assist you. The Premium Audit Department is also available to answer any questions you may have regarding this process.

Please contact us at 1-888-224-9246 or via E-mail at PremiumAuditServices@libertymutual.com

OHIO 00036

NP 89 69 09 21

# IMPORTANT POLICYHOLDER INFORMATION CONCERNING BILLING PRACTICES

**Dear Valued Policyholder:** This insert provides you with important information about our policy billing practices that may affect you. Please review it carefully and contact your agent if you have any questions.

**Premium Notice:** We will mail you a policy Premium Notice separately. The Premium Notice will provide you with specifics regarding your agent, the account and policy billed, the billing company, payment plan, policy number, transaction dates, description of transactions, charges/credits, policy amount balance, minimum amount, and payment due date. This insert explains fees that may apply to and be shown on your Premium Notice.

**Available Premium Payment Plans:**

- **Annual Payment Plan:** When this plan applies, you have elected to pay the entire premium amount balance shown on your Premium Notice in full. No installment billing fee applies when the Annual Payment Plan applies.

- **Installment Payment Plan:** When this plan applies, you have elected to pay your policy premium in installments (e.g.: quarterly or monthly installments - Installment Payment Plans vary by state). As noted below, an installment fee may apply when the Installment Payment Plan applies.

The Premium Payment Plan that applies to your policy is shown on the top of your Premium Notice. Please contact your agent if you want to change your Payment Plan election.

**Installment Payment Plan Fee:** If you elected to pay your premiums in installments using the Installment Premium Payment Plan, an installment billing fee applies to each installment bill. The installment billing charge will not apply, however, if you pay the entire balance due when you receive the bill for the first installment. Because the amount of the installment charge varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Dishonored Payment Fee:** Your financial institution may refuse to honor the premium payment withdrawal request you submit to us due to insufficient funds in your account or for some other reason. If that is the case, and your premium payment withdrawal request is returned to us dishonored, a payment return fee will apply. Because the amount of the return fee varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Late Payment Fee:** If we do not receive the minimum amount due on or before the date or time the payment is due, as indicated on your Premium Notice, you will receive a policy cancellation notice effective at a future date that will also reflect a late payment fee charge. Issuance of the cancellation notice due to non-payment of a scheduled installment(s) may result in the billing and collection of all or part of any outstanding premiums due for the policy period. Late Payment Fees vary from state to state and are not applicable in some states.

**Special Note:** Please note that some states do not permit the charging of certain fees. Therefore, if your state does not allow the charging of an Installment Payment Plan, Dishonored Payment or Late Payment Fee, the disallowed fee will not be charged and will not be included on your Premium Notice.

**EFT-Automatic Withdrawals Payment Option:** When you select this option, you will not be sent Premium Notices and, in most cases, will be charged installment fees. For more information on our EFT-Automatic withdrawals payment option, refer to the attached EFT enrollment sheet.

Once again, please contact your agent if you have any questions about the above billing practice information.

**Thank you for selecting us to service your insurance needs.**



# GENERAL LIABILITY ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION EXCLUSIONS

## ADVISORY NOTICE TO POLICYHOLDERS

Dear Valued Policyholder,

Thank you for selecting us as your carrier for your commercial insurance. Your renewal policy contains an exclusion regarding access or disclosure of personal information. There is more than one version of the exclusion and each is described below. Please note that not all of the forms or changes noted may apply to your specific policy. Any of the forms described in this notice may have comparable state specific forms in lieu of the forms mentioned below. In those situations, the title of the state forms on your policy will generally be very similar to one or more titles mentioned in this notice.

The changes described below would also apply to those state specific forms, unless noted otherwise. In addition, this notice does not reference every change made to the endorsements or coverage forms, only material (or significant) changes.

Please read your policy and review your declarations page for complete coverage information. No coverage is provided by this notice, nor can it be construed to replace any provisions of your policy. If there are discrepancies between your policy and this notice, the provisions of the policy shall prevail. Should you have questions after reviewing the changes outlined below, please contact your broker or agent. Thank you for your business.

With respect to bodily injury and property damage arising out of access or disclosure of confidential or personal information, these changes are a reinforcement of coverage intent. Damages related to data breaches, and certain data-related liability, are not intended to be covered by various liability coverage parts. These types of damages may be more appropriately covered under certain coverage endorsements providing data compromise, attack and extortion and network security liability.

**CG 21 06 05 14 - Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability - With Limited Bodily Injury Exception (For Use With The Commercial General Liability Coverage Part)**

When this endorsement is attached to your policy:

- Under Coverage **A** - Bodily Injury And Property Damage Liability, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage.

- Under Coverage **B** - Personal And Advertising Injury Liability, coverage is excluded for personal and advertising injury arising out of any access to or disclosure of confidential or personal information. To the extent that any access or disclosure of confidential or personal information results in an oral or written publication that violates a person's right of privacy, this may result in a reduction in coverage.

**CG 21 07 05 14 - Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability - Limited Bodily Injury Exception Not Included (For Use With The Commercial General Liability Coverage Part)**

When this endorsement is attached to your policy:

- Under Coverage **A** - Bodily Injury And Property Damage Liability, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage. However, when this endorsement is attached, it will result in a reduction of coverage due to the deletion of an exception with respect to damages because of bodily injury arising out of loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

© 2014 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

OHIO 00038

- Under Coverage **B** - Personal And Advertising Injury Liability, coverage is excluded for personal and advertising injury arising out of any access to or disclosure of confidential or personal information. To the extent that any access or disclosure of confidential or personal information results in an oral or written publication that violates a person's right of privacy, this may result in a reduction in coverage.

**CG 21 08 05 14 - Exclusion - Access Or Disclosure Of Confidential Or Personal Information (Coverage B Only) (For Use With The Commercial General Liability Coverage Part)**

When this endorsement is attached to your policy, coverage is excluded for personal and advertising injury arising out of any access to or disclosure of confidential or personal information. To the extent that any access or disclosure of confidential or personal information results in an oral or written publication that violates a person's right of privacy, this may result in a reduction in coverage.

**CG 04 37 05 14 - Electronic Data Liability (For Use With The Commercial General Liability Coverage Part)**

With respect to damages arising out of access or disclosure of confidential or personal information, when this endorsement is attached to your policy:



- Under Coverage **A** - Bodily Injury And Property Damage Liability, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage.

- Under Coverage **B** - Personal And Advertising Injury Liability, coverage is excluded for personal and advertising injury arising out of any access to or disclosure of confidential or personal information. To the extent that any access or disclosure of confidential or personal information results in an oral or written publication that violates a person's right of privacy, this may result in a reduction in coverage.

**CG 33 53 05 14 - Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability - With Limited Bodily Injury Exception (For Use With The Owners And Contractors Protective Liability Coverage Part and Products/Completed Operations Coverage Part)**

When this endorsement is attached to your policy, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage.

**CG 33 59 05 14 - Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability - Limited Bodily Injury Exception Not Included (For Use With The Owners And Contractors Protective Liability and Products/Completed Operations Liability Coverage Parts)**

When this endorsement is attached to your policy, coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage.

However, when this endorsement is attached, it will result in a reduction of coverage due to the deletion of an exception with respect to damages because of bodily injury arising out of loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

**CG 33 63 05 14 - Exclusion - Access, Disclosure Or Unauthorized Use Of Electronic Data (For Use With The Electronic Data Liability Coverage Part)**

With respect to damages arising out of access or disclosure of confidential or personal information, when this endorsement is attached to your policy coverage is excluded for damages arising out of any access to or disclosure of confidential or personal information. This is a reinforcement of coverage.

However, to the extent that damages arising out of theft or unauthorized viewing, copying, use, corruption, manipulation or deletion, of electronic data by any Named Insured, past or present employee, temporary worker or volunteer worker of the Named Insured may extend beyond loss of electronic data arising out of such theft or the other listed items, this revision may be considered a reduction in coverage.

# LIBERTY MUTUAL GROUP CALIFORNIA PRIVACY NOTICE
## Commercial Lines (excluding Workers' Compensation)
### (Effective December 15, 2020)

Liberty Mutual Group and its affiliates, subsidiaries, and partners (collectively "Liberty Mutual" or "we", "us" and "our") provide insurance to companies and other insurers. This Privacy Notice explains how we gather, use, and share your data. This Privacy Notice applies to you if you are a **Liberty Mutual commercial line insured or are a commercial line claimant residing in California**. It does not apply to covered employees or claimants under Workers' Compensation policies. If this notice does not apply to you, go to libertymutual.com/privacy to review the applicable Liberty Mutual privacy notice.

## What Data Does Liberty Mutual Gather?

We may collect the following categories of data:

- **Identifiers**, including a real name, alias, postal address, unique personal identifier, online identifier, Internet Protocol address, email address, account name, Social Security Number, driver's license number, or other similar identifiers;

- **Personal information described in California Civil Code § 1798.80(e)**, such as your name, signature, Social Security Number, physical characteristics or description, address, telephone number, driver's license or state identification card number, insurance policy number, education, employment, employment history, bank account number, financial information, medical information, or health insurance information;

- **Protected classification characteristics**, including age, race, color, national origin, citizenship, religion or creed, marital status, medical condition, physical or mental disability, sex (including gender, gender identity, gender expression, pregnancy or childbirth and related medical conditions), sexual orientation, or veteran or military status;

- **Commercial information**, including records of personal property, products or services purchased, obtained, or considered, or other purchasing or consuming histories and tendencies;

- **Internet or other similar network activity**, including browsing history, search history, information on a consumer's interaction with a website, application, or advertisement;

- **Professional or employment related information**, including current or past job history or performance evaluations;

- **Inferences drawn from other personal information**, such as a profile reflecting a person's preferences, characteristics, psychological trends, predispositions, behavior, attitudes, intelligence, abilities, and aptitudes;

- **Risk data**, including data about your driving and/or accident history; this may include data from consumer reporting agencies, such as your motor vehicle records and loss history information, health data, or criminal convictions; and

- **Claims data**, including data about your previous and current claims, which may include data regarding your health, criminal convictions, third party reports, or other personal data.

For information about the types of personal data we have collected about California consumers in the past twelve (12) months, please go to libertymutual.com/privacy and click on the link for the California Supplemental Privacy Policy.

## How We Get the Personal Data:

| We gather your personal data **directly from you**. For example, you provide us with data when you: | We also gather your personal data **from other people**. For example: |
|---|---|
| ● ask about, buy insurance or file a claim | ● your insurance agent or broker |
| ● pay your policy | ● your employer, association or business (if you are insured through them) |

© 2020 Liberty Mutual Insurance    OHIO 00040

| • visit our websites, call us, or visit our office | • our affiliates or other insurance companies about your transactions with them |
| | • consumer reporting agencies, Motor Vehicle Departments, and inspection services, to gather your credit history, driving record, claims history, or value and condition of your property |
| | • other public directories and sources |
| | • third parties, including other insurers, brokers and insurance support organizations who you have communicated with about your policy or claim, anti-fraud databases, sanctions lists, court judgments and other databases, government entities, open electoral register, advertising networks, data analytics providers, social networks, data brokers or in the event of a claim, third parties including other parties to the claim witnesses, experts, loss adjustors and claim handlers |
| | • other third parties who take out a policy with us and are required to provide your data such as when you are named as a beneficiary or where a family member has taken out a policy which requires your personal data |

For information about how we have collected personal data in the past twelve (12) months, please go to libertymutual.com/privacy and click on the link for the California Supplemental Privacy Policy.

