# EXHIBIT J



June 7, 2023

Southwest Marine and General
Attn: Claims Department
412 Mt. Kemble Ave
Suit 300C
Morristown, NJ 07960

**VIA CERTIFIED MAIL**

    Re: Andrea Lisseth Abad
    My Insured: Batco Associates LLC
    Date of loss: 7/15/22
    Claim: 24102006-001
    Loss Location: 620 West 153rd Street, New York, NY
    Parties Seeking Coverage: 620 W 153 Realty LLC, On Star Management LLC and
    Batco Associates LLC

Dear Southwest Marine and General:

We are the liability insurer for Batco Associates LLC ("Batco"). As you may be aware, a lawsuit has been filed by Andrea Abad naming 620 W 153 Realty LLC and On Star Management LLC as a direct defendants. At this time, based on the contract and agreement between Batco and your insured CMG Improvements Inc, which is favorable to the 620 W 153 Realty LLC, On Star Management LLC and Batco Associates LLC, we are formally tendering the defense and indemnification to your insured, CMG Improvements Inc, as an additional insured under liability policy GL2021RLH00338, effective from 7/22/21 to 7/22/22.

The incident report lists CMG Improvements as the plaintiff's employer. However, the Bill of Particulars lists EC Interiors as the employer. It is my understanding that these companies may be related and/or EC Interiors was a subcontractor of CMG Improvements.

Please responds within 30 days of this letter or we may be forced to file a coverage action in this matter.

Sincerely,

Jeffrey Holmes
Sr. Claims Resolution Specialist IV, Cas
Ohio Security Insurance Company
414-290-4476
Jeffrey.Holmes@libertymutual.com

**Liberty Mutual Insurance**
● P.O Box 5014 ● Scranton, PA 18505 ● 414-290-4476
● FAX 888-325-8127

**SMG00219**