# EXHIBIT K

| | |
|---|---|
| **From:** | Nick Steinke |
| **To:** | Holmes, Jeffrey |
| **Subject:** | RE: My file EWR00264406// Your file 24102006-001 - ANdrea Abad |
| **Date:** | Friday, August 11, 2023 10:48:00 AM |
| **Attachments:** | EWR00264406 - EC INteriors Remodeling.docx |
| | image001.png |

Hi Jeff,

Good morning. Pursuant to our finalization of review, our insured CMG Improvements, INC is owed contractual indemnity and defense from EC Interiors in relation to this matter. I have issued a tender to EC Interiors and their broker requesting defense and indemnity on behalf of both my insured and your insured. I provided them a copy of your initial tender, my tender, the COI, and the contract between CMG Improvements and EC Interiors. I have attached a copy of our tender for you.

Thank you.

**Nicholas Steinke**
Claims Examiner



412 Mt Kemble Ave #300C
Morristown, NJ 07960
Direct: 973-532-1422
Nsteinke@coactionspecialty.com

**From:** Holmes, Jeffrey <Jeffrey.Holmes@LibertyMutual.com>
**Sent:** Wednesday, August 9, 2023 10:58 AM
**To:** Nick Steinke <nsteinke@coactionspecialty.com>
**Subject:** RE: My file EWR00264406// Your file 24102006-001 - ANdrea Abad

*External Email*

Nick,

I am following up on the status of your investigation and response to my tender, can you advise?

Thanks,

**Jeffrey Holmes, CRIS**
Sr Claims Resolution Specialist IV, Cas
Policy underwritten by Ohio Security Insurance Company
Liberty Mutual Insurance – Global Retail Markets U.S. Casualty Claims

SMG00249

Milwaukee, WI
Direct Dial: 414-290-4476

| **USPS Mail Only** | **FedEX/UPS** (including Overnight, Next Day, and other non-USPS deliveries) |
|---|---|
| **Liberty Mutual or Safeco Claims** P.O. Box 5014 Scranton, PA 18505-5014 | **Liberty Mutual or Safeco Claims** 19 Bert Collins Drive Throop, PA 18512 |

All Liberty Mutual Claims Employees are currently working from home to protect themselves and others. For faster claims processing, we strongly encourage you to send all correspondence by email. For large files (>10GB), ask me about OneDrive!

If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you have received this email in error, please notify me via return email and via telephone at 414-290-4476 and permanently delete the original and any copy of any email, attachment, and any printout thereof. Thank you.

To learn more about Liberty Mutual's privacy policy, go to www.libertymutual.com/privacy.

**From:** Holmes, Jeffrey
**Sent:** Friday, June 16, 2023 3:16 PM
**To:** Nick Steinke <nsteinke@coactionspecialty.com>
**Subject:** RE: My file EWR00264406// Your file 24102006-001 - ANdrea Abad

Thank you for acknowledging the tender Nick. I look forward to your response.

**Jeffrey Holmes, CRIS**
Sr Claims Resolution Specialist IV, Cas
Policy underwritten by Ohio Security Insurance Company
Liberty Mutual Insurance – Global Retail Markets U.S. Casualty Claims
Milwaukee, WI
Direct Dial: 414-290-4476

| **USPS Mail Only** | **FedEX/UPS** (including Overnight, Next Day, and other non-USPS deliveries) |
|---|---|
| **Liberty Mutual or Safeco Claims** P.O. Box 5014 Scranton, PA 18505-5014 | **Liberty Mutual or Safeco Claims** 19 Bert Collins Drive Throop, PA 18512 |

All Liberty Mutual Claims Employees are currently working from home to protect themselves and others. For faster claims processing, we strongly encourage you to

send all correspondence by email. For large files (>10GB), ask me about OneDrive!

If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you have received this email in error, please notify me via return email and via telephone at 414-290-4476 and permanently delete the original and any copy of any email, attachment, and any printout thereof. Thank you.

*To learn more about Liberty Mutual's privacy policy, go to www.libertymutual.com/privacy.*

---

**From:** Nick Steinke <nsteinke@coactionspecialty.com>
**Sent:** Wednesday, June 14, 2023 12:19 PM
**To:** Holmes, Jeffrey <Jeffrey.holmes@Libertymutual.com>
**Subject:** {EXTERNAL} My file EWR00264406// Your file 24102006-001 - ANdrea Abad

Hello Jeffrey,

I am the adjuster assigned on behalf of CMG Improvements, INC. I have received your notice of tender regarding the tender on behalf of Batco Associates. At this time I will be investigating this matter further and obtaining the contracts and documents associated with this job site. At this time I am not in a position to accept your tender, as I am not in receipt of any known contracts of all the involved parties. Once I have obtained a copy of all applicable contracts for review, I can further advise on our tender determination.

Thank you.

**Nicholas Steinke**
Claims Examiner



412 Mt Kemble Ave #300C
Morristown, NJ 07960
Direct: 973-532-1422
Nsteinke@coactionspecialty.com

SMG00251