# EXHIBIT M

**Billy Trizano**

---

| | |
|---|---|
| **From:** | Ilona Ring <iring@coactionspecialty.com> |
| **Sent:** | Tuesday, September 17, 2024 1:22 PM |
| **To:** | Florence Langer |
| **Cc:** | Marshall Potashner |
| **Subject:** | RE: Abad v. 620 W 135 Realty LLC and On Star Management LLC (Supreme Court/Kings County; Index No. 520767/2022); Your Claim No.: EWR00264406 |

Good afternoon,

We are currently investigating this matter; I will provide a response as soon as possible.

**Ilona Ring**
Senior Examiner Claims



412 Mt Kemble Ave #300C
Morristown, NJ  07960
Direct: 818-230-8227

---

**From:** Florence Langer <FLanger@jaffeandasher.com>
**Sent:** Thursday, August 29, 2024 4:29 PM
**To:** Ilona Ring <iring@coactionspecialty.com>
**Cc:** Marshall Potashner <mpotashner@jaffeandasher.com>
**Subject:** FW: Abad v. 620 W 135 Realty LLC and On Star Management LLC (Supreme Court/Kings County; Index No. 520767/2022); Your Claim No.: EWR00264406

CAUTION: This email originated from outside of Coaction Specialty Insurance. Do not click on links or open attachments unless you validate the sender and know the content is safe. Please click on the Phish Alert Report button in Outlook if you believe this email is suspicious.

Ms. Ring,
I understand from Co-Action Specialty Insurance Group that you are the adjuster on the referenced claim, and not Ms. Longo.
Accordingly, please see below email and attached demand to Southwest Marine and General Insurance
Company.  Please provide a written response without further delay.  Thank you.

Uhjdugv/
"
Hmtgpeg'Ncpigt"
Mdiih )  D vkhu/OOS¡Vhqlru F rxqvho
778 K dp lwrq D yh/Vxlwh 738
Z klwh Sodlqv/Q \ 43934

FLanger@jaffeandasher.com
Direct: 212-472-2972
Tel: (212)-688-0400/ext 2972
Facsimile: 917-368-7839

---

**From:** Florence Langer
**Sent:** Thursday, August 8, 2024 3:09 PM
**To:** Plongo@Coactionspecialty.com
**Cc:** Marshall Potashner <mpotashner@jaffeandasher.com>
**Subject:** Abad v. 620 W 135 Realty LLC and On Star Management LLC (Supreme Court/Kings County; Index No. 520767/2022); Your Claim No.: EWR00264406

Ms. Longo,
Our firm represents Ohio Security Insurance Company and The Ohio Casualty Insurance Company in connection with the referenced matter.  Please see demand dated August 8, 2024, attached.

Regards,
"
Florence Langer
Jaffe & Asher/LLP;Senior Counsel
445 Hamilton Ave/Suite 405
White Plains/NY 10601
FLanger@jaffeandasher.com
Direct: 212-472-2972
Tel: (212)-688-0400/ext 2972
Facsimile: 917-368-7839

2