### How Does Liberty Mutual Use My Data?

Liberty Mutual uses your data to provide you with our products and services, and as otherwise provided in this Privacy Notice. Your data may be used to:

| Business Purpose | Data Categories |
|---|---|
| **Market, sell and provide insurance.** This includes for example:<br>• calculating your premium;<br>• determining your eligibility for a quote;<br>• confirming your identity and service your policy; | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data |
| **Manage your claim.** This includes, for example:<br>• managing your claim, if any;<br>• conducting claims investigations;<br>• conducting medical examinations;<br>• conducting inspections, appraisals;<br>• providing roadside assistance;<br>• providing rental car replacement or repairs; | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information |

| | |
|---|---|
| | • Risk data<br>• Claims data |
| **Day to Day Business and Insurance Operations.** This includes, for example:<br>• creating, maintaining, customizing and securing accounts;<br>• supporting day-to-day business and insurance related functions;<br>• doing internal research for technology development;<br>• marketing and creating products and services;<br>• conducting audits related to a current contact with a consumer and other transactions;<br>• as described at or before the point of gathering personal data or with your authorization; | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data |
| **Security and Fraud Detection.** This includes for example:<br>• detecting security issues;<br>• protecting against fraud or illegal activity, and to comply with regulatory and law enforcement authorities;<br>• managing risk and securing our systems, help to ensure the safety and security of Liberty staff, assets and resources, which may include physical and virtual access controls and access rights management;<br>• supervisory controls and other monitoring and reviews, as permitted by law; and<br>• emergency and business continuity management; | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data |
| **Regulatory and Legal Requirements.** This includes for example:<br>• controls and access rights management;<br>• to evaluate or conduct a merger, divestiture, restructuring, reorganization, dissolution, or other sale or transfer of some or all of Liberty's assets, whether as a going concern or as part of bankruptcy, liquidation, or similar proceeding, in which personal data held by Liberty is among the assets transferred;<br>• exercising and defending our legal rights and positions;<br>• to meet Liberty contract obligations;<br>• to respond to law enforcement requests and as required by applicable law, court order, or governmental regulations;<br>• as otherwise permitted by law. | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data |



| | |
|---|---|
| **Improve Your Customer Experience and Our Products.** This includes for example:<br>• improve your customer experience, our products and service;<br>• to provide, support, personalize and develop our website, products and services;<br>• create and offer new products and services; | • Identifiers<br>• Personal Information<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data |
| **Analytics to identify, understand and manage our risks and products.** This includes for example:<br>• conducting analytics to better identify, understand and manage risk and our products; | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data |
| **Customer service and technical support.** This includes for example:<br>• answer questions and provide notifications;<br>• provide customer and technical support; | • Identifiers<br>• Personal Information<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data |

## How Does Liberty Mutual Share My Data?

Liberty Mutual does not sell your personal data as defined by the California Consumer Privacy Act.

Liberty Mutual shares personal data of California consumers with the following categories of third parties:

- Liberty Mutual affiliates;
- Service Providers;
- Insurance support organizations;
- Brokers and agents;
- Government entities and institutions (e.g. regulatory, quasi-regulatory, tax or other authorities, law enforcement agencies, courts, arbitrational bodies, and fraud prevention agencies);
- Professional advisors including law firms, accountants, auditors, and tax advisors;
- Advertising networks, data analytics providers and social networks;
- Insurers, re-insurers, policy holders, and claimants; and
- As permitted by law.

Liberty Mutual shares the following categories of personal data regarding California consumers to service providers for business purposes:

| | |
|---|---|
| Identifiers | Personal Data; |
| Protected Classification Characteristics; | Commercial Information; |
| Internet or other similar network activity; | Claims Data; |
| Inferences drawn from other personal information; | Risk Data; |
| Professional, employment, and education information; | |

© 2020 Liberty Mutual Insurance        OHIO 00043

SNI 04 01 12 20

For information   about how we have shared personal  information   in the past twelve  (12) months,  please go to libertymutual.com/privacy     and click on the link for the California  Supplemental   Privacy Policy.

**What  Privacy  Rights  Do I Have?**

The California  Consumer  Privacy  Act provides  California  residents  with specific  rights  regarding  personal information.   These rights  are subject  to certain  exceptions.  Our response  may be limited  as permitted  under law. For more  information   on your rights,  please go to libertymutual.com/privacy     and click on the link for the California  Supplemental   Privacy  Policy.

**Will  Liberty  Mutual  Update  This Privacy  Notice?**

We reserve  the right  to makes  changes  to this notice  at any time  and for any reason.  The updated  version  of this policy  will be effective  once it is accessible.  You are responsible  for reviewing  this policy  to stay informed  of any changes  or updates.

**Who  Do I Contact  Regarding  Privacy?**

If you have any questions   or comments   about this Notice  or the Supplemental   CCPA Notice,  your rights,  or are requesting  the Notice  in an alternative  format,  please do not hesitate  to contact  Liberty  Mutual  at:

**Phone:**                800-344-0197

**Email:**                 privacy@libertymutual.com

**Postal Address:**      Liberty  Mutual  Insurance  Company
                       Attn  Privacy  Office
                       175 Berkeley  St 6th Floor
                       Boston  MA  02116



**Liberty Mutual.**
**INSURANCE**

Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

Policy Number:
**BKS  (23)  63 35 91 32**

Policy Period:
**From 06/08/2022 To 06/08/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Common  Policy  Declarations

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| BATCO ASSOCIATES LLC<br>241 E SADDLE RIVER RD<br>SADDLE RIVER, NJ 07458 | (866) 655-8244<br>SMART CHOICE<br>1589 SKEET CLUB RD STE 102<br>HIGH POINT, NC 27265-8818 |

**Named Insured Is:** LIMITED  LIABILITY  COMPANY

**Named Insured Business Is:** INTERIOR CARPENTRY

*In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.*

### SUMMARY  OF COVERAGE PARTS AND CHARGES  - CUSTOM  PROTECTOR

This policy consists of this Common Policy Declarations page, Common Policy Conditions, Coverage Parts (which consist of coverage forms and other applicable forms and endorsements, if any, issued to form a part of them) and any other forms and endorsements issued to be part of this policy.

| COVERAGE PART | CHARGES |
|---|---|
| **Commercial General Liability** | $▮▮▮▮▮ |

*Total Charges for all of the above coverage parts:*    $▮▮▮▮▮
*Certified Acts of Terrorism Coverage:*    $▮▮▮▮    *(Included)*
*Affinity Discount*    *(Included)*

*Note: This is not a bill*

## IMPORTANT  MESSAGES

- This policy is auditable. Please refer to the conditions of the policy for details or contact your agent.

- Notice: The Employment-Related Practices Exclusion CG 21 47 is added to this policy to clarify there is no coverage for liability arising out of employment-related practices. Please read this endorsement carefully.

- **This Policy contains Aggregate Limits;**
  **Refer to Section III - Limits of Insurance for Details**

Issue Date          04/10/22

Authorized  Representative

*To report a claim,  call  your Agent or  1-844-325-2467*

DS 70 21 11 16

OHIO 00045

**Liberty Mutual.**
**INSURANCE**

175 Berkeley St., Boston, MA 02116

*Coverage is Provided In:*

Policy Number:
**BKS   (23)   63 35 91 32**

Policy Period:
**From 06/08/2022 To 06/08/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

### Common  Policy  Declarations

| Named Insured | Agent |
|---|---|
| BATCO ASSOCIATES LLC<br>241 E SADDLE RIVER RD<br>SADDLE RIVER, NJ 07458 | (866) 655-8244<br>SMART CHOICE<br>1589 SKEET CLUB RD STE 102<br>HIGH POINT, NC 27265-8818 |

## SUMMARY  OF LOCATIONS

This policy provides coverage for the following under one or more coverage parts. Please refer to the individual Coverage Declarations Schedules, or, the individual Coverage Forms for locations or territory definition for that specific Coverage Part.

0001 241 E Saddle River Rd, Saddle River, NJ 07458-2606

## POLICY FORMS  AND ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 00 01 04 13 | Commercial General Liability Coverage Form - Occurrence |
| CG 21 06 05 14 | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - With Limited Bodily Injury Exception |
| CG 21 47 12 07 | Employment-Related Practices Exclusion |
| CG 21 67 12 04 | Fungi or Bacteria Exclusion |
| CG 21 70 01 15 | Cap on Losses from Certified Acts of Terrorism |
| CG 21 76 01 15 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| CG 21 86 12 04 | Exclusion - Exterior Insulation and Finish Systems |

In witness whereof, we have caused this policy to be signed by our authorized officers.

Mark Touhey
Secretary

David Long
President

*To report a claim,  call  your Agent or  1-844-325-2467*
**DS 70 21 11 16**

OHIO 00046

## Liberty Mutual INSURANCE

*Coverage is provided in:*
Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

Policy Number:
**BKS (23) 63 35 91 32**

Policy Period:
**From 06/08/2022 To 06/08/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Common Policy Declarations

| Named Insured | Agent |
|---|---|
| BATCO ASSOCIATES LLC | (866) 655-8244 |
| 241 E SADDLE RIVER RD | SMART CHOICE |
| SADDLE RIVER, NJ 07458 | 1589 SKEET CLUB RD STE 102 |
|  | HIGH POINT, NC 27265-8818 |

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists all of the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 21 88 01 15 | Conditional Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism (Relating to Disposition of Federal Terrorism Risk Insurance Act) |
| CG 21 96 03 05 | Silica or Silica-Related Dust Exclusion |
| CG 22 79 04 13 | Exclusion - Contractors - Professional Liability |
| CG 22 92 12 07 | Snow Plow Operations Coverage |
| CG 24 26 04 13 | Amendment of Insured Contract Definition |
| CG 26 20 10 93 | New Jersey Changes - Loss Information |
| CG 84 94 12 08 | Exclusion - Consolidated Insurance Programs Wrap-Up |
| CG 84 99 01 12 | Non-Cumulation Of Liability Limits Same Occurrence |
| CG 85 83 04 13 | Blanket Additional Insured Contractors - Products - Completed Operations |
| CG 88 10 04 13 | Commercial General Liability Extension |
| CG 88 60 12 08 | Each Location General Aggregate Limit |
| CG 88 65 12 08 | Voluntary Property Damage Extension |
| CG 88 67 12 08 | Property Damage - Borrowed Equipment - $100,000 Limit |
| CG 88 70 12 08 | Construction Project(s)-General Aggregate Limit (Per Project) |
| CG 88 72 12 08 | Off Premises Property Damage Including Care, Custody or Control |
| CG 88 77 12 08 | Medical Expense At Your Request Endorsement |
| CG 88 80 12 08 | Property Damage - Customers' Goods ($100,000 Limit) |
| CG 88 86 12 08 | Exclusion - Asbestos Liability |
| CG 89 89 07 14 | Hired Auto and Non-owned Auto Liability |
| IL 00 17 11 98 | Common Policy Conditions |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| IL 01 41 09 08 | New Jersey Changes - Civil Union |
| IL 02 08 09 07 | New Jersey Changes - Cancellation and Nonrenewal |
| NP 74 26 04 13 | Notice to Policyholder Fully Earned Minimum Premium Endorsements |

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 21 11 16**

OHIO 00047

This page intentionally left blank.

OHIO 00048

**Liberty Mutual.**
INSURANCE

Coverage Document Unit
Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

**Commercial General Liability**

**Declarations**
Basis: Occurrence

Policy Number:
**BKS (23) 63 35 91 32**

Policy Period:
**From 06/08/2022 To 06/08/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BATCO ASSOCIATES LLC | (866) 655-8244<br>SMART CHOICE |

## SUMMARY OF LIMITS AND CHARGES

**Commercial General Liability Limits of Insurance**

| DESCRIPTION | LIMIT |
|---|---|
| Each Occurrence Limit | 1,000,000 |
| Damage To Premises Rented To You Limit (Any One Premises) | 300,000 |
| Medical Expense Limit (Any One Person) | 15,000 |
| Personal and Advertising Injury Limit | 1,000,000 |
| General Aggregate Limit (Other than Products - Completed Operations) | 2,000,000 |
| Products - Completed Operations Aggregate Limit | 2,000,000 |

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| General Liability Schedule Totals | 8,229.00 |
| NJ Property - Liability Insuance Guaranty Association Surcharge | 49.57 |
| Certified Acts of Terrorism Coverage | 33.00 |

*Total Advance Charges:* **$8,311.57**
*Note: This is not a bill*

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 22 01 08

OHIO 00049

# Liberty Mutual. INSURANCE

Coverage Document/In.
Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

## Commercial General Liability
## Declarations Schedule

Policy Number:
**BKS (23) 63 35 91 32**

Policy Period:
**From 06/08/2022 To 06/08/2023**
*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BATCO ASSOCIATES LLC | (866) 655-8244 |
|  | SMART CHOICE |

## SUMMARY OF CLASSIFICATIONS - BY LOCATION

**0001**   241 E Saddle River Rd, Saddle River, NJ 07458-2606
**Insured:**  BATCO ASSOCIATES LLC

---

**CLASSIFICATION -** 91341
Carpentry - Interior

---

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | Members of LLC or LLP Payroll | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|---|
| Premise/Operations | ■ Dollars Of Payroll |  | ■ | $■ |
|  |  | *Total:* | ■ | $■ |
| Products/Completed Operations |  |  | ■ | $■ |
|  |  | *Total:* |  | $■ |

**CLASSIFICATION -** 91341
Carpentry - Interior

---

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | Employees Payroll | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|---|
| Premise/Operations | ■ Dollars Of Payroll |  | ■ | $■ |
|  |  | *Total:* | ■ | $■ |
| Products/Completed Operations |  |  | ■ | $■ |
|  |  | *Total:* |  | $■ |

---

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 23 10 16

OHIO 00050

**Liberty Mutual.**
INSURANCE

Coverage Is Provided In
Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

**Commercial General Liability**

**Declarations Schedule**

Policy Number:
**BKS (23) 63 35 91 32**

Policy Period:
**From 06/08/2022 To 06/08/2023**
*12:01 am Standard Time
at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BATCO ASSOCIATES LLC | (866) 655-8244 |
| | SMART CHOICE |

## SUMMARY OF CLASSIFICATIONS - BY LOCATION - continued

**CLASSIFICATION -** 91581
Contractors - Subcontracted Work - In Connection With
Construction, Reconstruction, Erection or Repair -
Not Buildings

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | Dollars Of Total Cost - if any | ■ | |
| | | **Total:** | |
| Products/Completed Operations | | ■ | |
| | | **Total:** | |

**CLASSIFICATION -** 91585
Contractors - Subcontracted Work - In Connection With
Construction, Reconstruction, Repair or Erection Of
Buildings NOC

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | Dollars Of Total Cost - if any | ■ | |
| | | **Total:** | |
| Products/Completed Operations | | ■ | |
| | | **Total:** | |

## SUMMARY OF OTHER COVERAGE

| COVERAGE DESCRIPTION | | PREMIUM |
|---|---|---|
| Hired Auto Liability | See Policy Forms and Endorsements List. | $■ |

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 23 10 16**                                                              OHIO 00051



Ohio Security Insurance Company - a stock company

175 Berkeley St., Boston, MA 02116

**Commercial   General   Liability**
**Declarations   Schedule**

Policy Number:
**BKS    (23)   63 35 91 32**
Policy Period:
**From 06/08/2022 To 06/08/2023**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| BATCO ASSOCIATES LLC | (866) 655-8244<br>SMART CHOICE |

## SUMMARY OF OTHER COVERAGE - continued

| COVERAGE DESCRIPTION | | PREMIUM |
|---|---|---|
| Non-Owned Auto Liability | See Policy Forms and Endorsements List. | $█████ |
| Contractors Custom Protector Coverages | See Policy Forms and Endorsements List | $█████ |
| CG85830413 | Blanket Additional Insured Contractors - Products - Completed Operations | $█████ |

| | |
|---|---|
| **Commercial General Liability Schedule Total** | $█████ |

**DS 70 23 10 16**

OHIO 00052

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

## SECTION I - COVERAGES

## COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or



**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

© Insurance Services Office, Inc., 2012

OHIO 00054

CG 00 01 04 13



**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f.  Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of

OHIO_00055

the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g.    Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

© Insurance Services Office, Inc., 2012

OHIO 00056

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

© Insurance Services Office, Inc., 2012



**n.  Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o.  Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p.  Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q.  Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

**COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**

**1.  Insuring Agreement**

**a.**  We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.**  This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

© Insurance Services Office, Inc., 2012

2.  **Exclusions**

This insurance does not apply to:

a.  **Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

b.  **Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

c.  **Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

d.  **Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

e.  **Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

f.  **Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

g.  **Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

h.  **Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

i.  **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

j.  **Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1)  Advertising, broadcasting, publishing or telecasting;

(2)  Designing or determining content of web sites for others; or

(3)  An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

k.  **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

l.  **Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

m.  **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.



**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants";  or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**COVERAGE C - MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletics contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   **a.** All expenses we incur.

   **b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   **c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   **d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

   **e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

   **f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

   **g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

   These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

   **a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

   **b.** This insurance applies to such liability assumed by the insured;

   **c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

   **d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

   **e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

   **f.** The indemnitee:

   **(1)** Agrees in writing to:

   **(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

   **(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

   **(c)** Notify any other insurer whose coverage is available to the indemnitee; and

   **(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

© Insurance Services Office, Inc., 2012

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II - WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

© Insurance Services Office, Inc., 2012

OHIO 00062

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B**.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A;** and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

© Insurance Services Office, Inc., 2012

OHIO_00063

**2.  Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3.  Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4.  Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a.  Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b.  Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

© Insurance Services Office, Inc., 2012

OHIO 00064

38 of 90

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

© Insurance Services Office, Inc., 2012

## SECTION V - DEFINITIONS

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   b. Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

   a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

   b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

   However "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

   c. All other parts of the world if the injury or damage arises out of:

      (1) Goods or products made or sold by you in the territory described in Paragraph **a.** above;

      (2) The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

      (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

OHIO 00066

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

© Insurance Services Office, Inc., 2012

OHIO 00068

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

COMMERCIAL GENERAL LIABILITY
CG 21 06 05 14

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

© Insurance Services Office, Inc., 2013

OHIO 09970

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT - RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART



**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in paragraphs **(a), (b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

 © ISO Properties, Inc., 2006 OHIO Page 1 of 1 09971

COMMERCIAL  GENERAL  LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI  OR BACTERIA EXCLUSION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE  PART

**A.** The following  exclusion  is added to Paragraph  **2. Exclusions** of **Section I - Coverage  A - Bodily Injury And Property Damage Liability:**

    **2., Exclusions**

This insurance  does not apply to:

**Fungi or Bacteria**

**a.** "Bodily  injury"  or "property  damage" which  would  not have occurred,  in whole or in part, but for the actual, alleged or threatened  inhalation  of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi"  or bacteria on or within  a building  or structure, including  its contents,  regardless of whether  any other cause, event, material or product contributed  concurrently or in any sequence to such injury  or damage.

**b.** Any loss, cost or expenses  arising out of the abating,  testing  for, monitoring, cleaning  up, removing,  containing, treating,  detoxifying,  neutralizing,  remediating  or disposing  of, or in any way responding  to, or assessing  the effects of, "fungi"  or bacteria, by any insured or by any other person or entity.

This exclusion  does not apply to any "fungi" or bacteria  that are, are on, or are contained in, a good or product intended  for bodily consumption.

**B.** The following  exclusion  is added to Paragraph  **2. Exclusions** of **Section I - Coverage  B - Personal And Advertising  Injury Liability:**

    **2. Exclusions**

This insurance  does not apply to:

**Fungi or Bacteria**

**a.** "Personal and advertising  injury"  which would  not have taken  place, in whole or in part, but for the actual, alleged or threatened  inhalation  of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi"  or bacteria on or within  a building  or structure,  including  its contents,  regardless  of whether  any other cause, event, material or product contributed  concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense  arising out of the abating,  testing  for, monitoring, cleaning  up, removing,  containing, treating,  detoxifying,  neutralizing,  remediating  or disposing  of, or in any way responding  to, or assessing  the effects of, "fungi"  or bacteria, by any insured or by any other person or entity.

**C.** The following  definition  is added to the **Definitions** Section:

"Fungi"  means any type or form of fungus, including  mold or mildew  and any mycotoxins, spores,  scents  or by-products  produced  or released by fungi.

CG 21 67 12 04            ©ISO Properties,  Inc., 2003          **Page 1 of 1**

COMMERCIAL  GENERAL  LIABILITY
CG 21 70 01 15

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM  CERTIFIED ACTS OF TERRORISM

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART
LIQUOR LIABILITY  COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY  COVERAGE PART
POLLUTION  LIABILITY  COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY  COVERAGE PART
RAILROAD PROTECTIVE LIABILITY  COVERAGE PART
UNDERGROUND  STORAGE TANK POLICY



**A.** If aggregate  insured  losses attributable  to ter-rorist  acts certified  under the federal  Terror-ism Risk Insurance  Act exceed $100 billion  in a calendar  year and we have met our insurer deductible  under the Terrorism  Risk Insur-ance Act, we shall not be liable for the pay-ment  of any portion  of the amount  of such losses that exceeds $100 billion,  and in such case insured  losses up to that amount  are subject to pro rata allocation  in accordance with procedures  established  by the Secretary of the Treasury.

"Certified  act of terrorism"  means an act that is certified  by the Secretary  of the Treasury, in accordance  with the provisions  of the fed-eral Terrorism  Risk Insurance  Act, to be an act of terrorism  pursuant  to such Act. The criteria contained  in the Terrorism  Risk Insurance Act for a "certified  act of terrorism"  include  the following:

**1.** The act resulted  in insured  losses in ex-cess of $5 million  in the aggregate,  attrib-utable  to all types of insurance  subject to the Terrorism  Risk Insurance  Act; and

**2.** The act is a violent  act or an act that is dangerous  to human  life, property  or in-frastructure  and is committed  by an in-dividual  or individuals  as part of an effort to coerce  the civilian  population  of the United States or to influence  the policy or affect the conduct  of the United States Government  by coercion.

**B.** The terms and limitations  of any terrorism  ex-clusion, or the inapplicability  or omission  of a terrorism  exclusion,  do not serve to create coverage  for injury  or damage  that is other-wise excluded  under this Coverage Part.

COMMERCIAL  GENERAL LIABILITY
CG 21 76 01 15

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  OF PUNITIVE  DAMAGES
# RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
LIQUOR LIABILITY  COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY  COVERAGE PART
POLLUTION  LIABILITY  COVERAGE PART
PRODUCTS/COMPLETED  OPERATIONS LIABILITY  COVERAGE PART
RAILROAD PROTECTIVE LIABILITY  COVERAGE PART
UNDERGROUND  STORAGE TANK POLICY

**A.** The following  exclusion  is added:

This insurance  does not apply to:

**TERRORISM PUNITIVE  DAMAGES**

Damages arising, directly  or indirectly,  out of a "certified  act of terrorism"  that are awarded  as punitive  damages.

**B.** The following  definition  is added:

"Certified  act of terrorism"  means an act that is certified  by the Secretary  of the Treasury, in accordance  with the provisions  of the federal Terrorism  Risk Insurance Act, to be an act of terrorism  pursuant  to such Act. The criteria  contained  in the Terrorism  Risk Insurance Act for a "certified  act of terrorism"  include the following:

**1.** The act resulted  in insured losses in excess of $5 million  in the aggregate,  attributable  to all types of insurance  subject to the Terrorism  Risk Insurance Act; and

**2.** The act is a violent  act or an act that is dangerous  to human life, property  or infrastructure  and is committed  by an individual  or individuals  as part of an effort to coerce the civilian  population  of the United States or to influence  the policy or affect  the conduct  of the United States Government  by coercion.

**C.** The terms and limitations  of any terrorism  exclusion,  or the inapplicability  or omission  of a terrorism  exclusion,  do not serve to create coverage  for injury  or damage  that is otherwise  excluded  under this Coverage Part.

© Insurance  Services  Office,  Inc., 2015    OHIO Page 1 of 1

COMMERCIAL  GENERAL  LIABILITY
CG 21 86 12 04

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - EXTERIOR INSULATION
# AND  FINISH  SYSTEMS

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

  **1.** The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

  **2.** "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system", or any substantially similar system, is used on the part of that structure containing that component, fixture or feature.

**B.** The following definition is added to the **Definitions** Section:

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

  **1.** A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

  **2.** The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

  **3.** A reinforced or unreinforced base coat;

  **4.** A finish coat providing surface texture to which color may be added; and

  **5.** Any flashing, caulking or sealant used with the system for any purpose.

© ISO Properties,  Inc., 2003

OHIO 00075

COMMERCIAL  GENERAL LIABILITY
CG 21 88 01 15

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL  EXCLUSION  OF TERRORISM  INVOLVING  NUCLEAR, BIOLOGICAL OR CHEMICAL  TERRORISM  (RELATING  TO DISPOSITION  OF FEDERAL  TERRORISM  RISK INSURANCE  ACT)

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
LIQUOR  LIABILITY  COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY  COVERAGE PART
POLLUTION  LIABILITY  COVERAGE PART
PRODUCTS/COMPLETED  OPERATIONS  LIABILITY  COVERAGE PART
RAILROAD PROTECTIVE LIABILITY  COVERAGE PART
UNDERGROUND  STORAGE TANK POLICY

A. **Applicability  Of The Provisions Of This Endorsement**

1. **The provisions of this endorsement become  applicable  commencing  on the date when any one or more of the following  first occurs. But if your policy (meaning the policy period in which this endorsement  applies) begins after such date, then the provisions of this endorsement become  applicable  on the date your policy begins.**

   a. **The federal Terrorism Risk Insurance Program ("Program"), established  by the Terrorism Risk Insurance Act, has terminated  with respect to the type of insurance provided  under this Coverage Part or Policy; or**

   b. **A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available  to you and with revisions that:**

      (1) **Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government  shares in subsequent payment of certified terrorism losses.); or**

      (2) **Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or**

      (3) **Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.**

2. **If the provisions of this endorsement become applicable, such provisions:**

   a. **Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable (for claims made policies, such an endorsement is superseded only with respect to an incident of terrorism (however defined) that results in a claim for injury or damage first being made on or after the date when the provisions of this endorsement become applicable); and**

©  Insurance  Services  Office,  Inc., 2015

OHIO 09076

of 90

50

**b.** **Remain applicable unless we notify you of changes in these provisions, in response to federal law.**

**3.** **If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.**

**B.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

**a.** That involve the following or preparation for the following:

**(1)** Use or threat of force or violence; or

**(2)** Commission or threat of a dangerous act; or

**(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**b.** When one or both of the following applies:

**(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

**(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury or damage" means any injury or damage covered under any Coverage Part or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part or Policy.

**C.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.



OHIO 000077

COMMERCIAL GENERAL LIABILITY
CG 21 96 03 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.**, Exclusions of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

**b.** "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**c.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2.**, Exclusions of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

**a.** "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**2.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

© ISO Properties, Inc., 2004

OHIO 00078

COMMERCIAL GENERAL LIABILITY
CG 22 79 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - CONTRACTORS - PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART



The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**1.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

    **a.** Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and

    **b.** Providing, or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional services by you or on your behalf with respect to the operations described above.

**2.** Subject to Paragraph **3.** below, professional services include:

    **a.** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

    **b.** Supervisory or inspection activities performed as part of any related architectural or engineering activities.

**3.** Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

OHIO 09079

**COMMERCIAL  GENERAL LIABILITY**
**CG 22 92 12 07**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SNOW  PLOW  OPERATIONS  COVERAGE

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART

Within  the "products-completed  operations  hazard",  Exclusion  **g.** under Section  **I - Coverage A - Bodily Injury And Property Damage Liability** does not apply to any "auto"  used for snow plow operations.

© ISO Properties,  Inc., 2006

COMMERCIAL GENERAL LIABILITY
CG 24 26 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART



The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**COMMERCIAL GENERAL LIABILITY**
**CG 26 20 10 93**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEW JERSEY CHANGES - LOSS INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART ("OCCURRENCE" VERSION)

The following Condition is added TO COMMERCIAL GENERAL LIABILITY CONDITIONS (Section IV):

**10. Your Right to Loss Information**

We will provide the first Named Insured shown in the Declarations the following loss information relating to this and any preceding general liability Coverage Part we have issued to you during the previous three years:

**a.** A list or other record of each "occurrence" of which we were notified in accordance with paragraph **2.a.** of the Duties in the Event of Occurrence, Offense, Claim or Suit Condition in this Section. We will include a brief description of the "occurrence" and information on whether any claim arising out of the "occurrence" is open or closed.

**b.** A summary by policy year, of payments made and amounts reserved, stated separately under any applicable General Aggregate Limit and Products-Completed Operations Aggregate Limit.

Amounts reserved are based on our judgment. They are subject to change and should not be regarded as ultimate settlement values.

You must not disclose this information to any claimant or any claimant's representative without our consent.

We will provide this information only if we receive a written request from the first Named Insured during the policy period. We will provide this information within 45 days of receipt of the request.

We compile claim and "occurrence" information for our own business purposes and exercise reasonable care in doing so. In providing this information to the first Named Insured, we make no representations or warranties to insureds, insurers or others to whom this information is furnished by or on behalf of any insured.

**CG 26 20 10 93**    **Copyright, Insurance Services Office, Inc., 1992**    OHIO 00082

COMMERCIAL  GENERAL  LIABILITY
CG 84 94 12 08

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - CONSOLIDATED  INSURANCE  PROGRAMS (WRAP-UP)

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART

**A.** The following   exclusion  is added to Paragraphs  **2.** of **Section  I - Coverage  A - Bodily Injury And Property Damage  Liability,  Coverage B - Personal And Advertising  Injury** and **Coverage  C - Medical  Payments:**

    **2. Exclusions**

    This insurance  does not apply  to:

    "Bodily  injury", "property  damage",  "personal injury and advertising  injury"  or medical  expenses arising  directly  or indirectly  out of your current  ongoing  operations  or included  within  the "products-completed   operations  hazard"  at any site or location  where  you or your subcontractors  or employees  working  on your behalf  are performing  or previously  performed  operations  if any insured  under this policy  entered  into contracts  or agreements  commonly  referred  to as consolidated  insurance  programs  (Wrap-Up)  providing  general liability  coverage at that site or location.

    However,  this exclusion  does not apply to other jobs or work that you performed  at such site or location  if such other jobs or work were not done as part of contracts  or agreements  commonly referred  to as consolidated  insurance  programs  (Wrap-Up).

    This exclusion  applies whether  or not the consolidated  insurance  programs  (Wrap-Up):

    **a.** Provide  coverage identical  to that provided  by this coverage part;

    **b.** Have limits  adequate  to cover all claims;  or

    **c.** Remain  in effect.

**B.** The following   is added to Section  **IV - Commercial  General Liability Conditions** Paragraph  **5. Premium Audit:**

    In computing  premium  for this policy, we will not include  any payroll  or costs paid to your subcontractors   for work at any site or location  where any insured  under this policy had entered into contracts  or agreements  commonly  referred  to as consolidated  insurance  programs  (Wrap-Up)  providing  insurance  coverage at that site or location  prior to your work at such site or location.

    A copy of the consolidated  insurance  program  (Wrap-Up)  certificate  or similar  documents  issued to you verifying  coverage must be provided  to us when we audit  this policy.

**CG 84 94 12 08**    Includes copyrighted material of ISO Properties, Inc., with its permission.    **Page 1 of 1**

COMMERCIAL  GENERAL LIABILITY
CG 84 99 01 12

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NON-CUMULATION    OF LIABILITY LIMITS
# (SAME  OCCURRENCE)

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

The following  is added to Paragraph  **5.** under **Section III - Limits Of Insurance:**

Non-Cumulation  of Liability  - Same Occurrence - If one "occurrence"  causes "bodily  injury"  or "property  damage"  during  the policy  period and during  the policy  period  of one or more  prior,  or future,  general  liability  policies  issued  to you by us, then this policy's  Each Occurrence  Limit will  be reduced  by the amount  of each payment  made by us under the other policies  because of such "occurrence."

"For  purposes  of this endorsement,  the term "us"  also includes  any other  company  that is or was part of the Liberty  Mutual  Agency  Corporation  division  of Liberty  Mutual  Group."

©  2011 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission .

**CG 84 99 01 12**                                                                 **Page 1 of 1**

OHIO 00084

COMMERCIAL  GENERAL LIABILITY
CG 85 83 04 13

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BLANKET ADDITIONAL  INSURED
## CONTRACTORS  - PRODUCTS/COMPLETED  OPERATIONS



This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

**A.** Paragraph  **2.** under **Section II - Who Is An Insured** is amended  to include  as an insured  any person or organization  whom  you  have  agreed  to add as an additional  insured  in a written  contract  or written agreement.  Such person  or organization  is an additional  insured  but only with  respect  to liability  for "bodily  injury"  or "property  damage":

    **1.** Caused  by "your work"  performed  for that  additional  insured  that is the subject  of the written contract  or written  agreement;  and

    **2.** Included  in the "products-completed  operations  hazard".

    However:

        **a)** The insurance  afforded  to such additional  insured  only applies  to the extent permitted  by law; and

        **b)** If coverage  provided  to the additional  insured  is required  by a contract  or agreement,  the insurance  afforded  to such additional  insured  will  not be broader  than that which  you are required  by the contract  or agreement  to provide  for such additional  insured

The insurance  provided  by this endorsement  applies  only if the written  contract  or written  agreement  is signed  prior to the "bodily  injury"  or "property  damage".

We have no duty to defend  an additional  insured  under this endorsement  until we receive  written  notice of a "suit"  by the additional  insured  as required  in Paragraph  **b.** of Condition  **2. Duties In The Event Of Occurrence, Offense, Claim Or Suit** under **Section IV - Commercial  General Liability  Conditions.**

**B.** With  respect  to the insurance  provided  by this endorsement,  the following  are added to Paragraph  **2. Exclusions** under **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance  does not apply to:

    **1.** "Bodily  injury"  or "property  damage"  that occurs  prior to you commencing  operations  at the location  where  such "bodily  injury"  or "property  damage"  occurs.

    **2.** "Bodily  injury"  or "property  damage"  arising  out of the rendering  of, or the failure  to render,  any professional  architectural,  engineering  or surveying  services  including:

        **a.** The preparing,  approving  or failure  to prepare  or approve,  maps, shop drawings,  opinions, reports,  surveys,  field orders,  change  orders  or drawing  and specifications;  and

        **b.** Supervisory,  inspection,  architectural  or engineering  activities.

**C.** With respect to the insurance afforded by this endorsement, exclusion **I. Damage To Your Work** of Paragraph **2. Exclusions** under **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**I.    Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

**D.** With respect to the insurance afforded to these additional insureds, the following is added to **Section II - Limits of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declaration.

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declaratio ns.

**E.** With respect to the insurance afforded by this endorsement, **Section IV - Commercial General Liability Conditions** is amended as follows:

**1.** The following is added to Paragraph **2. Duties In The Event Of Occurrence, Offense, Claims Or Suit:**

An additional insured under this endorsement will as soon as practicable:

**a.** Give written notice of an "occurrence" or an offense that may result in a claim or "suit" under this insurance to us;

**b.** Tender the defense and indemnity of any claim or "suit" to all insurers whom also have insurance available to the additional insured; and

**c.** Agree to make available any other insurance which the additional insured has for a loss we cover under this Coverage Part.

**d.** We have no duty to defend or indemnify an additional insured under this endorsement until we receive written notice of a "suit" by the additional insured.

**2.** Paragraph **4.** of **Section IV - Commercial General Liability Conditions** is amended as follows:

**a.** The following is added to Paragraph **a. Primary Insurance:**

If an additional insured's policy has an Other Insurance provision making its policy excess, and you have agreed in a written contract or written agreement to provide the additional insured coverage on a primary and noncontributory basis, this policy shall be primary and we will not seek contribution from the additional insured's policy for damages we cover.

**b.** The following is added to Paragraph **b. Excess Insurance:**

When a written contract or written agreement, other than a premises lease, facilities rental contract or agreement, an equipment rental or lease contract or agreement, or permit issued by a state or political subdivision between you and an additional insured does not require this insurance to be primary or primary and non-contributory, this insurance is excess over any other insurance for which the additional insured is designated as a Named Insured.

Regardless of the written agreement between you and an additional insured, this insurance is excess over any other insurance whether primary, excess, contingent or on any other basis for which the additional insured has been added as an additional insured on other policies.

© 2013 Liberty Mutual Insurance

**CG 85 83 04 13**     Includes copyrighted material of Insurance Services Office, Inc., with its permission .     **Page 2 of 2**

OHIO 00086

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMERCIAL GENERAL LIABILITY EXTENSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## INDEX

| SUBJECT | PAGE |
|---|---|
| NON-OWNED AIRCRAFT | 2 |
| NON-OWNED WATERCRAFT | 2 |
| PROPERTY DAMAGE LIABILITY - ELEVATORS | 2 |
| EXTENDED DAMAGE TO PROPERTY RENTED TO YOU (Tenant's Property Damage) | 2 |
| MEDICAL PAYMENTS EXTENSION | 3 |
| EXTENSION OF SUPPLEMENTARY PAYMENTS - COVERAGES A AND B | 3 |
| ADDITIONAL INSUREDS - BY CONTRACT, AGREEMENT OR PERMIT | 3 |
| PRIMARY AND NON-CONTRIBUTORY- ADDITIONAL INSURED EXTENSION | 5 |
| ADDITIONAL INSUREDS - EXTENDED PROTECTION OF YOUR "LIMITS OF INSURANCE" | 6 |
| WHO IS AN INSURED - INCIDENTAL MEDICAL ERRORS/MALPRACTICE AND WHO IS AN INSURED - FELLOW EMPLOYEE EXTENSION - MANAGEMENT EMPLOYEES | 6 |
| NEWLY FORMED OR ADDITIONALLY ACQUIRED ENTITIES | 7 |
| FAILURE TO DISCLOSE HAZARDS AND PRIOR OCCURRENCES | 7 |
| KNOWLEDGE OF OCCURRENCE, OFFENSE, CLAIM OR SUIT | 7 |
| LIBERALIZATION CLAUSE | 7 |
| BODILY INJURY REDEFINED | 7 |
| EXTENDED PROPERTY DAMAGE | 8 |
| WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US - WHEN REQUIRED IN A CONTRACT OR AGREEMENT WITH YOU | 8 |

© 2013 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

With respect to coverage afforded by this endorsement, the provisions of the policy apply unless modified by the endorsement.

**A.  NON-OWNED AIRCRAFT**

Under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability**, exclusion **g. Aircraft, Auto Or Watercraft** does not apply to an aircraft provided:

**1.**  It is not owned by any insured;

**2.**  It is hired, chartered or loaned with a trained paid crew;

**3.**  The pilot in command holds a currently effective certificate, issued by the duly constituted authority of the United States of America or Canada, designating her or him a commercial or airline pilot; and

**4.**  It is not being used to carry persons or property for a charge.

However, the insurance afforded by this provision does not apply if there is available to the insured other valid and collectible insurance, whether primary, excess (other than insurance written to apply specifically in excess of this policy), contingent or on any other basis, that would also apply to the loss covered under this provision.

**B.  NON-OWNED WATERCRAFT**

Under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability**, Subparagraph **(2)** of exclusion **g. Aircraft, Auto Or Watercraft** is replaced by the following:

This exclusion does not apply to:

**(2)**  A watercraft you do not own that is:

    **(a)**  Less than 52 feet long; and

    **(b)**  Not being used to carry persons or property for a charge.

**C.  PROPERTY DAMAGE LIABILITY - ELEVATORS**

**1.**  Under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability**, Subparagraphs **(3), (4)** and **(6)** of exclusion **j. Damage To Property** do not apply if such "property damage" results from the use of elevators. For the purpose of this provision, elevators do not include vehicle lifts. Vehicle lifts are lifts or hoists used in automobile service or repair operations.

**2.**  The following is added to **Section IV - Commercial General Liability Conditions**, Condition **4. Other Insurance**, Paragraph **b. Excess Insurance:**

The insurance afforded by this provision of this endorsement is excess over any property insurance, whether primary, excess, contingent or on any other basis.

**D.  EXTENDED DAMAGE TO PROPERTY RENTED TO YOU (Tenant's Property Damage)**

If Damage To Premises Rented To You is not otherwise excluded from this Coverage Part:

**1.**  Under Paragraph **2. Exclusions of Section I - Coverage A - Bodily Injury and Property Damage Liability:**

    **a.**  The fourth from the last paragraph of exclusion **j. Damage To Property** is replaced by the following:

        Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire, lightning, explosion, smoke, or leakage from an automatic fire protection system) to:

        **(i)**  Premises rented to you for a period of 7 or fewer consecutive days; or

        **(ii)**  Contents that you rent or lease as part of a premises rental or lease agreement for a period of more than 7 days.

        Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" to contents of premises rented to you for a period of 7 or fewer consecutive days.

        A separate limit of insurance applies to this coverage as described in **Section III - Limits of Insurance.**

©  2013 Liberty Mutual Insurance

  Includes copyrighted material of Insurance Services Office, Inc., with its permission.  OHIO 00088



**b.** The last paragraph of subsection **2. Exclusions** is replaced by the following:

Exclusions **c.** through **n.** do not apply to damage by fire, lightning, explosion, smoke or leakage from automatic fire protection systems to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to Damage To Premises Rented To You as described in **Section III - Limits Of Insurance.**

**2.** Paragraph **6.** under **Section III - Limits Of Insurance** is replaced by the following:

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to:

   **a.** Any one premise:

      **(1)** While rented to you; or

      **(2)** While rented to you or temporarily occupied by you with permission of the owner for damage by fire, lightning, explosion, smoke or leakage from automatic protection systems; or

   **b.** Contents that you rent or lease as part of a premises rental or lease agreement.

**3.** As regards coverage provided by this provision **D. EXTENDED DAMAGE TO PROPERTY RENTED TO YOU (Tenant's Property Damage) -** Paragraph **9.a.** of **Definitions** is replaced with the following:

**9.a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire, lightning, explosion, smoke, or leakage from automatic fire protection systems to premises while rented to you or temporarily occupied by you with the permission of the owner, or for damage to contents of such premises that are included in your premises rental or lease agreement, is not an "insured contract".

**E. MEDICAL PAYMENTS EXTENSION**

If **Coverage C Medical Payments** is not otherwise excluded, the Medical Payments provided by this policy are amended as follows:

Under Paragraph **1. Insuring Agreement** of **Section I - Coverage C - Medical Payments,** Subparagraph **(b)** of Paragraph **a.** is replaced by the following:

**(b)** The expenses are incurred and reported within three years of the date of the accident; and

**F. EXTENSION OF SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

**1.** Under **Supplementary Payments - Coverages A** and **B**, Paragraph **1.b.** is replaced by the following:

**b.** Up to **$3,000** for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**2.** Paragraph **1.d.** is replaced by the following:

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to **$500** a day because of time off from work.

**G. ADDITIONAL INSUREDS - BY CONTRACT, AGREEMENT OR PERMIT**

**1.** Paragraph **2.** under **Section II - Who Is An Insured** is amended to include as an insured any person or organization whom you have agreed to add as an additional insured in a written contract, written agreement or permit. Such person or organization is an additional insured but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused in whole or in part by:

**a.** Your acts or omissions, or the acts or omissions of those acting on your behalf, in the performance of your on going operations for the additional insured that are the subject of the written contract or written agreement provided that the "bodily injury" or "property damage" occurs, or the "personal and advertising injury" is committed, subsequent to the signing of such written contract or written agreement; or

**b.** Premises or facilities rented by you or used by you; or

**c.** The maintenance, operation or use by you of equipment rented or leased to you by such person or organization; or

**d.** Operations performed by you or on your behalf for which the state or political subdivision has issued a permit subject to the following additional provisions:

  **(1)** This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" arising out of the operations performed for the state or political subdivision;

  **(2)** This insurance does not apply to "bodily injury" or "property damage" included within the "completed operations hazard".

  **(3)** Insurance applies to premises you own, rent, or control but only with respect to the following hazards:

   **(a)** The existence, maintenance, repair, construction, erection, or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoist away openings, sidewalk vaults, street banners, or decorations and similar exposures; or

   **(b)** The construction, erection, or removal of elevators; or

   **(c)** The ownership, maintenance, or use of any elevators covered by this insurance.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

With respect to Paragraph **1.a.** above, a person's or organization's status as an additional insured under this endorsement ends when:

  **(1)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

  **(2)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

With respect to Paragraph **1.b.** above, a person's or organization's status as an additional insured under this endorsement ends when their written contract or written agreement with you for such premises or facilities ends.

With respects to Paragraph **1.c.** above, this insurance does not apply to any "occurrence" which takes place after the equipment rental or lease agreement has expired or you have returned such equipment to the lessor.

The insurance provided by this endorsement applies only if the written contract or written agreement is signed prior to the "bodily injury" or "property damage".

We have no duty to defend an additional insured under this endorsement until we receive written notice of a "suit" by the additional insured as required in Paragraph **b.** of Condition **2. Duties In the Event Of Occurrence, Offense, Claim Or Suit** under **Section IV - Commercial General Liability Conditions.**

© 2013 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

OHIO 00090

**2.** With respect to the insurance provided by this endorsement, the following are added to Paragraph **2. Exclusions** under **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

**a.** "Bodily injury" or "property damage" arising from the sole negligence of the additional insured.

**b.** "Bodily injury" or "property damage" that occurs prior to you commencing operations at the location where such "bodily injury" or "property damage" occurs.

**c.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

    **(1)** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    **(2)** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of, or the failure to render, any professional architectural, engineering or surveying services.

**d.** "Bodily injury" or "property damage" occurring after:

    **(1)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

    **(2)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**e.** Any person or organization specifically designated as an additional insured for ongoing operations by a separate **ADDITIONAL INSURED -OWNERS, LESSEES OR CONTRACTORS** endorsement issued by us and made a part of this policy.

**3.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**a.** Required by the contract or agreement; or

**b.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declaratio ns.

## H. PRIMARY AND NON-CONTRIBUTORY ADDITIONAL INSURED EXTENSION

This provision applies to any person or organization who qualifies as an additional insured under any form or endorsement under this policy.

Condition **4. Other Insurance of SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** is amended as follows:

**a.** The following is added to Paragraph **a. Primary Insurance:**

If an additional insured's policy has an Other Insurance provision making its policy excess, and you have agreed in a written contract or written agreement to provide the additional insured coverage on a primary and noncontributory basis, this policy shall be primary and we will not seek contribution from the additional insured's policy for damages we cover.



©  2013 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

OHIO 00091  

**b.** The following  is added to Paragraph  **b. Excess Insurance:**

When a written  contract  or written  agreement,  other than a premises lease, facilities  rental contract or agreement,  an equipment  rental or lease contract  or agreement,  or permit  issued by a state or political subdivision  between  you and an additional  insured  does not require  this insurance  to be primary  or primary  and non-contributory,  this insurance  is excess  over any other  insurance  for which the additional  insured  is designated  as a Named  Insured.

Regardless  of the written  agreement  between  you and an additional  insured,  this insurance  is excess over any other  insurance  whether  primary,  excess, contingent  or on any other  basis for which the additional  insured  has been added  as an additional  insured  on other policies.

## I.   ADDITIONAL INSUREDS - EXTENDED PROTECTION OF YOUR "LIMITS OF INSURANCE"

This provision  applies  to any person  or organization  who qualifies  as an additional  insured  under  any form or endorsement  under  this policy.

**1.** The following  is added to Condition  **2. Duties In The Event Of Occurrence, Offense, Claim or Suit:**

An additional  insured  under this endorsement  will as soon as practicable:

**a.** Give written  notice  of an "occurrence"  or an offense  that may result  in a claim  or "suit"  under this insurance  to us;

**b.** Tender  the defense  and indemnity  of any claim  or "suit"  to all insurers  whom  also have insurance  available  to the additional  insured;  and

**c.** Agree to make available  any other  insurance  which  the additional  insured  has for a loss we cover under this Coverage Part.

**d.** We have no duty to defend  or indemnify  an additional  insured  under this endorsement  until we receive  written  notice  of a "suit"  by the additional  insured.

**2.** The limits  of insurance  applicable  to the additional  insured  are those specified  in a written  contract or written  agreement  or the limits  of insurance  as stated  in the Declarations  of this policy  and defined  in **Section III - Limits of Insurance** of this policy,  whichever  are less. These limits  are inclusive  of and not in addition  to the limits  of insurance  available  under this policy.

## J.   WHO IS AN INSURED - INCIDENTAL MEDICAL ERRORS / MALPRACTICE
## WHO IS AN INSURED - FELLOW EMPLOYEE EXTENSION - MANAGEMENT EMPLOYEES

Paragraph  **2.a.(1)** of **Section II - Who Is An Insured** is replaced  with  the following:

**(1)** "Bodily injury"  or "personal  and advertising  injury":

**(a)** To you, to your partners  or members  (if you are a partnership  or joint venture),  to your members  (if you are a limited  liability  company),  to a co-"employee"  while in the course  of his or her employ-ment  or performing  duties  related  to the conduct  of your business,  or to your other  "volunteer workers"  while performing  duties  related  to the conduct  of your business;

**(b)** To the spouse, child, parent, brother  or sister of that co-"employee"  or "volunteer  worker"  as a consequence  of Paragraph  **(1) (a)** above;

**(c)** For which  there is any obligation  to share damages  with  or repay someone  else who must  pay damages  because  of the injury  described  in Paragraphs  **(1) (a)** or **(b)** above; or

**(d)** Arising  out of his or her providing  or failing  to provide  professional  health care services.  However, if you are not in the business  of providing  professional  health care services  or providing  profes-sional  health care personnel  to others,  or if coverage  for providing  professional  health care ser-vices is not otherwise  excluded  by separate  endorsement,  this provision  (Paragraph  **(d)**) does not apply.

Paragraphs  **(a)** and **(b)** above do not apply to "bodily  injury"  or "personal  and advertising  injury"  caused by an "employee"  who is acting  in a supervisory  capacity  for you. Supervisory  capacity  as used herein  means the "employee's"  job responsibilities  assigned  by you, includes  the direct  supervision  of other  "employ-ees" of yours. However,  none of these "employees"  are insureds  for "bodily  injury"  or "personal  and

©  2013 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CG 88 10 04 13                                                                                      **Page 6 of 8**

advertising injury" arising out of their willful conduct, which is defined as the purposeful or willful intent to cause "bodily injury" or "personal and advertising injury", or caused in whole or in part by their intoxication by liquor or controlled substances.

The coverage provided by provision **J.** is excess over any other valid and collectable insurance available to your "employee".

**K.  NEWLY FORMED OR ADDITIONALLY ACQUIRED ENTITIES**

Paragraph **3.** of **Section II - Who Is An Insured** is replaced by the following:

**3.**  Any organization you newly acquire or form and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.**  Coverage under this provision is afforded only until the expiration of the policy period in which the entity was acquired or formed by you;

**b.**  Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.**  Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

**d.**  Records and descriptions of operations must be maintained by the first Named Insured.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations or qualifies as an insured under this provision.

**L.  FAILURE TO DISCLOSE HAZARDS AND PRIOR OCCURRENCES**

Under **Section IV - Commercial General Liability Conditions,** the following is added to Condition **6. Representations:**

Your failure to disclose all hazards or prior "occurrences" existing as of the inception date of the policy shall not prejudice the coverage afforded by this policy provided such failure to disclose all hazards or prior "occurrences" is not intentional.

**M.  KNOWLEDGE OF OCCURRENCE, OFFENSE, CLAIM OR SUIT**

Under **Section IV - Commercial General Liability Conditions,** the following is added to Condition **2. Duties In The Event of Occurrence, Offense, Claim Or Suit:**

Knowledge of an "occurrence", offense, claim or "suit" by an agent, servant or "employee" of any insured shall not in itself constitute knowledge of the insured unless an insured listed under Paragraph **1.** of **Section II - Who Is An Insured** or a person who has been designated by them to receive reports of "occurrences", offenses, claims or "suits" shall have received such notice from the agent, servant or "employee".

**N.  LIBERALIZATION CLAUSE**

If we revise this Commercial General Liability Extension Endorsement to provide more coverage without additional premium charge, your policy will automatically provide the coverage as of the day the revision is effective in your state.

**O.  BODILY INJURY REDEFINED**

Under **Section V - Definitions,** Definition **3.** is replaced by the following:

**3.**  "Bodily Injury" means physical injury, sickness or disease sustained by a person. This includes mental anguish, mental injury, shock, fright or death that results from such physical injury, sickness or disease.



© 2013 Liberty Mutual Insurance
CG 88 10 04 13     Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**P. EXTENDED PROPERTY DAMAGE**

**Exclusion a.** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is replaced by the following:

    **a. Expected Or Intended Injury**

    "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**Q. WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US - WHEN REQUIRED IN A CONTRACT OR AGREEMENT WITH YOU**

Under **Section IV - Commercial General Liability Conditions,** the following is added to Condition **8. Transfer Of Rights Of Recovery Against Others To Us:**

We waive any right of recovery we may have against a person or organization because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard" provided:

    **1.** You and that person or organization have agreed in writing in a contract or agreement that you waive such rights against that person or organization; and

    **2.** The injury or damage occurs subsequent to the execution of the written contract or written agreement.

© 2013 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CG 88 10 04 13**    OHIO 00094    **Page 8 of 8**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EACH LOCATION  GENERAL AGGREGATE  LIMIT

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE  PART



**A.**  For all sums which the insured  becomes  legally  obligated  to pay as damages caused by "occurrences"  under **Section I - Coverage  A - Bodily Injury And Property  Damage  Liability,** and for all medical ex- penses caused by accidents  under **Section I - Coverage  C Medical  Payments,** which  can be attributed  only to operations  at a single "location"  owned by or rented to you:

    **1.**  A separate Each Location General Aggregate  Limit applies to each "location",  and that limit is equal to the amount of the General  Aggregate  Limit shown in the Declarations.

    **2.**  The Each Location General Aggregate  Limit is the most we will pay for the sum of all damages  under Coverage  **A,** except damages because of "bodily injury" or "property  damage" included in the "products-completed   operations  hazard", and for medical  expenses under Coverage  **C** regard- less of the number of:

        **a.**  Insureds;

        **b.**  Claims made or "suits"  brought;  or

        **c.**  Persons or organizations  making claims or bringing  "suits".

    **3.**  Any payments  made under Coverage  **A** for damages  or under Coverage  **C** for medical  expenses  shall reduce the Each Location General Aggregate  Limit for that "location".  Such payments shall not reduce the General Aggregate  Limit shown in the Declarations  nor shall they reduce any other Each Location General Aggregate  Limit for any other "location".

    **4.**  The limits shown in the Declarations  for Each Occurrence,  Fire Damage and Medical  Expense  continue to apply. However,  instead of being subject to the General Aggregate  Limit shown in the Declarations,  such limits will be subject to the applicable  Each Location General Aggregate  Limit.

**B.**  For all sums which the insured  becomes  legally  obligated  to pay as damages caused by "occurrences"  under **Section  I - Coverage  A - Bodily Injury And Property  Damage  Liability,** and for all medical ex- penses caused by accidents  under **Section I - Coverage  C Medical  Payments,** which cannot be attrib- uted only to operations  at a single "location"  owned by or rented to you:

    **1.**  Any payments  made under Coverage  **A** for damages  or under Coverage  **C** for medical  expenses  shall reduce the amount  available  under the General Aggregate  Limit or the Products-Completed  Operations  Aggregate  Limit, whichever  is applicable;  and

    **2.**  Such payments  shall not reduce any Each Location  General Aggregate  Limit.

**C.**  When coverage for liability  arising out of the "products-completed   operations  hazard" is provided,  any payments for damages  because of "bodily  injury"  or "property   damage" included in the "products- completed  operations  hazard" will reduce the Products-Completed  Operations  Aggregate  Limit, and not reduce the General Aggregate  Limit nor the Each Location  General Aggregate  Limit.

**D.**  For the purposes  of this endorsement,  the following  definition  is added to **Sectio n V - Definitions:**

    "Location"  means premises  involving  the same or connecting  lots, or premises  whose connection  is interrupted  only by a street, roadway,  waterway  or right-of-way  of a railroad.

**E.**  The provisions  of **Section III - Limits Of Insurance** not otherwise  modified  by this endorsement  shall continue to apply as stipulated.

    Includes copyrighted material of ISO Properties, Inc., with its permission.

OHIO 00095

COMMERCIAL  GENERAL LIABILITY
CG 88 65 12 08

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# VOLUNTARY  PROPERTY DAMAGE  EXTENSION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

With respect to coverage afforded by this endorsement, the provisions of the policy apply unless modified by this endorsement.

**A.  COVERAGE**

Subject to Section **B - Limits Of Insurance** and Section **C - Deductible** of this endorsement:

The following  is added to Paragraph **1. Insuring Agreement** of **Section I - Coverage A-Bodily Injury And Property Damage  Liability:**

At your request, Property Damage coverage provided under Paragraph **1.a.** for "property  damage" to property  of others that:

**(1)** Is caused by the insured,  and

**(2)** Arises out of your business  operations  for which this policy  provides  liability  coverage

will apply without regard to the insured's legal obligation to pay damages.

**B.  LIMITS OF INSURANCE**

As respects the coverage afforded by this endorsement, **Section III - Limits Of Insurance** is replaced by the following:

Regardless of the number of insureds, claims made or "suits" brought, or persons or organizations making claims  or bringing  "suits":

**1.** Subject to **2.** below, the most we will pay for "property  damage" arising from any one "occurrence" under this endorsement is **$5,000.** This amount is part of and not in addition to the each occurrence  limit described  in Paragraph  **5.** of **Section III - Limits Of Insurance.**

**2.** The most we will pay for the sum of all "property  damage" in an annual policy period is **$25,000.** This amount is part of and not in addition to the General Aggregate Limit described in Paragraph **2.** of **Section III - Limits Of Insurance.**

**C.  DEDUCTIBLE**

We will not pay for "property  damage" in any one "occurrence"  until the amount of "property  damage" exceeds **$250.** If the policy to which this endorsement  is attached contains a "property  damage" deductible, that deductible  shall apply if it is greater than **$250.**

CG 88 65 12 08       Includes copyrighted material of ISO Properties, Inc., with its permission.       Page 1 of 2

OHIO 00096

### D.  EXCLUSIONS

For the purposes of the coverage provided by this endorsement, the following exclusion is added:

This insurance does not apply to damage to property owned by any insured.

### E.  CONDITIONS

For the purposes of the coverage provided by this endorsement, **Section IV - Commercial General Liability Conditions** is amended as follows:

1.  The following conditions are added:

    **a.**  Any payment made under this endorsement shall not be interpreted as an admission of liability by you or us.

    **b.**  In the event of a loss covered by this endorsement, you shall, at our request, replace the damaged property or furnish labor and materials necessary for repairs at your actual cost, excluding profit or overhead charges.

2.  The following is added to Condition **4. Other Insurance,** Paragraph **b. Excess Insurance.**

    The insurance afforded by this endorsement is excess over any other insurance, whether primary, excess, contingent or on any other basis that applies to "property damage" covered by this endorsement.

3.  Condition **7. - Separation of Insureds** is deleted and replaced with the following:

    Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured this insurance applies:

    **a.**  As if each Named Insured were the only Named Insured; and

    **b.**  Separately to each insured against whom claim is made or suit is brought.

    However, this condition does not apply if damages are to the property of any insured.

### F.  DEFINITIONS

For the purposes of the coverage provided by this endorsement, Paragraph **17.** of **Section V - Definitions** is replaced by the following:

**17.**  "Property damage" means physical injury to tangible property. It does not include:

**a.**  Loss of use of property, whether physically injured or not; or

**b.**  Injury or loss caused by or arising from disappearance or theft.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

COMMERCIAL  GENERAL LIABILITY
CG 88 67 12 08

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROPERTY DAMAGE  - BORROWED  EQUIPMENT
## ($100,000 LIMIT)

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

**Schedule**

| | |
|---|---|
| **Property  Damage - Borrowed  Equipment  Occurrence  Limit** | **$100,000** |
| **Property  Damage - Borrowed  Equipment  Aggregate  Limit** | **$100,000** |

For the purposes  of the coverage  provided  by this endorsement:

**A.** Under **Section I - Coverages, Coverage A - Bodily Injury And Property Damage Liability, 2. Exclusions, j. Damage To Property,** item **(4)** does not apply to "property  damage" to borrowed  equipment  while that equipment  is not being used to perform  operations  at a job site.

**B.** The following   is added to Section **III - Limits Of Insurance:**

    **1.** Subject  to **2.** below, the Property Damage - Borrowed Equipment Occurrence Limit shown in the Schedule is the most we will pay due to "property  damage" arising out of any one "occurrence"  to borrowed  equipment  while that equipment  is not being used to perform  operations  at a job site. This limit is part of and not in addition  to the Each Occurrence  Limit applicable  to **Coverage A - Bodily Injury And Property Damage Liability.**

    **2.** The Property Damage - Borrowed  Equipment  Aggregate  Limit shown in the Schedule is the most that is payable  under this coverage  regardless  of the number  of claims  or suits made against you and is part of, and not in addition  to the General Aggregate  Limit.

**C.** Under **Section IV - Commercial General Liability Conditions, 4. Other Insurance, b. Excess Insurance,** the following  is added:

    The insurance  afforded  by this endorsement  is excess over any of the other insurance,  whether  primary, excess, contingent  or on any other basis, that is property  insurance.

Nothing  contained  in this endorsement  shall be held to vary, alter, waive, or extend any of the terms, conditions,  provisions,  agreements  or limitations  of the policy, other than as stated above.

OHIO 00098

COMMERCIAL GENERAL LIABILITY
CG 88 70 12 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONSTRUCTION PROJECT(S) - GENERAL AGGREGATE LIMIT (PER PROJECT)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART



**A.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under **Section I - Coverage A - Bodily Injury And Property Damage Liability,** and for all medical expenses caused by accidents under **Section I - Coverage C Medical Payments,** which can be attributed only to ongoing operations at a single construction project away from premises owned by or rented to you:

   **1.** A separate Construction Project General Aggregate Limit applies to each construction project, and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations .

   **2.** The Construction Project General Aggregate Limit is the most we will pay for the sum of all damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard", and for medical expenses under Coverage **C** regardless of the number of:

   **a.** Insureds;

   **b.** Claims made or "suits" brought; or

   **c.** Persons or organizations making claims or bringing "suits".

   **3.** Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the Construction Project General Aggregate Limit for that construction project. Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Construction Project General Aggregate Limit for any other construction project.

   **4.** The limits shown in the Declarations for Each Occurrence, Fire Damage and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Construction Project General Aggregate Limit.

**B.** For all sums which the insured becomes legally obligated to pay as damages caused by "occurrences" under **Section I - Coverage A - Bodily Injury And Property Damage Liability,** and for all medical expenses caused by accidents under **Section I - Coverage C Medical Payments,** which cannot be attributed only to ongoing operations at a single construction project away from premises owned by or rented to you:

   **1.** Any payments made under Coverage **A** for damages or under Coverage **C** for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-Completed Operations Aggregate Limit, whichever is applicable; and

   **2.** Such payments shall not reduce any Construction Project General Aggregate Limit.

**C.** When coverage for liability arising out of the "products-completed operations hazard" is provided, any payments for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard" will reduce the Products-Completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Construction Project General Aggregate Limit.

**D.** If the applicable construction project has been abandoned, delayed, or abandoned and then restarted, or if the authorized contracting parties deviate from plans, blueprints, designs, specifications or timetables, the project will still be deemed to be the same construction project.

**E.** The provisions of **Section III - Limits Of Insurance** not otherwise modified by this endorsement shall continue to apply.

OHIO 00099

COMMERCIAL GENERAL LIABILITY
CG 88 72 12 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OFF PREMISES PROPERTY DAMAGE
# INCLUDING CARE, CUSTODY OR CONTROL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Property Damage - Off Premises Care, Custody Or Control Occurrence Limit**    25000

**Property Damage - Off Premises Care, Custody Or Control Aggregate Limit**    25000

(Information required to complete this Schedule, if not shown above, will be shown in the Declarations.)

With respect to coverage afforded by this endorsement, the provisions of the policy apply unless modified by this endorsement.

**A.  COVERAGE**

Subparagraph **j.(4)** of Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced with the following:

**(4)**  Personal property of others in the care, custody, or control of an insured at premises owned, occupied by, or rented to an insured;

Subparagraphs **j.(5)** and **(6)** of Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** are deleted.

**B.  EXCLUSIONS**

The following are added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance shall not apply to:

**1.**  "Property damage" :

**a.**  To property owned by any Named Insured, any person qualifying as an insured in Paragraph **1.** of **Section II - Who Is An Insured,** or any "employee" of any Named Insured;

**b.**  To property on any premises owned, rented, leased, operated or used by you; or

**c.**  To property while in transit to or from any premises owned, rented, leased, operated or used by you.

**2.**  "Property damage" to property included in the "products-completed operations hazard".

**3.**  "Property damage" to borrowed equipment if coverage is provided by another endorsement attached to this policy described as **Property Damage - Borrowed Equipment.**

OHIO 00100

**C. LIMITS OF INSURANCE**

The following is added to **Section III - Limits Of Insurance:**

1. Subject to **2.** below, the Property Damage - Off Premises Care, Custody Or Control Occurrence Limit shown in the Schedule is the most we will pay due to "property damage" to property of others as a result of any one "occurrence".  This limit is part of and not in addition to the Each Occurrence Limit applicable to **Coverage A - Bodily Injury And Property Damage Liability** described in Paragraph **5.** of **Section III - Limits Of Insurance.**

2. The Property Damage - Off Premises Care, Custody Or Control Aggregate Limit shown in the Schedule is the most that is payable under this coverage regardless of the number of claims or "suits" made against you. This limit is part of, and not in addition to the General Aggregate Limit described in Paragraph **2.** of **Section III - Limits Of Insurance.**

**D. DEDUCTIBLE**

For the purposes of the coverage provided by this endorsement:

We will not pay for "property damage" in any one "occurrence" until the amount of "property damage" exceeds **$250.** If the policy to which this endorsement is attached contains a "property damage" deductible, that deductible shall apply if it is greater than **$250.**

**E. CONDITIONS**

For the purposes of the coverage provided by this endorsement, **Section IV - Commercial General Liability Conditions** is amended as follows:

1. The following condition is added:

In the event of a loss covered by this endorsement, you shall, at our request, replace the damaged property or furnish labor and materials necessary for repairs at your actual cost, excluding profit or overhead charges.

2. The following is added to condition **4. Other Insurance,** Paragraph **b. Excess Insurance:**

The insurance afforded by this endorsement is excess over any other insurance, whether primary, excess, contingent or on any other basis that applies to "property damage" covered by this endorsement.

3. Condition **7. Separation of Insureds** is replaced with the following:

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

However, this condition does not apply if damages are to the property of any insured.



COMMERCIAL  GENERAL LIABILITY
CG 88 77 12 08

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MEDICAL  EXPENSE AT YOUR REQUEST ENDORSEMENT

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART

The following  is added to **Section I - Coverage C - Medical  Payments:**

If **Medical  Payments** or **Medical  Expenses** are not otherwise  excluded  from  the policy, medical  expenses  will  be paid only if an insured  has requested  that we pay such expenses.

OHIO 00102

COMMERCIAL GENERAL LIABILITY
CG 88 80 12 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROPERTY DAMAGE - CUSTOMERS' GOODS
## ($100,000 LIMIT)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART



### Schedule

| | |
|---|---|
| Property Damage - Customers' Goods Occurrence Limit | $100,000 |
| Property Damage - Customers' Goods Aggregate Limit | $100,000 |

**A.** Under **Section I - Coverages, Coverage A-Bodily Injury And Property Damage Liability, 2. Exclusions, j. Damage To Property,** items **(3), (4)** and **(6)** do not apply to "property damage" to "customers' goods" while on your premises.

**B.** For purposes of the coverage afforded by this endorsement:

    **1.** Subject to **2.** below, the Property Damage - Customers' Goods Occurrence Limit shown in the Schedule is the most we will pay due to "property damage" to "customers' goods" while on your premises arising out of any one "occurrence." This limit is part of and not in addition to the Each Occurrence limit applicable to **Coverage A - Bodily Injury And Property Damage Liability.**

    **2.** The Property Damage - Customers' Goods Aggregate Limit shown in the Schedule is the most that is payable under this coverage regardless of the number of claims or "suits" made against you and is part of, and not in addition to the General Aggregate Limit.

**C.** Under **Section IV - Commercial General Liability Conditions, 4. Other Insurance, b. Excess Insurance,** the following is added:

The insurance afforded by this endorsement is excess over any of the other insurance, whether primary, excess, contingent or on any other basis, that is property insurance.

**D.** Under **Section V - Definitions,** the following definition is added:

"Customers' goods" means property of your customer on your premises for the purpose of being worked on or used in your manufacturing process.

Nothing contained in this endorsement shall be held to vary, alter, waive, or extend any of the terms, conditions, provisions, agreements or limitations of the policy, other than as stated above.

OHIO 00103

COMMERCIAL  GENERAL LIABILITY
CG 88 86 12 08

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  - ASBESTOS  LIABILITY

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART
OWNERS  AND CONTRACTORS  PROTECTIVE LIABILITY  COVERAGE PART
POLLUTION  LIABILITY  COVERAGE PART
PRODUCTS AND COMPLETED OPERATIONS COVERAGE PART
RAILROAD PROTECTIVE LIABILITY  COVERAGE PART

This insurance  does not apply to:

1. "Bodily injury", "property  damage" or "personal  and advertising  injury"  arising, in whole or in part, either directly  or indirectly  out of the manufacture,  storage, processing,  mining,  use, sale, installation, removal, disposal, distribution,  handling,  inhalation,  ingestion,  absorption,  or existence of, exposure to or contact with asbestos, asbestos contained  in goods, products or materials,  asbestos fibers or asbestos dust; or

2. Any loss, cost or expense arising out of any:

   a. Request, demand, order, or statutory  or regulatory  requirement  that any insured  or others test for, monitor,  clean up, remove, contain, treat, detoxify  or neutralize,  or in any way respond  to, or assess the effects of asbestos,  asbestos contained  in goods, products or materials,  asbestos fibers or asbestos dust; or

   b. Claim or "suit"  by or on behalf of a governmental  authority  for damages because of testing for, monitoring,  cleaning  up, removing,  containing,  treating,  detoxifying  or neutralizing,  or in any way responding  to, or assessing the effects of asbestos,  asbestos contained  in goods, products or materials,  asbestos fibers or asbestos dust.

OHIO 00104

Policy Number
Issued by

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# HIRED AUTO AND NON-OWNED AUTO LIABILITY
# NEW JERSEY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART



|  | **Coverage** |
|---|---|
| ☐ | **A.  Hired Auto Liability** |
| ☐ | **B.  Non-Ownership Liability** |

**A.** Insurance is provided only for those coverages when an "X" is shown in the Declarations or in the Schedule.

    **1.  Hired Auto Liability**

    The insurance provided under Section I - Coverage A - Bodily Injury And Property Damage Liability, applies to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" by you or your "employees" in the course of your business.

    **2.  Non-Owned Auto Liability**

    The insurance provided under Section I - Coverage A - Bodily Injury And Property Damage Liability, applies to "bodily injury" or "property damage" arising out of the use of any "non-owned auto" in your business by any person.

**B.** For insurance provided by this endorsement only:

    **1.** The exclusions, under Paragraph **2. Exclusions** of **Section 1 - Coverage A - Bodily Injury and Property Damage Liability,** other than exclusions **a., b., d.,** and **i.** and the Nuclear Energy Liability Exclusion, are deleted and replaced by the following:

      **a.** "Bodily injury" to:

        **(1)** An "employee" of the insured arising out of and in the course of:

          **(a)** Employment by the insured; or

          **(b)** Performing duties related to the conduct of the insured's business; or

        **(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

      This exclusion applies:

      **(1)** Whether the insured may be liable as an employer or in any other capacity; and

      **(2)** To any obligation to share damages with or repay someone else who must pay the damages because of the injury.

      This exclusion does not apply to:

      **(1)** Liability assumed by the insured under an "insured contract"; or

      **(2)** "Bodily Injury" arising out of and in the course of domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers compensation law.

      **b.** "Property damage" to:

©2014 Liberty Mutual Insurance.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(1)** Property owned or being transported by, or rented or loaned to the insured; or

**(2)** Property in the care, custody or control of the insured.

**2.** Under Paragraph **2. Exclusions** of **Section 1 - Coverage A - Bodily Injury and Property Damage Liability,** Paragraph 2.f. does not apply for coverage up to the minimum financial responsibility limits specified in N.J.S.A. 39:6B-1.

**3.** Section II, **Who Is An Insured,** is replaced by the following:

    **1.** Each of the following is an insured under this endorsement to the extent set forth below:

        **a.** You;

        **b.** Any other person using a "hired auto" with your permission;

        **c.** For a "non-owned auto":

            **(1)** any partner or "executive officer" of yours; or

            **(2)** any "employee" of yours

            but only while such "non-owned auto" is being used in your business; and

        **d.** Any other person or organization, but only for their liability because of acts or omissions of an insured under **a., b.** or **c.** above.

    **2.** None of the following is an insured:

        **a.** Any person engaged in the business of his or her employer for "bodily injury" to any co"employee" of such person injured in the course of employment, or to the spouse, child, parent, brother or sister of that co-"employee" as a consequence of such "bodily injury", or for any obligation to share damages with or repay someone else who must pay damages because of the injury.

        **b.** Any partner or "executive officer" for any "auto" owned by such partner or officer or a member of his or her household;

        **c.** Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

        **d.** The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee;

        **e.** Any person or organization for the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**C.** For the purposes of this endorsement only, Paragraph H. Other Insurance in Section III - Common Policy Conditions is replaced by the following:

This insurance is excess over any primary insurance covering the "hired auto" or "non-owned auto".

**D.** The following additional definitions apply:

    **1.** "Business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

2. "Hired Auto" means any "auto" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", your partners or your "executive Officers" or members of their households.

3. "Non-Owned Auto" means any "auto" you do not own, lease, hire, rent or borrow which is used in connection with your business. This includes "autos" owned by your "employees", your partners or "executive officers", or members of their households, but only while used in your business or your personal affairs.



IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

82      of  90

Copyright, Insurance Services Office, Inc., 1998

If you die, your rights and duties under this policy will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

**(Broad Form)**

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   **A.** Under any Liability Coverage, to "bodily injury" or "property damage":

   **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   **B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   **C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

   **(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

   **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

© ISO Properties, Inc., 2007          OHIO 00110

84 of 90

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007

IL 01 41 09 08

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEW JERSEY CHANGES - CIVIL UNION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  AUTOMOBILE  COVERAGE PART
COMMERCIAL  GENERAL LIABILITY COVERAGE PART
COMMERCIAL  LIABILITY UMBRELLA COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
EMPLOYMENT-RELATED  PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY  COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION  LIABILITY  COVERAGE PART
PRODUCT WITHDRAWAL  COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The term "spouse"  is replaced by the follow-
ing:

Spouse or party to a civil  union  recognized
under New Jersey law.

**B.** Under the Commercial  Auto Coverage  Part,
the term "family member" is replaced by the
following:

"Family  member"  means a person  related  to
the:

**1.** Individual  Named  Insured  by blood,
adoption,  marriage  or civil union  recog-
nized under New Jersey law, who is a
resident  of such Named Insured's house-
hold, including  a ward or foster child; or

**2.** Individual  named  in the Schedule  by
blood, adoption,  marriage  or civil union
recognized  under New Jersey law, who is
a resident  of the individual's  household,
including  a ward  or foster  child, if the
Drive Other Car Coverage  - Broadened
Coverage For Named Individual  Endorse-
ment is attached.

**C.** With  respect  to coverage  for the ownership,
maintenance,  or use of "covered autos" pro-
vided under the Commercial  Liability Umbrel-
la Coverage  Part, the term "family  member"
is replaced  by the following:

"Family  member"  means a person related  to
you by blood, adoption,  marriage  or civil
union recognized  under New Jersey law, who
is a resident  of your household,  including  a
ward or foster child.

© ISO Properties,  Inc., 2008

OHIO 00112

IL 02 08 09 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEW JERSEY CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART



**A.** Pursuant to New Jersey law, this policy cannot be cancelled or nonrenewed for any underwriting reason or guideline which is arbitrary, capricious or unfairly discriminatory or without adequate prior notice to the insured. The underwriting reasons or guidelines that an insurer can use to cancel or nonrenew this policy are maintained by the insurer in writing and will be furnished to the insured and/or the insured's lawful representative upon written request.

This provision shall not apply to any policy which has been in effect for less than 60 days at the time notice of cancellation is mailed or delivered, unless the policy is a renewal policy.

**B.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2.** If this policy has been in effect for less than 60 days, we may cancel this policy for any reason subject to the following:

**a.** We may cancel this policy by mailing or delivering to the first Named Insured and any person entitled to notice under this policy written notice, of cancellation, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for:

**(a)** Nonpayment of premium; or

**(b)** Existence of a moral hazard, as defined in N.J.A.C. 11:1-20.2(f) as follows:

**(i)** "The risk, danger or probability that the insured will destroy, or permit to be destroyed, the insured property for the purpose of collecting the insurance proceeds. Any change in the circumstances of an insured that will increase the probability of such a destruction may be considered a 'moral hazard'"; and

**(ii)** "The substantial risk, danger or probability that the character, circumstances or personal habits of the insured may increase the possibility of loss or liability for which an insurer will be held responsible. Any change in the character or circumstances of an individual, corporate, partnership or other insured that will increase the probability of such a loss or liability may be considered a 'moral hazard'".

©ISO Properties, Inc., 2006        OHIO 00113

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**b.** In the notice of cancellation which is sent to the first Named Insured, we will state the reason for cancellation.

**C.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation Of Policies In Effect For 60 Days Or More**

**a.** If this policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** Existence of a moral hazard, as defined in N.J.A.C. 11:1-20.2(f);

**(3)** Material misrepresentation or nondisclosure to us of a material fact at the time of acceptance of the risk;

**(4)** Increased hazard or material change in the risk assumed which we could not have reasonably contemplated at the time of assumption of the risk;

**(5)** Substantial breaches of contractual duties, conditions or warranties that materially affect the nature and/or insurability of the risk;

**(6)** Lack of cooperation from the insured on loss control matters materially affecting insurability of the risk;

**(7)** Fraudulent acts against us by the insured or its representative that materially affect the nature of the risk insured;

**(8)** Loss of or reduction in available insurance capacity;

**(9)** Material increase in exposure arising out of changes in statutory or case law subsequent to the issuance of the insurance contract or any subsequent renewal;

**(10)** Loss of or substantial changes in applicable reinsurance;

**(11)** Failure by the insured to comply with any Federal, State or local fire, health, safety or building or construction regulation, law or ordinance with respect to an insured risk which substantially increases any hazard insured against within 60 days of written notification of a violation of any such law, regulation or ordinance;

**(12)** Failure by the insured to provide reasonable and necessary underwriting information to us upon written request therefore and a reasonable opportunity to respond.

**(13)** Agency termination, provided:

**(a)** We document that replacement coverage at comparable rates and terms has been provided to the first Named Insured, and we have informed the first Named Insured, in writing, of the right to continue coverage with us; or

**(b)** We have informed the first Named Insured, in writing, of the right to continue coverage with us and the first Named Insured has agreed, in writing, to the cancellation or nonrenewal based on the termination of the first Named Insured's appointed agent.

**(14)** Any other reasons in accordance with our underwriting guidelines for cancellation of commercial lines coverage.

**b.** If we cancel this policy based on Paragraph **7.a.(1)** or **(2)** above, we will mail or deliver a written notice, to the first Named Insured and any person entitled to notice under this policy, at least 10 days before the effective date of cancellation. If we cancel this policy for any other reason listed above, we will mail or deliver a written notice to the first Named Insured and any person entitled to notice under this policy, not more than 120 days nor less than 30 days before the effective date of such cancellation.

©ISO Properties, Inc., 2006



**c.** In the notice of cancellation which is sent to the first Named Insured, we will state the reason for cancellation. For cancellation due to the nonpayment of premium, the notice will state the effect of nonpayment by the due date. Cancellation for nonpayment of premium will not be effective if payment of the amount due is made before the effective date set forth in the notice.

**d.** Notice will be sent to the last mailing addresses known to us, by:

**(1)** Certified mail; or

**(2)** First class mail, if we have obtained from the post office a date stamped proof of mailing showing names and addresses.

**e.** We need not send notice of cancellation if you have:

**(1)** Replaced coverage elsewhere; or

**(2)** Specifically requested termination.

**D.** The following is added and supersedes any other provision to the contrary:

**NONRENEWAL**

**1.** We may elect not to renew this policy for any reason permitted to cancel it. If we elect not to renew this policy, we will mail a notice of nonrenewal, stating the reasons for nonrenewal, to the first Named Insured at least 30 days but not more than 120 days before the expiration date of this policy. If this policy does not have a fixed expiration date, it shall be deemed to expire annually on the anniversary of its inception.

**2.** This notice will be sent to the first Named Insured at the last mailing address known to us by:

**a.** Certified mail; or

**b.** First class mail, if we have obtained from the post office a date stamped proof of mailing showing the first Named Insured's name and address.

**3.** We need not mail or deliver this notice if you have:

**a.** Replaced coverage elsewhere; or

**b.** Specifically requested termination.

NP 74 26 04 13

# IMPORTANT  NOTICE
# NOTICE  TO  POLICYHOLDERS

This explanation is not a part of your insurance policy, and it does not alter any of its provisions or conditions. No coverage is provided by this notice nor can it be construed to replace any provision in your policy or policies with us, or any forms attached to your policy or policies.

The following information only gives a general explanation which may have occurred from your prior (or old) policy. Read your policy carefully to determine rights, duties, and what is and is not covered. Only the provisions of your policy determine the scope of your insurance protection.

This notice has been prepared to provide you with information since one of the forms listed below maybe attached to your policy.

### Fully Earned and Minimum  Premium Endorsements*

CG 04 37 - Electronic  Data Liability
CG 20 03 - Additional  Insured - Concessionaires Trading Under Your Name
CG 20 10 - Additional  Insured - Owners, Lessees Or Contractors - Scheduled Person Or Organization
CG 89 79 - Additional  Insured - Owners, Lessees Or Contractors - Completed Operations - Scheduled Person Or Organization  - Arising Out Of Your Ongoing Operations
CG 90 47 - Additional  Insured - Owners, Lessees or Contractors - Scheduled Person Or Organization - Caused In Whole Or In Part
CG 90 43 - Additional  Insured - Owners, Lessees Or Organizations - Scheduled Person Or Organization - Including Primary/Non-Contributory   And Waiver Of Subrogation
CG 90 44 - Additional  Insured - Owners, Lessees Or Contractors - Completed  - Operations - Including Primary And Non Contributory  And Waiver Of Subrogation
CG 20 11 - Additional  Insured - Managers  Or Lessors Of Premises
CG 20 15 - Additional  Insured - Vendors
CG 20 26 - Additional  Insured - Designated  Person Or Organization
CG 20 28 - Additional  Insured - Lessor Of Leased Equipment
CG 20 29 - Additional  Insured - Grantor Of Franchise
CG 20 32 - Additional  Insured - Engineers, Architects Or Surveyors Not Engaged By The Named Insured
CG 20 34 - Additional  Insured - Lessor Of Leased Equipment - Automatic Status When Required In Lease Agreement  With You
CG 20 37 - Additional  Insured - Owners, Lessees Or Contractors - Completed  Operations
CG 89 80 - Additional  Insured - Owners, Lessees Or Contractors - Completed  Operations - Arising Out Of Your Work
CG 84 56 - Additional  Insured - Boat Shows
CG 85 83 - Blanket Additional  Insured Contractors - Products - Completed Operations
CG 85 84 - Additional  Insured Contractors  Products - Completed  Operations
CG 86 11 - Additional  Insured Automatic  Status When Required In Construction Agreement With You - Contractors - Completed  Operations
CG 89 95 - Additional  Insured - Automatic  Status When Required In Construction  Agreement With You - Products/Completed  Operations
CG 88 83 - Amendment  of Other Insurance Condition - Designated  Persons or Organizations
CG 89 98 - Amendment  of Other  Insurance Condition

One of the above endorsement(s) may be attached to your policy. With the attachment of the endorsement  a premium  charge has been made along with a fully earned or minimum  premium amount which will be retained if the policy is cancelled or issued for less than a one year period.

Please refer any questions  you may have to your insurance  agent.

* Not applicable  in Ohio.

© 2013 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

OHIO 00116