# EXHIBIT O

Page 1

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF KINGS

- - - - - - - - - - - - - - - - - x

ANDREA LISSETH ARMIJOS ABAD,

        Plaintiff,

                         Index No.

                         520767/2022

       -against-

620 West 153 Realty LLC and ON STAR MANAGEMENT

LLC,

        Defendants.

- - - - - - - - - - - - - - - - - x

620 W 153 REALTY LLC and ON STARS MANAGEMENT

LLC,

        Third-Party Plaintiffs,

       -against-

BATCO ASSOCIATES LLC., GRD SAFETY INC.,

And CMG IMPROVEMENTS, INC.

        Third-Party Defendants.

- - - - - - - - - - - - - - - - - x



OHIO 01391

Page 2

```
 1
 2   CMG IMPROVEMENTS, INC.,
 3              Second Third-Party Plaintiff,
 4         -against -
 5   EC INTERIORS REMODELING INC.,
 6              Second Third-Party Defendant.
 7   - - - - - - - - - - - - - - - - - x
 8
 9                  VIRTUAL CONFERENCE
                    April 24th, 2025
10                  11:17 a.m.
11
12      EXAMINATION BEFORE TRIAL of ANDREA LISSETH
13   ARMIJOS ABAD, the Plaintiff herein, taken by
14   MS. RISSOFF, in the above-entitled action,
15   held at the above time and place, pursuant to
16   Order, taken before ALEXIS TORRES, a Shorthand
17   Reporter and Notary Public within and for the
18   State of New York.
19                  Magna Legal Services
                    (866)624-6221
20                  www.MagnaLS.com
21
22
23
24
25
```



OHIO 01392

Page 3

```
 1
 2    A P P E A R A N C E S:
 3        WILLIAM SCHWITZER & ASSOCIATES
                  Attorneys for Plaintiff
 4                820 Second Avenue, Floor 10
                  New York, New York 10017
 5
          BY:  OLIVER OWAID, ESQ.
 6
 7
 8        WOOD, SMITH, HENNING & BERMAN LLP
                  Attorneys for Defendant/Third-Party
 9                Plaintiffs
                  685 Third Avenue
10                New York, New York 10017
11        BY:  ALEXA RISSOFF ESQ.
12
13
          GILBERT MCGINNIS & LIFERIEDGE
14                Attorneys for Defendant
                  10 Bank Street
15                White Plains, New York 10606
16        BY:  BRIAN LIFERIEDGE, ESQ.
17
18        PILLINGER MILLER TARALLO, LLP
                  Attorneys for Third-Party Defendant
19                555 Taxter Road, 5th Floor
                  Elmsford, New York 10523
20
          BY:  ERICA LERNER, ESQ.
21
22
23        MOLOD SPITZ & DESANTIS, P.C.
                  Attorneys for Defendant
24                1430 Broadway, 21st Floor
                  New York, New York 10018
25
```



Page 4

1

2

ALSO PRESENT:

3

STEVEN MALDONADO - SPANISH INTERPRETER

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



OHIO 01394

Page 5

```
 1
 2              S T I P U L A T I O N S
 3      IT IS STIPULATED AND AGREED by and between
 4   the attorneys for the respective parties
 5   herein, and in compliance with Rule 221 of the
 6   Uniform Rules for the Trial Courts:
 7      THAT the parties recognize the provision of
 8   Rule 3115 subdivisions (b), (c) and/or (d).
 9   All objections made at a deposition shall be
10   noted by the officer before whom the
11   deposition is taken, and the answer shall be
12   given and the deposition shall proceed subject
13   to the objections and to the right of a person
14   to apply for appropriate relief pursuant to
15   Article 31 of the CPLR;
16      THAT every objection raised during a
17   deposition shall be stated succinctly and
18   framed so as not to suggest an answer to the
19   deponent and, at the request of the
20   questioning attorney, shall include a clear
21   statement as to any defect in form or other
22   basis of error or irregularity.  Except to the
23   extent permitted by CPLR Rule 3115 or by this
24   rule, during the course of the examination
25   persons in attendance shall not make
```



OHIO 01395

Page 6

1

2   statements or comments that interfere with the

3   questioning.

4       THAT a deponent shall answer all questions

5   at a deposition, except (i) to preserve a

6   privilege or right of confidentiality, (ii) to

7   enforce a limitation set forth in an order of

8   a court, or (iii) when the question is plainly

9   improper and would, if answered, cause

10  significant prejudice to any person.  An

11  attorney shall not direct a deponent not to

12  answer except as provided in CPLR Rule 3115 or

13  this subdivision.  Any refusal to answer or

14  direction not to answer shall be accompanied

15  by a succinct and clear statement on the basis

16  therefore.  If the deponent does not answer a

17  question, the examining party shall have the

18  right to complete the remainder of the

19  deposition.

20      THAT an attorney shall not interrupt the

21  deposition for the purpose of communicating

22  with the deponent unless all parties consent

23  or the communication is made for the purpose

24  of determining whether the question should not

25  be answered on the grounds set forth in



Page 7

```
 1
 2   Section 221.2 of these rules, and, in such
 3   event, the reason for the communication shall
 4   be stated for the record succinctly and
 5   clearly.
 6       THAT the failure to object to any question
 7   or to move to strike any testimony at this
 8   examination shall not be a bar or waiver to
 9   make such objection or motion at the time of
10   the trial of this action, and is hereby
11   reserved; and
12       THAT this examination may be signed and
13   sworn to by the witness examined herein before
14   any Notary Public, but the failure to do so or
15   to return the original of the examination to
16   the attorney on whose behalf the examination
17   is taken, shall not be deemed a waiver of the
18   rights provided by Rules 3116 and 3117 of the
19   C.P.L.R, and shall be controlled thereby; and
20       THAT the certification and filing of the
21   original of this examination are hereby
22   waived; and
23       THAT the questioning attorney shall provide
24   counsel for the witness examined herein with a
25   copy of this examination at no charge.
```



OHIO 01397

Page 8

```
 1
 2                    A. ABAD
 3   A N D R E A   L I S S E T H
 4   A R M I J O S   A B A D, THE WITNESS
 5   HEREIN, HAVING BEEN FIRST DULY SWORN BY
 6   A NOTARY PUBLIC OF THE STATE OF
 7   NEW YORK, WAS EXAMINED AND TESTIFIED AS
 8   FOLLOWS:
 9   EXAMINATION
10   BY MS. RISSOFF:
11               THE COURT REPORTER:  Will
12      everyone be taking a copy today?
13               MR. LIFERIEDGE:  Yes.
14               MS. LERNER:  Yes.
15               MR. SARDAR:  Yes.
16      Q. Good morning, Ms. Abad.  My name
17    is Alexa Rissoff.  I'm an attorney with
18    the law firm Wood Smith Henning &
19    Berman.  We represent some of the
20    defendants in this lawsuit that you've
21    brought, specifically 620 West 153
22    Realty LLC and On Star Management LLC.
23               As you can see, we're doing this
24    on Zoom and we have a Spanish
25    interpreter.  So please make sure you
```



OHIO 01398

Page 9

```
 1
 2                   A. ABAD
 3   speak clearly and loudly and all the
 4   responses to the questions are in
 5   Spanish, which will then be translated
 6   into English.
 7        A. Very well.
 8        Q. Just some background rules
 9   before we start.  If you need to take a
10   break, I'm happy to accommodate you.  I
11   just ask that there's no pending
12   question.
13        A. Okay.
14        Q. If you need -- if you don't
15   understand the question, please let me
16   know, I'm happy to rephrase it.  If you
17   don't say anything, I'll assume you
18   understand the question.
19        A. Very well.
20        Q. As you can see, we're doing this
21   on Zoom, so all the responses need to
22   be verbal to the questions.  Any
23   shaking of the head or hand gestures
24   that you make, the court reporter can't
25   take down.  So just please make sure
```



Page 10

1

2                    A. ABAD

3    all of the responses are verbal.

4        A. Very well.

5        Q. Do you understand the

6    instructions?

7        A. Yes.

8        Q. Do you understand the

9    interpreter?

10       A. Yes.

11       Q. What is your complete name?

12       A. Andrea Lisseth Armijos Abad.

13       Q. Have you ever gone by any

14   nicknames?

15       A. No.

16       Q. What is your address?

17       A. 9842 Alstyne Avenue, Queens, New

18   York.  Corona.

19       Q. Okay.  What's the --

20           MS. RISSOFF:  Off the

21       record.

22           (Whereupon, an off-the-record

23       discussion was held at this time.)

24           MS. RISSOFF:  Steven, can

25       you ask her to spell the name of



Page 11

```
 1
 2                    A. ABAD
 3      the street, please?
 4      A. A-L-Y-S-T-I-N-E (sic).
 5      Q. Okay.  And then you said Avenue,
 6  Corona, New York; is that right?
 7      A. Yes.
 8      Q. And it's 9842 is the number?
 9      A. Yes.
10      Q. Is that a private home or an
11  apartment?
12      A. Apartment, first floor.
13      Q. How long have you lived there
14  for?
15      A. Five years.
16      Q. Who do you live there with
17  currently?
18      A. With my husband and mother.
19      Q. What are their names, please?
20      A. Maria and Tishawn.
21      Q. Can you spell that?
22      A. T-I-S-H-A-W-N.
23      Q. And your husband's name, please?
24      A. Tishawn.
25      Q. I thought -- oh, you just gave
```



Page 12

```
 1
 2                    A. ABAD
 3   me the first names, Maria and then
 4   Tishawn?
 5       A. Maria is my mom and Tishawn is
 6   my husband.
 7       Q. What are their last names?
 8           MR. SARDAR:  I'm sorry, can
 9       I just get the spelling of her
10       husband's name?
11           (Whereupon, the record was
12       read by the reporter.)
13       Q. Can you give me their last
14   names, please?
15       A. Abad is my mom.
16       Q. And your husband?
17       A. Remo.
18       Q. Can you spell that?
19       A. R-E-M-O.
20       Q. Were you living at this location
21   in 2022 at the time of your incident?
22       A. Yes.
23       Q. And at the time of the incident
24   in 2022, were you living there with
25   your husband and mother as well?
```



OHIO 01402

Page 13

1
2                    A. ABAD
3        A. Yes.
4        Q. Were you living there with
5    anyone else in 2022 other than your
6    husband and your mother?
7        A. No.
8        Q. Do you rent or own the apartment
9    you currently live in?
10       A. Rent.
11       Q. How much do you pay in rent?
12       A. $2,500.
13       Q. Per month?
14       A. Yes.
15       Q. How much were you paying in rent
16   back in 2022?
17       A. $2,300.
18       Q. Where did you live prior to 9842
19   Alstyne Avenue, in Corona, New York?
20       A. 113-14 14 Road, College Point.
21       Q. You said 113-14 14 Road, College
22   Point?
23       A. Yes.
24       Q. Did you live in an apartment or
25   a private home there?



1
2                     A. ABAD
3        A. Apartment.
4        Q. Which apartment?
5        A. First floor.
6        Q. How long did you live there?
7        A. Like, one year.
8        Q. Did you rent that apartment?
9        A. Yes.
10       Q. And did you move to the
11  apartment at 9842 Alstyne Avenue in
12  2020?
13       A. Yes.
14       Q. Where are you taking the
15  deposition today?
16       A. From the attorney's office.
17       Q. How did you get there today?
18       A. Taxi.
19       Q. Are you alone in the room where
20  you're taking the deposition?
21       A. With my attorney.
22       Q. Are you taking it on a laptop,
23  iPad, something else?
24       A. With a laptop.
25       Q. Do you have any notes or



OHIO 01404

Page 15

```
 1
 2                    A. ABAD
 3    documents that you're referring to?
 4         A. No.
 5         Q. Okay.  Just let the -- even if
 6    you understand the question or you can
 7    anticipate it, please just let me ask
 8    it and the interpreter interpret it in
 9    full before you respond, so there's no
10    overlap.
11         A. Okay.
12         Q. Did you review any documents,
13    photographs, in preparation for the
14    deposition today?
15         A. No.
16         Q. Have you ever been deposed
17    before, where an attorney asked you
18    questions under oath, like we're doing
19    today?
20         A. No.
21         Q. Are you a U.S. citizen?
22             MR. OWAID:  Note my
23         objection.  She can answer.  You
24         can answer.
25         A. Yes.
```



Page 16

```
 1
 2                    A. ABAD
 3       Q. Where were you born?
 4       A. In Ecuador.
 5       Q. When did you come to the United
 6   States?
 7       A. January 15th of 2016.
 8       Q. When did you become a U.S.
 9   citizen?
10       A. I'm not a citizen, I'm a
11   temporary resident.
12       Q. Do you have a Green Card?
13       A. Green Card.
14       Q. When did you get your Green
15   Card?
16       A. Two years ago.
17       Q. So in 2023?
18       A. No, sorry.  '24.
19       Q. In 2022, did you have a permit
20   to work in the United States?
21       A. No.
22       Q. How did you come to the United
23   States?
24       A. With a Visa.
25       Q. What type of Visa?
```



OHIO 01406

Page 17

```
 1
 2                    A. ABAD
 3        A. Tourist.
 4        Q. And how long was that Tourist
 5   Visa good for?
 6        A. Ten years.
 7        Q. Do you intend to apply for
 8   citizenship?
 9        A. Yes.
10        Q. Are you in the process of
11   applying, or is it something you intend
12   to do in the future, or something else?
13        A. In the future.
14             MS. RISSOFF:  I'm going to
15        ask for a copy of the Green Card
16        and the Tourist Visa, and we'll
17        follow up in writing.
18             MR. OWAID:  All -- we'll
19        take it under advisement and
20        please reduce it all to writing,
21        demands.
22        Q. Are you married?
23        A. Yes.
24        Q. When did you get married?
25        A. In 2023.
```



OHIO 01407

Page 18

```
 1
 2                   A. ABAD
 3       Q. Are you legally married?
 4       A. Yes.
 5       Q. And where did you get married?
 6       A. On Queens Boulevard.
 7       Q. So in the United States,
 8    correct?
 9       A. Yes.
10       Q. Do you have any children?
11       A. No.
12       Q. In the 24 hours prior to the
13    deposition today, did you consume any
14    alcohol or recreational drugs?
15       A. No.
16       Q. In the 24 hours prior to the
17    incident in 2022, did you consume any
18    alcohol or recreational drugs?
19       A. No.
20       Q. Are you currently taking any
21    medications?
22       A. Yes.
23       Q. What are you currently taking?
24       A. Diclofenac, Ibuprofen, and
25    living (phonetic) -- it's something for
```



Page 19

1

2                    A. ABAD

3    the thyroid.  I don't remember the

4    name.

5        Q. Okay.  What do you taking the

6    dichloride (sic) and the Ibuprofen for?

7              MR. OWAID:  Diclofenac.

8              MS. RISSOFF:  Diclofenac.

9        Thank you, Oliver.

10       A. The diclofenac is for relaxing

11   the muscles and the Ibuprofen is for

12   the pain.

13       Q. Okay.  Pain to what body part?

14       A. The back and the neck, the hip,

15   the knees, the shoulders.

16       Q. Did you take these medications

17   this morning or last night?

18       A. Yes.

19       Q. Was it this morning or was it

20   last night?

21       A. Last night.

22       Q. Okay.  Are you required to take

23   any medications in the morning?

24       A. Yes.

25       Q. Did you take any medication this



Page 20

```
 1
 2                    A. ABAD
 3    morning before the deposition?
 4        A. Yes, the one for the thyroid.
 5        Q. And how long have you been
 6    taking the medication for the thyroid?
 7        A. As of four months ago.
 8        Q. And what are you taking it for?
 9        A. Because my thyroid is too
10    elevated.
11        Q. Were you taking that back in
12    '22?
13        A. No.
14        Q. At the time of the incident,
15    were you taking any medications?
16        A. No.
17        Q. Did you fail to take any
18    medications you were required to take
19    at the time of the incident?
20        A. No.
21        Q. Did you fail to take any
22    medications that you were required to
23    take this morning or last night?
24        A. No.
25        Q. Where do you fill your
```



Page 21

```
 1
 2                    A. ABAD
 3   prescriptions?
 4        A. It arrives to my house.
 5        Q. What service or company do you
 6   use?
 7        A. I don't know.
 8        Q. Is it like a mail order
 9   prescription service, or does a
10   pharmacy deliver, or something else?
11        A. The pharmacy sends.
12        Q. What's the name of the pharmacy
13   you use to fill your prescriptions?
14        A. I don't remember.
15        Q. Do you have anything at home
16   that will refresh your memory as to the
17   name of the pharmacy?
18        A. I think so.
19             MS. RISSOFF:  I'm going to
20             request an authorization for the
21             pharmacy and we'll follow up in
22             writing.
23             MR. OWAID:  No problem.
24        Q. The medications that you took
25   last night and this morning, how many
```



Page 22

1

2                    A. ABAD

3    milligrams do you take of them?

4         A. I don't remember.

5         Q. Do you take them every day or

6    something else?

7         A. Each day.

8         Q. And which doctors prescribe the

9    medications, what are the names of the

10   doctors?

11        A. Dr. Taveras, Elbas (phonetic).

12             MR. OWAID:  I think that's

13        it.

14        Q. Is that it?

15        A. Yes.

16        Q. And which medications do each

17   doctor prescribe?

18        A. I don't remember.

19        Q. Okay.  Who prescribes the

20   medication that you take for your

21   thyroid?

22        A. My female doctor.  I don't

23   remember her name.

24        Q. Do you have a primary care

25   physician?



Page 23

```
 1

 2                    A. ABAD

 3        A. Yes.

 4        Q. What is the name of your primary

 5    care physician?

 6        A. No, I don't remember.

 7        Q. Is he or she affiliated with a

 8    group or facility?

 9        A. I don't know.

10        Q. Where is your primary care

11    physician located?

12        A. By Corona.

13        Q. How long have you been seeing

14    the primary care physician for?

15        A. Some four months ago.

16        Q. Okay.  Do you have anything at

17    home that would refresh your

18    recollection as to the name of the

19    primary care physician in Corona that

20    you've been seeing for the last four

21    months?

22        A. I'd have to verify.

23            MS. RISSOFF:  We're going to

24        request an authorization for the

25        primary care physician and we'll
```



OHIO 01413

Page 24

```
 1
 2                    A. ABAD
 3       follow up in writing.
 4            MR. OWAID:  Note my
 5       objection, but we'll take it up
 6       on the demands.
 7       Q. In 2022, at the time of this
 8  incident, did you have a primary care
 9  physician?
10       A. No.
11       Q. Did you have any primary care
12  physician at any time before seeing the
13  one in Corona four months ago?
14       A. No.
15       Q. Do you have any social media
16  accounts, like Facebook, Snapchat
17  Instagram, LinkedIn, something else?
18       A. Yes.
19       Q. What do you have?
20       A. Instagram.
21       Q. What is your handle on
22  Instagram?
23       A. Andrea.
24       Q. Can you spell how -- what the
25  handle is, please?
```



Page 25

```
 1
 2                    A. ABAD
 3        A. Andrea24.
 4        Q. Is it A-N-D-R-E-A 24 or
 5   something else?
 6        A. Like that.
 7        Q. Okay.  Any spaces or characters?
 8        A. No.
 9        Q. Did you post anything on your on
10   your feed and your stories with regard
11   to your incident or your medical
12   treatment following the incident from
13   the date of the incident up until
14   today?
15        A. No.
16        Q. Did you have this Instagram
17   account at the time of the incident in
18   2022?
19        A. Yes.
20        Q. Did you have any other social
21   media accounts at the time of the
22   incident other than Instagram?
23        A. No.
24        Q. And currently, you don't have
25   any other social media accounts other
```



Page 26

1

2                     A. ABAD

3    than Instagram, correct?

4        A. Yes.

5        Q. Do you have any underlying

6    health conditions, like high blood

7    pressure, high cholesterol, diabetes,

8    something else?

9             MR. OWAID:  Note my

10        objection.  She can answer.

11        A. No.

12        Q. Did you have any underlying

13    health conditions, like diabetes, high

14    blood pressure, high cholesterol, at

15    the time of the incident?

16        A. No.

17        Q. I'm going to ask for your

18    complete date of birth and we'll just

19    put the year on the record for your

20    privacy.

21             MR. OWAID:  Date of you

22        birth.

23        A. XX/XX of 93.

24        Q. Do you have a social security

25    number?



Page 27

 1

 2                    A. ABAD

 3        A. Yes.

 4        Q. I'm going to ask for the

 5   complete social security number and

 6   we'll just put the last four digits on

 7   the record, please.

 8             MR. OWAID:  No digits on the

 9        record, but she can give the

10        whole thing.

11             MS. RISSOFF:  That's fine.

12        A. I don't know it.

13             MR. OWAID:  Put it in a

14        demand.  I'll give it to you.

15             MS. RISSOFF:  Let's do this.

16        Q. Let's leave a space in the

17   record.  When you get the transcript,

18   you'll get a booklet with all the

19   questions and the answers, please put

20   it in there and we'll also follow up in

21   writing for the complete social

22   security number.

23   (INSERT)_____

24        A. Yeah.

25        Q. At the time of this incident,



OHIO 01417

Page 28

1
2                      A. ABAD
3   did you have a Tax ID Number?
4        A. Yes.
5        Q. What is your Tax ID Number?
6        A. I don't know.
7        Q. Do you have anything at home
8   that would refresh your recollection as
9   to your Tax ID Number?
10       A. I think so.
11       Q. Okay.  We'll also follow up in
12  writing for your Tax ID Number.
13           What is your height and weight?
14       A. 5.04 is my height.
15       Q. 5 feet 4 inches?
16       A. Yes.
17       Q. Okay.  What is your weight?
18       A. 193.
19       Q. Did you say, "193?"
20       A. Yes, pounds.
21       Q. Okay.  I didn't know if I heard
22  something.
23           Was your weight the same at the
24  time of the incident in 2022?
25       A. No.



Page 29

```
 1
 2                    A. ABAD
 3        Q. What was your weight at the time
 4    of the incident?
 5        A. 150.
 6        Q. Are you right-handed or
 7    left-handed?
 8        A. Right-handed.
 9        Q. Have you ever served in the
10    military?
11        A. No.
12        Q. Can you read and write in
13    English?
14        A. No.
15        Q. Can you read and write in
16    Spanish?
17        A. Yes.
18        Q. What is your highest level of
19    education?
20        A. I studied in the university.
21        Q. Did you obtain a degree?
22        A. I am studying right now, online.
23        Q. Where are you currently studying
24    online?
25        A. Ecuador.
```



Page 30

```
 1
 2                    A. ABAD
 3       Q. What university?
 4       A. UTPL.
 5       Q. Does that stand for something?
 6       A. Universidad Tecnica Particular
 7  de Loja.
 8       Q. L-O-J-A?
 9       A. Yes.
10       Q. And what are you currently
11  studying?
12       A. Psycho pedagogy.
13       Q. What is that?
14       A. It's for helping kids in
15  education.
16       Q. Are you obtaining an associate
17  degree, bachelor degree, or something
18  else?
19       A. Four-year.
20       Q. And when did you start studying
21  the at this university?
22       A. About a year ago.
23       Q. In 2024?
24       A. Yes.
25       Q. And you're taking classes online
```



Page 31

```
 1
 2                    A. ABAD
 3   or something else?
 4        A. Online.
 5        Q. How many credits are you
 6   currently taking?
 7        A. Five.
 8        Q. Five credits, five classes, or
 9   something else?
10        A. Five classes.
11        Q. Is it -- are you full-time?
12        A. Yes.
13        Q. How much does the university
14   cost?
15        A. $1,200.
16        Q. Per semester or something else?
17        A. Per semester.
18        Q. Why were you talking classes
19   through this university in Ecuador?
20        A. Because it's more -- it's more
21   economical
22        Q. Why did you come to the United
23   States in 2016?
24        A. For a better life.
25        Q. What does your husband do?
```



Page 32

```
 1
 2                    A. ABAD
 3       A. He works.
 4       Q. Where does he work?
 5       A. Amazon.
 6       Q. How long has he been working
 7   there?
 8       A. He started working last year --
 9   last year he started working there.
10       Q. And what does he do for Amazon?
11       A. He delivers packages.
12       Q. Was he working -- withdrawn.
13          Was he working at the time of
14   the incident in 2022?
15       A. Yes.
16       Q. What was he doing at that time?
17       A. Uber.
18       Q. Does your mom work?
19       A. Yes.
20       Q. What does your mom do?
21       A. Salads, prep work.
22       Q. At a restaurant or something
23   else?
24       A. Restaurant.
25       Q. What restaurant?
```



```
 1
 2                    A. ABAD
 3        A. Segundo Mulino.
 4        Q. Where is that?
 5        A. Manhattan.
 6        Q. How long has she been working
 7   there?
 8        A. Nine years.
 9        Q. Do you have a driver's license?
10        A. A driver's permit.
11        Q. Do you drive?
12        A. No.
13        Q. Do you have a vehicle?
14        A. No.
15        Q. Do you wear eyeglasses?
16        A. Yes.
17        Q. And what do you wear them for?
18        A. Because I cannot see well.
19        Q. Close, or far, or something
20   else?
21        A. Far.
22        Q. Are you currently wearing
23   contacts?
24        A. No.
25        Q. Were you wearing eyeglasses at
```



Page 34

```
 1
 2                    A. ABAD
 3    the time of the incident in 2022?
 4         A. Yes.
 5         Q. And who is the eye doctor that
 6    you see?
 7         A. I don't know the name.
 8         Q. Are they affiliated with a group
 9    or facility?
10         A. I don't know.
11         Q. Where are they located?
12         A. Junction.
13         Q. In Queens?
14         A. Yes.
15         Q. When was the last time you saw
16    the eye doctor?
17         A. About a month ago.
18         Q. Were you actually wearing
19    eyeglasses on the date of the incident
20    at the time the incident occurred?
21         A. Yes.
22         Q. Is there a reason why you're not
23    wearing them today?
24         A. Because they broke.
25         Q. Were you going to the same eye
```



Page 35

```
 1
 2                    A. ABAD
 3    doctor back in 2022 that you're
 4    currently seeing?
 5         A. No.
 6         Q. What eye doctor were you seeing
 7    back in 2022?
 8         A. I don't know the name.
 9         Q. Were they affiliated with a
10    group or a facility?
11         A. I don't know.
12         Q. When did you first start seeing
13    the eye doctor that you saw last month?
14         A. Last month, let's see.  I don't
15    know the exact date.
16         Q. Okay.  I don't need the exact
17    date, but when did you start seeing
18    this eye doctor; was it last year, this
19    year, sometime before, something else?
20         A. Last year, so I could get a new
21    prescription.
22         Q. Okay.  And the eye doctor that
23    you saw at the time of the incident,
24    for how long were you seeing that eye
25    doctor?
```



1

2                    A. ABAD

3        A. I honestly don't remember.

4        Q. I'm -- do you have anything at

5   home that would refresh your

6   recollection as to the name of the eye

7   doctors?

8        A. I think so.

9        Q. Okay.  I'm going to follow up in

10  writing for the authorization for the

11  eye doctor you're currently seeing and

12  the one that you were seeing at the

13  time of the incident.

14           Did you graduate from high

15  school?

16       A. Yes.

17       Q. And what high school did you

18  graduate from?

19       A. Escuela San Jose de Calasanz.

20       Q. And where's that located in

21  Ecuador?

22       A. In Loja.

23       Q. Have you obtained any

24  certificates or degrees other than high

25  school?



OHIO 01426

1

2                    A. ABAD

3      A. Certificates.

4      Q. What type of certificate?

5      A. Counter agent to work at

6  airports.

7      Q. When did you obtain that

8  certificate?

9      A. No, sorry, like 2014.

10      Q. Was that in Ecuador?

11      A. Yes.

12      Q. Any other certificates or

13  degrees?

14      A. No.

15      Q. Do you have any OSHA cards?

16      A. Yes.

17      Q. What OSHA cards do you have?

18      A. I have the 40-hour OSHA card.

19      Q. And what did you get that in?

20          MR. OWAID:   Just objection

21      to form.

22      Q. Like, was it safety, was it

23  something else?

24      A. The regular OSHA one, regular.

25      Q. When did you obtain that card?



Page 38

```
 1
 2                    A. ABAD
 3         A. I don't remember.
 4         Q. Was it prior to the incident?
 5         A. Yes, of course.
 6         Q. What year was it?
 7         A. I don't remember.
 8         Q. Where?
 9         A. I went to a course here, in
10    Manhattan, but I don't remember the
11    name of the school.
12         Q. What was the course -- what was
13    the subject of the course?
14         A. Construction.
15         Q. Other than the OSHA 40, do you
16    have any other OSHA cards?
17         A. No.
18         Q. Do you have a copy of the OSHA
19    40 card?
20         A. No.
21         Q. What happened to your OSHA card?
22         A. I threw it out.
23         Q. Why did you throw it out?
24         A. Because it was no good for me.
25         Q. Because it expired, or you no
```



OHIO 01428

Page 39

1

2                    A. ABAD

3    longer wanted to do construction, or

4    something else?

5        A. Because I couldn't work no more

6    because of the accident.

7        Q. Do you have a copy of the card,

8    somewhere stored electronically, in the

9    house, or something else?

10            MR. OWAID:  Note my

11        objection, she can answer.

12        A. I don't know.  I would have to

13    look.

14        Q. Okay.  Do you know if you sent

15    it to anyone, electronically, via text

16    message, or me mail, or otherwise?

17        A. No.

18        Q. Okay.  I'm going to ask you to

19    please take a look for your OSHA 40.

20    If you can have a copy of it, we're

21    going to request it and follow up in

22    writing.

23            MR. OWAID:  Note my

24        objection.  It was exchanged in

25        Discovery by defendants, a copy



OHIO 01429

Page 40

```
 1
 2                  A. ABAD
 3      of it.
 4          MS. RISSOFF:  Okay.  I may
 5      have missed that.  If I don't
 6      have it, I'll take it up with
 7      them, and we'll send a demand
 8      out.  We'll move on.
 9          MR. OWAID:  Okay.
10      Q. Did have you any training in
11   construction or go to school for any
12   training in construction prior to 2022?
13      A. Yes.
14      Q. Where did you do this training
15   in construction before the incident?
16      A. At the OSHA course.
17      Q. How long was the course?
18      A. I don't remember.  It's 40-hour
19   one.
20      Q. Was it conducted in Spanish?
21      A. Yes.
22      Q. Where in Manhattan was it
23   located?
24      A. That I don't remember.
25      Q. When did you do the course?
```



OHIO 01430

Page 41

1

2                    A. ABAD

3       A. I don't remember.

4       Q. Was it 2022, '21, '20, something

5    else?

6       A. I don't know.

7       Q. Other than the 40-hour, did you

8    take any other courses or have any

9    other training in construction?

10      A. No.

11           MR. OWAID:  Can we take five

12      minutes, everybody?

13           MS. RISSOFF:  Sure.

14           (Whereupon, a recess was

15      taken at this time.)

16      Q. Do you smoke?

17      A. No.

18      Q. Did you smoke at the time of the

19   incident?

20      A. No.

21      Q. At the time of the incident, who

22   were you employed with?

23      A. EC Interiors.

24      Q. And for how long had you been

25   employed with them?



OHIO 01431

Page 42

```
 1
 2                    A. ABAD
 3        A. One month.
 4        Q. When did you start working for
 5   EC Interiors?
 6        A. I don't remember.
 7        Q. Well, what was the date of your
 8   incident?
 9        A. July 15th of 2022.
10        Q. So would it be fair to say you
11   started June 15th of 2022?
12        A. More or less.
13        Q. Where is EC Interiors located?
14        A. I don't know.
15        Q. Do you know where there
16   headquarters is?
17        A. No.
18        Q. How did get the job?
19        A. They recommended me, an
20   acquaintance.
21        Q. Okay.  What's the name of the
22   acquaintance that recommended you?
23        A. It's an acquaintance of a friend
24   of mine, but I don't know.
25        Q. What's the name of that person?
```



Page 43

```
 1
 2                    A. ABAD
 3      A. Freddy.
 4      Q. What's Freddy's last name?
 5      A. Rodriguez.
 6      Q. Just to confirm, is ready --
 7  withdrawn.
 8              MR. OWAID:  Freddy.
 9              MS. RISSOFF:  No, no, I
10      know.  It's just me.
11      Q. Is Freddy the acquaintance or
12  the friend?
13      A. My friend.
14      Q. And Freddy's friend referred you
15  to EC Interior or something else?
16      A. Yes.
17      Q. And you don't know the name of
18  his friend that referred you?
19      A. No.
20      Q. What type of work does EC
21  Interiors do?
22      A. Compound, sheetrock, and
23  insulation.
24      Q. And did you have a conversation
25  with Freddy -- when did you have a con
```



OHIO 01433

Page 44

1

2                    A. ABAD

3        --

4             When did you have a conversation

5    with Freddy about looking for a job?

6         A. It was for a long time.  They

7    helped me from then, but I don't

8    remember the exact date.

9         Q. Does Freddy work in construction

10   or why did you speak to Freddy about

11   the job?

12        A. He worked in construction with

13   another company and I asked him about

14   that one.  I asked him if he knew about

15   any work, about any work.

16        Q. And then he -- and then what

17   happened next?

18        A. Nothing.  They just referred me

19   to the person who was my boss, Theo or

20   Teo (phonetic).

21        Q. And who referred you to Teo, the

22   acquaintance or Freddy?

23        A. No, the acquaintance.

24        Q. Okay.  Teo is T-E-O, correct?

25        A. Yes.



Page 45

1
2                    A. ABAD
3        Q. What is his last name?
4        A. Teo Casal (phonetic).
5        Q. Did you have to apply for the
6    job or did you meet with Teo before
7    starting?
8        A. No, I wrote to him about if he
9    had any opportunities and he sent me
10   the address to the place where I had
11   the accident.
12       Q. When you say you wrote to him,
13   did you text him, e-mail him, something
14   else?
15       A. Text message.
16       Q. And then he told you you could
17   -- the address of the location and then
18   you started that day or something else?
19       A. He gave me the address to the
20   place and I started the next day.
21       Q. When was this?
22       A. June.
23       Q. When did he send you the
24   address?
25       A. In June.



Page 46

1

2                    A. ABAD

3      Q. Do you have copies of those text

4    messages?

5      A. No.

6      Q. Do you have the same phone that

7    you had in 2022?

8      A. No.

9      Q. Did you send those text messages

10   to anyone, or save them in the Cloud,

11   or something else?

12     A. No.

13     Q. Are you currently using the same

14   provider, cell provider, that you were

15   using in 2022?

16     A. No.

17     Q. What cell provider are you

18   currently using?

19     A. AT&T.

20     Q. And what were you using back in

21   2022?

22     A. Lycamobile.

23     Q. And what type of phone did you

24   have?

25     A. Samsung.



Page 47

```
 1
 2                   A. ABAD
 3      Q. Do you currently have a Samsung?
 4      A. No.
 5      Q. What do you have now?
 6      A. Iphone.
 7      Q. What happened to that phone?
 8      A. I changed it.
 9      Q. When did you change phones?
10      A. In 2023.
11      Q. Do you still have the phone you
12   were using in 2020 back in June?
13      A. No, because it doesn't work.
14      Q. So you got rid of it or
15   something else?
16      A. No, I changed it.  For a
17   discount, when the company gives you a
18   discount when you give them your old
19   phone, I changed it then.
20      Q. And why did you seek a
21   construction job back in June of 2022?
22      A. Because I stopped working at a
23   restaurant.
24      Q. Well, what restaurant were you
25   working at?
```



OHIO 01437

Page 48

1
2                      A. ABAD
3       A. Cuenito.
4       Q. Can you spell that?  Where is
5  that restaurant located?
6            MR. SARDAR:  Wait, hang on.
7       Can someone spell that?  I don't
8       know what just happened.
9            MS. RISSOFF:  She just
10      spelled it.
11            THE COURT REPORTER:  He
12      didn't translate.
13            MR. SARDAR:  I want the
14      translator to spell it, not her.
15            MS. RISSOFF:  Okay.
16            MR. SARDAR:  Yeah, I don't
17      understand.
18            MS. RISSOFF:  Okay.  He's
19      going to say it.  Just let Steven
20      spell it, Mordy.
21            MR. SARDAR:  I'm not making
22      an issue out of it --
23            (Whereupon, crosstalk
24      occurred at this time.)
25       A. C-U-E-N-I-T-O.



Page 49

1

2                   A. ABAD

3        Q. Where is that restaurant

4    located?

5        A. In Queens.

6        Q. Where in Queens is it?

7        A. 9912 Alstyne.

8        Q. And for how long were you

9    working at that restaurant?

10       A. Like, five years.

11       Q. And was that your first job in

12   the United States when you came from

13   Ecuador or something else?

14       A. Yes.

15       Q. And what did you do at the

16   restaurant?

17       A. Waitress.

18       Q. And why did you want to leave

19   the restaurant to work in construction?

20       A. Because I got -- I was bored of

21   working t the restaurant.

22       Q. Had you ever worked in

23   construction at all before you worked

24   for EC Interiors?

25       A. Yes.



Page 50

```
 1
 2                    A. ABAD
 3        Q. Can we just confirm the name of
 4    the restaurant again?  Can you just
 5    spell it how you think it's spelled?
 6        A. C-U-E-N-C-A-N-I-T-O.
 7        Q. Is it still in business?
 8        A. Yes.
 9        Q. When you spoke to Teo before you
10    started working at EC Interior, what
11    did he say you would be doing, what
12    type of work?
13        A. He asked me what I could do.
14        Q. And what did you say?
15        A. Compound and insulation.
16        Q. Did you speak on the phone, or
17    was this through text message, or
18    something else?
19        A. Text.
20        Q. Had you ever done any compound
21    or insulation work prior to June of
22    2022?
23        A. Yes.
24        Q. And where did you do that and
25    when?
```



Page 51

```
 1
 2                    A. ABAD
 3       A. Well, I don't remember the name
 4  of the company, but it was like six
 5  months before working for Teo.
 6       Q. Would that be in January of 2022
 7  or something else?
 8       A. Yes.
 9       Q. And when did you stop working at
10  the restaurant?
11       A. I don't remember because I left.
12  I took some time to rest off, then I
13  returned, then I left, and then I
14  started working construction.
15       Q. So when is the last time you
16  worked at the restaurant, was it in
17  2021 or something else?
18       A. It should be 2021.
19       Q. When in 2021, was it summertime,
20  fall, something else?
21       A. After the summer.
22       Q. And then you started working for
23  this company in construction in January
24  of 2022?
25       A. Yes, more or less.
```



OHIO 01441

Page 52

1

2                          A. ABAD

3        Q. And you don't know the name of

4     the company?

5        A. No, I don't remember.

6        Q. Where are they located?

7        A. It's that I don't remember.

8        Q. Who referred you to this

9     company?

10       A. A female friend.

11       Q. And what is her name?

12       A. Monica.

13       Q. What is Monica's last name?

14       A. The last name I don't know,

15    because she's a friend of another

16    friend.

17       Q. And did you reach out to her and

18    say, "I want to work in construction"

19    or how did this come about?

20       A. I don't remember exactly.

21       Q. Okay.  But what made you want to

22    leave the restaurant to work --

23    withdrawn.

24          This was the very first job that

25    you ever worked in construction,



OHIO 01442

Page 53

1

2                      A. ABAD

3   correct?

4        A. I don't understand.

5        Q. The job that you worked in

6   January 2022, was that your very first

7   job doing construction or something

8   else?

9        A. Yes.

10       Q. And what made you want to work

11  there and leave the restaurant?

12       A. It was better pay and less

13  enslaving than the restaurant because

14  at the restaurant, I would work ten

15  hours.

16       Q. And did your friend's friend

17  work at this company or how did she

18  know about it?

19       A. You're talking about 2021?

20       Q. No, no, I'm talking about

21  January 2022.  You testified that that

22  was the first company and the first

23  construction job that you worked at; is

24  that correct?

25       A. Yes.



Page 54

```
 1
 2               A. ABAD
 3      Q. And my question was, how did you
 4  -- how did your friend's friend refer
 5  you to this company, did she work
 6  there, did she know someone that worked
 7  there, or something else?
 8      A. Because my friend lived with me
 9  at that time, and she knew her, and she
10  referred me.
11      Q. Did the friend's friend work for
12  this company, or know about this
13  company, or something else?
14      A. I don't know.
15      Q. Did you have any training before
16  working for this construction company
17  in January of 2022?
18      A. The OSHA.
19      Q. And this is the OSHA 40 that you
20  earlier testified to?
21      A. Yes.
22      Q. Who paid for the OSHA training?
23      A. I did.
24      Q. How much was it?
25      A. I think it was like $350.
```



Page 55

```
 1
 2                    A. ABAD
 3        Q. Do you have any documents at
 4   home that would refresh your
 5   recollection as to the name of that
 6   company that you worked for in January
 7   of 2022 to approximately June 2022?
 8        A. No.
 9        Q. Did you work there full-time?
10        A. Yes.
11        Q. Did the company give you any
12   training before you started working for
13   them?
14        A. No.
15        Q. Where did you work when you
16   worked for that company for those six
17   months?
18        A. Around New Jersey.
19        Q. Where in New Jersey?
20        A. Elizabeth.
21        Q. And how would you get there?
22        A. The owner of the company would
23   take me in the car.
24        Q. What is the name of the owner of
25   the company?
```



Page 56

```
 1
 2                    A. ABAD
 3        A. Louis.
 4        Q. What is his last name?
 5        A. That I don't know.
 6        Q. How were you paid when you
 7    worked there?
 8        A. Cash.
 9        Q. And how much were you earning at
10    that time?
11        A. $850.
12        Q. Was that per month or something
13    else, per week?
14        A. Week.
15        Q. Were you paid hourly or
16    something else?
17        A. Weekly.
18        Q. Are you -- were you part of a
19    union?
20        A. No.
21        Q. What was your title when you
22    worked for this company in
23    January 2022?
24        A. Worker.
25        Q. And when you worked in
```



Page 57

1
2                    A. ABAD
3    Elizabeth, New Jersey, where did you
4    work in Elizabeth, New Jersey?
5         A. I don't know the address.
6         Q. Was it a commercial building,
7    residential building, construction
8    site, something else?
9         A. It was a house under
10   construction.
11        Q. And did you work there for the
12   entire six months that you worked for
13   this company or something else?
14        A. Yes.
15             MR. SARDAR:  Can I take two
16        minutes?  I'm sorry.
17             (Whereupon, a recess was
18        taken at this time.)
19        Q. And what were you doing at this
20   house in Elizabeth, New Jersey?
21        A. Compound and painting.
22        Q. Was the company also located in
23   Elizabeth, New Jersey?
24        A. Yes.
25        Q. Was it just you and Louis who



Page 58

1

2                    A. ABAD

3    was working at that house or were there

4    other people?

5         A. No, there were more people.

6         Q. How many people were working in

7    that house?

8         A. Eight people.

9         Q. All part of the company you were

10   working for?

11        A. Yes.

12        Q. Can you tell me specifically

13   what job duties you were doing when you

14   say compound and painting?

15        A. I would do the compound whenever

16   they asked me to do the task or if they

17   asked me to paint, I would also do

18   that.

19        Q. Would that work that you were

20   doing in the house involve using a

21   ladder?

22        A. Yes.

23        Q. Did you use a ladder at that

24   job?

25        A. Yes.



OHIO 01448

Page 59

```
 1
 2                    A. ABAD
 3        Q. What type of ladders would you
 4   use at that job?
 5        A. A-frame.
 6        Q. Did you have any issues when you
 7   would use the A-frame ladder at that
 8   job?
 9              MR. OWAID:  Objection to
10        form.  She can answer.
11        A. I don't understand.
12        Q. When you were -- withdrawn.
13           On how many occasions would you
14   use an A-frame ladder when you worked
15   in Elizabeth, New Jersey in January of
16   2022?
17        A. Once a week.
18        Q. And would you use the same
19   ladder?
20        A. Different ones but, they were
21   A-frames.
22        Q. And on the occasions that you
23   would use the A-frame ladder, did you
24   have any issues ascending the ladder,
25   descending the ladder, while you were
```



OHIO 01449

Page 60

```
 1
 2                    A. ABAD
 3   working on the ladder?
 4       A. No, no problem.
 5       Q. Were you ever involved in any
 6   type of workplace incident before
 7   July 15th, 2022?
 8       A. No, never.
 9       Q. Were you ever involved in any
10   type of incident before July 15th,
11   2022, such as motor vehicle, trip and
12   fall, slip and fall, or something else?
13           MR. OWAID:  I'm going to
14       just object to form.  Are you
15       asking has she been in an
16       accident before, where she got
17       hurt, any of those things?
18           MS. RISSOFF:  Yeah.
19           MR. OWAID:  Can you
20       translate that question?
21           MS. RISSOFF:  She
22       understands it.
23           MR. OWAID:  Steven,
24       translate.
25           THE INTERPRETER:  Can you
```



Page 61

```
 1
 2                    A. ABAD
 3      repeat the question, please?
 4      Q. Had you ever been involved in an
 5   incident, before July 15th, 2022, where
 6   you sustained physical injuries?
 7      A. Never.
 8      Q. And why did you leave the job in
 9   Elizabeth, New Jersey?
10      A. Because the house was already
11   finished.
12      Q. You mean they didn't have any
13   further work for you to do or something
14   else?
15      A. Correct.
16      Q. And you said you were working --
17   withdrawn.
18           What is the location of the
19   incident that you were working at on
20   July 15th, 2022?
21      A. 620 West 153rd Street.
22      Q. And were you working at that
23   location the entire month you were
24   working for EC Interiors?
25      A. Yes.
```



OHIO 01451

Page 62

1

2                    A. ABAD

3        Q. What is located at 620

4    West 153rd Street?

5        A. A building.

6        Q. What type of building,

7    commercial, residential, mixed use,

8    something else?

9        A. It was a new building.

10       Q. Okay.  But what type of building

11   was it, do you know, commercial,

12   residential, mixed use?

13       A. I don't know.

14       Q. What were your hours back in

15   July of 2015 -- July 2022?

16       A. From eight to 4:00 in the

17   afternoon.

18       Q. Did you work full-time that one

19   month you worked there?

20       A. Yes.

21       Q. Was it Monday to Friday or

22   something else?

23       A. From Monday to Friday.

24       Q. Would you ever work on the

25   weekends?



OHIO 01452

Page 63

```
 1
 2                    A. ABAD
 3        A. No.
 4        Q. Would you work overtime?
 5        A. No.
 6        Q. Were you paid hourly or
 7   something else?
 8        A. No, per week.
 9        Q. And how much were you paid per
10   week?
11        A. I don't remember.
12        Q. Can you approximate how much you
13   were paid?
14        A. $1,200.  $1,200 more or less.
15        Q. How were you paid?
16        A. Cash.
17        Q. Who did you report to when you
18   worked for that one month, who was your
19   supervisor that you reported to?
20        A. Teo Casal.
21        Q. Okay.  What was his title for EC
22   Interior?
23        A. I don't know.  He would give me
24   orders.
25        Q. Would he give them to you in
```



OHIO 01453

Page 64

1

2                    A. ABAD

3    Spanish?

4         A. Yes.

5         Q. Does he still work for EC

6    Interiors?

7         A. I don't know.

8         Q. Did Teo give you any training

9    before you started working for EC

10   Interiors?

11        A. No.

12        Q. And what work did you do for

13   that one month for EC Interiors?

14        A. Insulation and compound.

15        Q. Do you know when EC Interiors

16   started working at 620 West 153rd

17   Street?

18        A. No.

19        Q. Do you know if it was sometime

20   in 2022 or before then?

21        A. I don't know.

22        Q. Were there any tenants in the

23   building when you started working in

24   June of 2022?

25        A. In July?



Page 65

```
 1
 2                    A. ABAD
 3        Q. No.  My question was when she
 4    started working in June of 2022?
 5             MR. OWAID:  The question was
 6        January in Spanish, right, Steve?
 7             THE INTERPRETER:  Correct.
 8        I made a mistake.
 9             MS. RISSOFF:  No worries.
10        Alexis, could you read back the
11        question?
12             (Whereupon, the record was
13        read by the reporter.)
14        A. No, because it was a new
15    building.
16        Q. How would you -- withdrawn.
17           Where was the building located?
18        A. 620 West 153rd Street.
19        Q. Understood, but was that in
20    Manhattan or somewhere else?
21        A. I believe it's Manhattan, yes.
22        Q. How would you get to work every
23    day?
24        A. By train.
25        Q. What train would you take?
```



OHIO 01455

Page 66

1

2                    A. ABAD

3       A. I would take two trains.  I

4    would start on the seven and I would

5    transfer, but I don't remember what was

6    the other train I would take to get

7    there.

8       Q. What time would you leave your

9    house?

10      A. Like, 6:30.

11      Q. What time did you have to be at

12   work?

13      A. Well, I would get there

14   15 minutes before the job would start.

15      Q. So that would be about 7:45?

16      A. Yes, always.

17      Q. Were there any pre-shift

18   meetings that you would attend before

19   you started work?

20      A. No.

21      Q. Were there other companies

22   working at the jobsite at 620

23   West 153rd Street in the month that you

24   worked there, other than EC Interiors?

25      A. Yes.



Page 67

```
 1
 2                    A. ABAD
 3        Q. What other companies were
 4   working there in the month that you
 5   worked there?
 6        A. I believe there was, like,
 7   electric work and some other people
 8   that were pulling with a machine for
 9   insulation for the outside, I believe
10   for that.
11        Q. Do you know the names of those
12   companies?
13        A. No.
14        Q. Was there a particular floor or
15   part of the building that you were
16   working at for the one month that you
17   worked there?
18        A. They would work on different
19   floors from two to seven.
20        Q. But I'm talking about you
21   particularly at EC Interiors, were you
22   also working on two and seven in that
23   one month or were you working somewhere
24   else?
25        A. Yes, from two to seven.
```



Page 68

```
 1
 2                    A. ABAD
 3            MR. OWAID:  Just to be
 4       clear, it's translating from the
 5       second to the seventh floor, not
 6       just the second and the seventh,
 7       right?
 8            THE INTERPRETER:  That's how
 9       I understood it, yes.
10            MS. RISSOFF:  I just want to
11       clarify too.
12       Q. So did you work on the second
13  floor through the seventh floor or just
14  the second floor and the seventh floor?
15       A. From two to seven, 1, 2, 3, 4,
16  5, 6, 7.
17       Q. How would you know where you
18  were supposed to work on a particular
19  day; were you given instructions by Teo
20  or someone else?
21       A. Only Teo, by text.
22       Q. Would he be present at the
23  jobsite for the one month that you
24  worked there?
25       A. There were days that he was
```



Page 69

```
 1
 2                    A. ABAD
 3     there and other days that he wasn't.
 4          Q. And would he text you on the
 5     work that was to be done in the
 6     morning, or the night before, or
 7     something else?
 8          A. At night.
 9          Q. And would he text you regardless
10     of whether he was going to actually be
11     at the jobsite or not?
12          A. Yes, always.
13          Q. Was there a site safety company
14     that was hired by EC Interiors or
15     someone else present at the jobsite
16     when you worked there from June through
17     July of 2022?
18          A. No, I just remember that the
19     first day I was there, there was this
20     white man who took my ID and my OSHA
21     card so I could work there.
22          Q. Was there an orientation you had
23     to attend before starting work?
24          A. No.  He didn't talk to me, he
25     just told me to give him the OSHA and
```



OHIO 01459

Page 70

1

2                  A. ABAD

3    the ID.

4         Q. Did he have any name tag, or was

5    he wearing any clothing with any

6    signage of the name of a company, or

7    who he worked for?

8         A. I don't remember.

9         Q. Was there any orientation by any

10   company or person at all before you

11   started working at this jobsite?

12        A. No.

13        Q. Were there any toolbox talks

14   that you would attend at any time

15   during the time you worked at the

16   jobsite?

17        A. I don't know what that is.

18        Q. Like, any type of meetings?

19        A. While I was, no.

20        Q. Are you aware of any site safety

21   officer that was at the jobsite from

22   June through July of 2022, when you

23   worked there?

24        A. No, just that man I saw the

25   first time.



Page 71

```
 1
 2                    A. ABAD
 3        Q. Okay.  When you would go to the
 4    jobsite for that one month, was there a
 5    sign-in sheet?
 6        A. Yes.
 7        Q. And was that sign-in sheet for
 8    your employer, for the building, for
 9    another company, something else?
10             MR. OWAID:  Objection to
11        form.  She can answer.
12        A. Well, the sheet you would sign
13    it when you would start.  I don't know
14    where it went or who it was.  Teo would
15    just tell me to sign it and I would go
16    to work.
17        Q. Did it have any letterhead
18    indicating that it was for EC Interiors
19    or the name of some other company on
20    the sign-in sheet that you signed?
21        A. I don't remember.
22        Q. If Teo wasn't at the job, was
23    there somebody else that you would
24    report to from EC Interiors?
25        A. His brother.
```



OHIO 01461

Page 72

```
 1
 2                    A. ABAD
 3        Q. What's his brother's name?
 4        A. I don't know his brother's name.
 5        Q. What was his role with EC
 6   Interiors, what was his job title?
 7        A. I don't know.  Teo would order
 8   him.  I don't know.
 9        Q. Do you know if he was the
10   foreman?
11        A. I don't know.
12        Q. Who owned the building that you
13   were working at at 620 West 153rd
14   Street?
15        A. No, I don't know.  I have no
16   idea what the name is.
17        Q. Okay.  Did you ever speak to
18   anyone that indicated that they were
19   the owner or worked for the owner at
20   some capacity?
21        A. No, no, no.
22        Q. Are you familiar with the entity
23   620 West 153 Realty LLC?
24        A. No.
25        Q. Are you familiar with the entity
```



OHIO 01462

Page 73

```
 1
 2                    A. ABAD
 3   On Star Management LLC?
 4         A. No.
 5             MS. RISSOFF:  Off the
 6         record.
 7             (Whereupon, an off-the-record
 8         discussion was held at this time.)
 9         Q. On the date of the incident,
10   what time did you get to work?
11         A. 7:45.
12         Q. And did you take the train that
13   day to work?
14         A. The day of the accident?
15         Q. Yes.
16         A. No.
17         Q. How did you get to work on the
18   day of the accident?
19         A. How did you leave after the
20   accident, not how arrived, you said.
21         Q. No, my question was how did you
22   get to work on the date of the
23   incident?
24         A. By train.
25         Q. Okay.  Did you go by train alone
```



OHIO 01463

Page 74

```
 1
 2                    A. ABAD
 3   or did you go with anyone?
 4       A. Alone.
 5       Q. What was the weather like on the
 6   date of the incident?
 7       A. It was hot out.
 8       Q. Did it rain the night before?
 9       A. No.
10       Q. What did Teo text you the night
11   before about the work that you were
12   going to do on the date of the
13   incident?
14       A. To continue going to go to 270
15   West 153rd Street to put on insulation.
16       Q. What was happening at 270 West
17   153rd Street?
18       A. No, 620 West 153rd Street.
19       Q. Did he mention a particular
20   floor that you were to do work on that
21   day?
22       A. No, to do it from two to seven.
23       Q. What day of the week did the
24   incident occur?
25       A. 11:30 in the morning.
```



Page 75

```
 1
 2                    A. ABAD
 3        Q. No, I was asking what day of the
 4   week did the incident occur, was it a
 5   Monday, Tuesday, Wednesday, Thursday,
 6   or Friday?
 7        A. Friday.
 8        Q. And what floor did you work on
 9   the day before the incident occurred?
10        A. On three.
11        Q. And for how long had you been
12   working on the third floor, was it just
13   the day before the incident, that whole
14   week, something else?
15        A. I was doing all the rooms that
16   they were working on with the
17   insulation, so they could come in to
18   finish with the sheetrock.  Before they
19   would put down the sheetrock, I was
20   doing that all before.
21        Q. No, I understand that.  But you
22   testified that you were doing
23   insulation from floors two through
24   seven.  I'm trying to go get an
25   understanding of before the incident
```



OHIO 01465

Page 76

```
 1
 2                    A. ABAD
 3    occurred, how long you were working on
 4    the third floor the day before, was it
 5    that whole day, were you working on the
 6    third floor that whole week, something
 7    else?
 8         A. During the whole month.
 9         Q. Okay.  So when you say the whole
10    month, meaning the whole month of July
11    or something else?
12         A. During the whole month I was
13    working.
14         Q. I'm getting a little confused.
15    You told me the day before the
16    incident, you were working on the third
17    floor, correct?
18         A. Yes.
19         Q. For how long had you worked on
20    the third floor before the incident
21    occurred, was it just that one day, the
22    whole week, the whole month, something
23    else?
24         A. Just that day.
25         Q. And then the day before you were
```



Page 77

```
 1
 2                    A. ABAD
 3    on the second floor or something else?
 4         A. In many floors.  I didn't have
 5    one specific place.  I was going
 6    throughout all the floors.
 7         Q. Okay.  So on the date of the
 8    incident, where were you instructed to
 9    be working, what floor or floors?
10         A. Many of them because you have to
11    finish them.  I was on the seventh
12    floor.  That's where the accident
13    happened.
14         Q. So how would you know what floor
15    to go work at on a given day or time?
16         A. Depending on the stages of
17    construction that they would be in, as
18    they would finish, the other workers,
19    the ones that were putting up the
20    sheetrock, I would then follow up with
21    them, put the insulation, and then they
22    would go back and finish with the
23    sheetrock.
24         Q. Who were the people that were
25    putting up the sheetrock, did they work
```



OHIO 01467

Page 78

```
 1
 2                    A. ABAD
 3    for the company that you worked for or
 4    someone else?
 5         A. I think for the same company.
 6         Q. What were you wearing on the
 7    date of the incident?
 8         A. The dressing for insulation,
 9    hardhat, the gloves, work boots.
10         Q. The clothing, was that your own,
11    or was that provided by your employer,
12    or something else?
13         A. No, I had to buy it.  I had to
14    buy everything.
15         Q. Okay.  What is the dressing for
16    insulation that you were wearing?
17             THE INTERPRETER:  Sorry,
18         Counsel, could you repeat that?
19             MS. RISSOFF:  She testified
20         that she was wearing dressing for
21         insulation, what exactly is that?
22         A. It's like a white suit.  It has
23    a mask and goggles.
24         Q. Were you wearing pants and shirt
25    under the suit?
```



1

2                    A. ABAD

3      A. I had boots, pants, and another

4   shirt.

5      Q. Did any of the clothing have any

6   signage on it, any wording that said

7   the name of your company, or something

8   else?

9      A. No.

10      Q. Were you wearing your eyeglasses

11   under the goggles?

12      A. No.

13      Q. You testified earlier that you

14   were wearing eyeglasses on the date of

15   the incident; is that correct?

16      A. Yes, but the day that I was

17   putting the insulation, I couldn't have

18   my glasses under the goggles because

19   it's kind of obstructive.

20      Q. Are you able do the work without

21   your glasses?

22      A. Yes, of course.

23      Q. And you bought -- you also

24   bought the safety goggles that you were

25   wearing, correct?



Page 80

```
 1
 2                    A. ABAD
 3        A. Yes.
 4        Q. Would you come to work fully
 5   dressed or would you dressed at work?
 6        A. I would always arrive at 7:45,
 7   so I can change at work.
 8        Q. Did EC interiors have an office
 9   on the jobsite?
10        A. No.
11        Q. Did EC Interiors have a gang box
12   where they would keep tools and
13   materials at the jobsite in June of
14   2022?
15        A. No.
16        Q. Was any of the materials and
17   equipment used at the job site --
18   withdrawn.
19           Where would EC Interiors keep
20   the equipment and materials they would
21   use at the jobsite?
22        A. In all the floors they would
23   keep them there.  Wherever we would
24   finish, that's where the tools stay.
25        Q. Did EC Interiors have a
```



Page 81

```
 1
 2                    A. ABAD
 3    designated area at the jobsite in 2022
 4    where they would keep materials?
 5         A. No.
 6         Q. On the date of the incident,
 7    before you started work, was there any
 8    kind of pre-shift meeting, safety
 9    meeting, that you attended that day?
10         A. No, never.
11         Q. Did you eat breakfast on the
12    date of the incident before you got to
13    work?
14         A. Yes.
15         Q. After you got dressed at work on
16    the date of the incident, did you
17    immediately go to the seventh floor or
18    did you start working on another floor?
19         A. I continued working my way up.
20    Like, I would start at two, like that,
21    go to three, and then continue.  And
22    then go to four, five, like that.
23         Q. Okay.  Before the incident
24    occurred, had you been doing insulation
25    work on 2, 3, 4, 5, and 6 that morning?
```



Page 82

```
 1
 2                    A. ABAD
 3        A. Yes, and I got to seven.
 4        Q. And you started at 8:00 a.m. on
 5   the day of the incident?
 6        A. Eight on the dot.
 7        Q. Did you take any breaks before
 8   the incident occurred?
 9        A. No.
10        Q. Did you have a designated time
11   for lunch?
12        A. Yes, like around 12 it was.
13        Q. And how long would you take for
14   lunch?
15        A. Half and hour.
16        Q. How long were you working on the
17   seventh floor before the incident
18   occurred?
19        A. It had been like two hours
20   about.
21        Q. Would you wear a tool belt?
22        A. No.
23        Q. And specifically, what type of
24   insulation work were you doing on the
25   seventh floor before the incident
```



Page 83

```
 1
 2                  A. ABAD
 3    occurred?
 4         A. Insulation is putting it on the
 5    walls.
 6         Q. And what was located on the
 7    seventh floor, was it apartments, was
 8    it something else?
 9         A. Yes.  No.  It had, like, rooms,
10    and also had, like, corridors, I think
11    you call it, hallways.
12         Q. Okay.  So was this floor
13    residential, were they going to be
14    apartments, or something else?
15         A. I don't know.
16         Q. And what area of the seventh
17    floor were you working in prior to the
18    incident occurring, was there a
19    particular area of the seventh floor?
20         A. I was on the seventh floor.  I
21    was in a room, a room, but I don't
22    remember if that room had a number.
23    But I was on the seventh floor in the
24    room.
25         Q. And had you been on that
```



OHIO 01473

Page 84

1

2                    A. ABAD

3    particular room on the seventh floor

4    for two hours working before the

5    incident occurred or somewhere else on

6    the seventh floor?

7         A. No, I was in other areas.

8         Q. For how long had you been

9    working in that particular room for

10   before the incident occurred?

11        A. Like, an hour in that room, I

12   believe.  Because the thing was, my

13   boss was rushing me.  So it must have

14   been an hour because that place had to

15   be fully done.

16        Q. When you say your boss, are you

17   referring to Teo Casal?

18        A. Yes.

19        Q. And he was onsite on the day of

20   the incident?

21        A. He arrived for a while to look

22   at the work.

23        Q. So was he there at the time that

24   your incident occurred or had he left

25   the jobsite already?



Page 85

```
 1
 2                    A. ABAD
 3        A. No, he had already left.
 4        Q. When did he leave the jobsite
 5   that day?
 6        A. I don't know what time it was.
 7        Q. And why were you in a particular
 8   -- why was he rushing you on that day?
 9             MR. OWAID:  Objection to
10        form.  She can answer.
11        A. He just said, "You must finish
12   all the seventh floor today."
13        Q. At the time that the incident
14   occurred, how much work had you already
15   completed on the seventh floor?
16             MR. OWAID:  Like, a
17        percentage?
18             MS. RISSOFF:  Yeah.
19        A. 75 percent.
20        Q. And had the incident not
21   occurred, were you going to get the
22   rest of the work completed on the
23   seventh floor that day?
24        A. Obviously.
25        Q. Was anyone working with you in
```



Page 86

1

2                    A. ABAD

3    that room on the seventh floor for the

4    hour before the incident occurred?

5         A. In the room, no.  But in the

6    hallway, there were people.

7         Q. Who was working in the hallway

8    on the seventh floor before the

9    incident occurred?

10        A. The electricians.

11        Q. Who did they work for?

12        A. I don't know.  They were of a

13   different company.  I did not ask.

14        Q. How many electricians were

15   working in the hallway on the seventh

16   floor before the incident occurred?

17        A. I don't remember.

18        Q. The materials and equipment that

19   you use at the jobsite, were those

20   materials and equipment that were owned

21   by your employer or somebody else?

22        A. I suppose so, but I don't know

23   certainly.

24        Q. And what equipment or materials

25   were you using in the room on the



Page 87

```
 1
 2                   A. ABAD
 3    seventh floor in the one hour before
 4    the incident occurred?
 5         A. Just the ladder.
 6         Q. Who owned the ladder that you
 7    were using in that room?
 8         A. I assume it was the company.
 9         Q. Your employer?
10         A. I think so because every floor
11    had ladders.
12         Q. Describe the ladder that you
13    were using in the room on the seventh
14    floor before the incident occurred?
15         A. It was six-foot and metal.
16         Q. Was it an A-frame ladder?
17         A. Yes.
18         Q. Had you ever used that ladder on
19    the date of the incident before it
20    occurred?
21         A. The whole time the ladder was on
22    the seventh floor.
23         Q. And had you used that ladder
24    that was on the seventh floor before
25    the incident occurred or was the first
```



Page 88

1
2                    A. ABAD
3   time you used the ladder when the
4   incident occurred?
5        A. During the two hours I was
6   working there.
7        Q. Okay.  So you used the ladder
8   during the two hours that you were
9   working on the seventh floor before the
10  incident occurred, correct?
11       A. Yes.
12       Q. How many times did you use the
13  ladder in those two hours before the
14  incident occurred?
15       A. Lots of times.
16       Q. More than five?
17       A. Yes.
18       Q. More than ten times in those two
19  hours?
20       A. Yes.
21       Q. More than 15 times?
22       A. Perhaps.
23       Q. So somewhere between ten to 15
24  times you had used the ladder that
25  morning before the incident occurred?



Page 89

```
 1
 2                    A. ABAD
 3        A. Maybe.  Like, at least ten.  At
 4   least some ten using it that whole
 5   time.
 6        Q. Was there any writing on the
 7   ladder, any indication of the company
 8   or whose ladder it was?
 9        A. No.
10        Q. Had you ever used that
11   particular ladder on any day before the
12   date of the incident?
13        A. I don't know because all the
14   ladders look the same.  I never noticed
15   if there was any letters written on it
16   or anything.  I would just arrive to do
17   my work.
18        Q. Would you have to carry the
19   ladders to each floor or were there
20   ladders on each floor that you could
21   use?
22        A. No, each floor had ladders.
23        Q. Would the other trades also use
24   these ladders or were these solely for
25   EC Interior employees?
```



Page 90

```
 1
 2                    A. ABAD
 3        A. I did not see other companies
 4   using the ladder.
 5        Q. How many people from EC
 6   Interiors were working at the jobsite
 7   on the day of the incident?
 8        A. I don't know.
 9        Q. Can you approximate?
10        A. No.  Honestly, no.
11        Q. Did you speak to anyone the
12   morning of the incident, before it
13   occurred, other than your boss?
14        A. No, I never spoke with anyone
15   besides my boss.
16        Q. Well, you testified earlier that
17   you would sometimes speak to his
18   brother, correct?
19        A. The day of the accident, his
20   brother was there, but he only asked me
21   what time I was finishing and left.
22        Q. When you say left, the brother
23   left the jobsite or left the floor that
24   you were working on?
25        A. No, from the floor where I was
```



Page 91

1
2                    A. ABAD
3    at.
4         Q. Did he tell you where he was
5    going?
6         A. No, no, and I didn't ask.
7         Q. You earlier testified that Teo
8    left the jobsite before the incident
9    occurred; is that correct?
10        A. Yes.
11        Q. Did he tell you if he was going
12   to another jobsite or something else?
13        A. No, I didn't ask, no.
14        Q. Was EC Interiors working on
15   other projects other than the one on
16   620 West 153 back in July of 2022?
17        A. Perhaps, I don't know.
18        Q. And you didn't see anyone else,
19   other than the brother and Teo, on the
20   day of the incident at EC Interiors?
21        A. No, no.
22        Q. Was there any surveillance
23   cameras in the room that you were
24   working on on the date of the incident?
25        A. I don't know.



Page 92

```
 1
 2                  A. ABAD
 3      Q. Did you see any?
 4      A. I honestly don't remember.
 5      Q. Would you wear anything, any
 6  headphones or earbuds, while you were
 7  working in the room before the incident
 8  occurred?
 9      A. No.
10      Q. Was your cellphone on your
11  person at the time the incident
12  occurred or somewhere else?
13      A. I left it at the window.
14      Q. If you had a question about the
15  work being done and your boss wasn't
16  there and his brother wasn't there, who
17  would you ask?
18      A. I would then grab the phone and
19  call him.
20      Q. When you say, "Him," you mean
21  Teo or someone else?
22      A. Yes, of course.  The only person
23  I would inform or anything to would be
24  Teo, only him.
25      Q. Who would supervise your work,
```



OHIO 01482

Page 93

1
2                    A. ABAD
3    was it Teo or did anyone of the other
4    trades or people at the jobsite
5    supervise your work?
6        A. Teo.
7        Q. Did you make any complaints with
8    regard to the ladder at any time on the
9    date of the incident before it
10   occurred?
11       A. No.
12       Q. When you first used the ladder,
13   did you have to bring it into the room
14   you were working in, was it already
15   there, or something else?
16       A. No, the ladder was there.
17       Q. In the room?
18       A. Yes.
19       Q. Did you inspect the ladder
20   before you used it on the day of the
21   incident?
22             MR. OWAID:  Objection to
23        form.  She can answer.
24       A. I don't understand.
25       Q. Did you inspect the ladder that



OHIO 01483

Page 94

```
 1
 2                    A. ABAD
 3    morning before you started using it?
 4            MR. OWAID:  Again, objection
 5        to form.  She can answer.
 6        A. I don't understand inspect.
 7        Q. Okay.  Did you take a look at
 8    the ladder, did you make sure that it
 9    was opening properly, that it was
10    locking?
11        A. Of course, of course I did.
12        Q. And was it working properly --
13    when you inspected the ladder, did it
14    appear to be in proper form, was it
15    working properly, it was opening, it
16    was locking?
17            MR. OWAID:  Again,
18        objection.  She can answer.
19        A. I don't understand inspect.  Can
20    you ask me again?
21        Q. Okay.  Well you just testified
22    that you inspected the ladder and when
23    I told you what that means, I said, did
24    you look at it, did you open it, did
25    you make sure it appeared to be
```



OHIO 01484

Page 95

```
 1
 2                    A. ABAD
 3   opening, working properly and you said
 4   "Yeah."  Is that correct?
 5             MR. OWAIS:  Your question
 6        was separate.  You asked her did
 7        you look at it, did you make sure
 8        you opened it properly and it
 9        looked, and she said "Yes."
10             MS. RISSOFF:  Alexis, can
11        you read the question and the
12        answer?  I just want to make
13        sure.
14             (Whereupon, the record was
15        read by the reporter.)
16        Q. Okay.  And when you looked at
17   the ladder before you used it on the
18   date of the incident, was it opening
19   properly, was it locking?
20        A. Yes, all perfect.
21        Q. Were you wearing your hardhat at
22   the time the incident occurred?
23        A. Yes.
24        Q. What time did the incident
25   occurred?
```



OHIO 01485

Page 96

1

2                    A. ABAD

3        A. At 11:30.  Yes, 11:30.

4        Q. And what were you doing at the

5    time the incident occurred?

6        A. I was installing insulation.

7        Q. Were you using the ladder at the

8    time thee incident occurred?

9        A. Yes, correct.

10       Q. And for how long were you using

11   the ladder before the incident

12   occurred?

13       A. During the two hours that I was

14   on the seventh floor.

15       Q. Did you ever get off the ladder

16   in the two hours, or were you on the

17   ladder the entire time, or something

18   else?

19       A. I had to go up and down.

20       Q. And why did you have to go up

21   and down?

22       A. Because I had to come down to

23   cut the insulation, then I would put it

24   on the wall, and then when I come down,

25   and I would do it again.



Page 97

```
 1
 2                 A. ABAD
 3      Q. Other than the ladder, what else
 4  was in the room at the time the
 5  incident occurred?
 6      A. The insulation and the knife
 7  that I would use to cut the insulation.
 8      Q. Was the insulation on the floor,
 9  on a table, against the wall, something
10  else?
11      A. On the floor.
12      Q. And how would you cut the
13  insulation?
14      A. With a knife.
15      Q. And the insulation and the
16  knife, was that EC Interiors knife and
17  insulation or someone else?
18      A. I think them.
19      Q. But the knife was not yours; is
20  that correct?
21          MR. OWAID:  What's your
22      answer?
23      A. Yes, correct.
24      Q. Where did the get the insulation
25  and the knife?
```



Page 98

                    A. ABAD

1

2

3        A. The knife was there, so I would

4    just cut, put it.

5        Q. When you say it was there, you

6    mean it was in the room you were

7    working in on the seventh floor on the

8    day of the incident?

9        A. The thing is, the knife, I would

10   use the same knife on each of the

11   floors, but I don't know if the knife

12   belonged to the company.  I would leave

13   it wherever I was, grab it from there,

14   and keep using it.

15       Q. Would you bring it with you to

16   each floor?

17       A. Yes.

18       Q. Where did you pick up the knife

19   on the date of the incident, what

20   floor?

21       A. The sixth.

22       Q. And where on the sixth floor did

23   you get the knife, was it on a toolbox,

24   gang box, on the floor, table,

25   something else?



1

2                    A. ABAD

3       A. On the floor.

4       Q. And the insulation that was in

5    the room that you were working in on

6    the seventh floor, was it there when

7    you got to that room, did you have to

8    bring the insulation to the room, or

9    something else?

10       A. No, it was already there.

11       Q. Okay.  How many pieces of

12    insulation were in the room that you

13    were working in on the day of the

14    incident?

15       A. A lot of them, because they are

16    rolls, not just pieces.

17       Q. How many rolls of insulation

18    were there in the room that you were

19    working in?

20       A. I didn't count them because it

21    was way to many because every room had

22    insulation.  I didn't have to bring up

23    or bring down any insulation.

24       Q. Okay.  I'm asking in the room

25    that you were working in, how many



Page 100

1

2                        A. ABAD

3    rolls of insulation were in that room

4    on the day of the incident?

5         A. I don't remember honestly.

6         Q. More than one?

7         A. Of course.  More.

8         Q. More than two?

9         A. Yes.  There was plenty, but it

10   was more than two.

11        Q. And the rolls of insulation were

12   on the floor or something else?

13        A. No, on the floor.

14        Q. What was the floor made of?

15        A. Cement.

16        Q. How big was the room that you

17   were working in?

18        A. I don't know the measurements,

19   but it was big.

20        Q. Can you approximate?

21        A. No.

22        Q. I don't know if I asked you

23   this, but had you ever worked in that

24   particular room before the date of the

25   incident?



OHIO 01490

1
2                    A. ABAD
3        A. No.
4        Q. What are the dimensions of the
5    rolls of insulation, how big were they?
6        A. I don't know.
7        Q. Can you approximate?
8        A. No, honestly.
9        Q. Where were the rolls of
10    sheetrock (sic) in relation to where
11    the ladder was in that room?
12              MR. OWAID:  The insulation,
13        not sheetrock.
14              MS. RISSOFF:  I'm sorry,
15        insulation.  Thank you.
16        A. Next to the other room.
17        Q. Okay.  You said there was a
18    ladder and there's rolls of insulation,
19    and you the had to come up and come
20    down, and bring the insulation on the
21    ladder, so was the insulation next to
22    the ladder, behind the ladder, in
23    another room, something else?
24        A. On the other side, in the same
25    room.  Next to the entrance.



OHIO 01491

1

2                    A. ABAD

3       Q. Was there anything in front of

4    the ladder, behind the ladder,

5    obstructing your ability to get on and

6    off the ladder?

7       A. No.

8       Q. And at the moment that the

9    incident occurred, were you ascending

10   the ladder, descending the ladder,

11   standing on the ladder, something else?

12      A. Standing, installing insulation.

13      Q. Where in the room was the ladder

14   located at the moment the incident

15   occurred?

16      A. Right in front of the wall where

17   I was working.

18      Q. The wall in which you were

19   working, can you tell me the dimensions

20   of the wall, how tall was it, how wide

21   was it?

22      A. No.

23      Q. Was any part of the ladder

24   touching the wall?

25      A. No.



Page 103

1

2                    A. ABAD

3        Q. How far was the ladder from the

4    wall?

5        A. Inches.

6        Q. How many inches?

7        A. Less than six.

8        Q. Before you went up the ladder,

9    was the ladder secure on the ground?

10               MR. OWAID:  Objection to

11        form.  She can answer.

12        A. I don't understand.

13        Q. Was the ladder locked when you

14    climbed up the ladder before the

15    incident occurred?

16        A. Yes, both sides were locked.

17        Q. Did you lock them or someone

18    else?

19        A. I locked them.

20        Q. Did you have any issues locking

21    the ladder?

22        A. No.

23        Q. Was the ladder firm on the

24    ground, was it stable, when you started

25    climbing up the ladder before the



1

2                    A. ABAD

3    incident occurred?

4         A. Yes.

5         Q. How many rungs were on that

6    particular ladder?

7         A. Five before the top.

8         Q. What rung were you on at the

9    moment before the incident occurred?

10        A. Two, counting from the top.

11        Q. Do you mean you were on the

12   second from the top or something else?

13        A. Two rungs down from the top.

14   Two.

15        Q. Were you wearing steel tip

16   boots?

17        A. Yes.

18        Q. Had you worn those boots the

19   whole month you worked at the jobsite?

20        A. Yes.

21        Q. For how long were you on that

22   rung for before the incident occurred?

23        A. Maybe five minutes.

24        Q. Were you carrying -- were you

25   holding anything in your hands or on



OHIO 01494

Page 105

1

2                    A. ABAD

3    your shoulder?

4              MR. OWAID:  Objection to

5         form.  She can answer.

6         A. I was installing the insulation.

7         Q. Other than the insulation, were

8    you holding anything else?

9         A. No.

10        Q. Describe the piece of insulation

11   that you were holding?

12        A. Two feet wide and maybe for feet

13   long.

14        Q. Was it just one piece that you

15   were holding or more than one?

16        A. One.

17        Q. How much did it weigh?

18        A. Not a lot.

19        Q. Can you approximate?

20        A. Maybe five pounds.

21        Q. What happened next?

22        A. The ladder started moving side

23   to side, then we both fell together,

24   backwards.

25        Q. When you say "We," are you



OHIO 01495

1

2                         A. ABAD

3    referring to you, the insulation, or

4    the ladder, or something else?

5         A. Me and the ladder.

6         Q. For how long was the ladder

7    moving side to side?

8         A. That was a matter of seconds.

9    It started moving and then I fell.  I

10   don't know how I fell, but I was just

11   on the floor.

12        Q. When you say it, "Was a matter

13   of seconds," how many seconds did you

14   feel the ladder moving from side to

15   side?

16        A. Like, one or two seconds and the

17   ladder fell.

18        Q. What did you do in those one to

19   two seconds?

20        A. I couldn't grab onto anything

21   because there was nothing to grab onto.

22        Q. Were you wearing any type of

23   safety harness?

24        A. No, there wasn't any.

25        Q. Meaning, you weren't given any



OHIO 01496

1

2                    A. ABAD

3    or something else?

4         A. No, and there wasn't any.  They

5    never gave me one.

6         Q. And when you say, "They," you're

7    referring to EC Interiors?

8         A. Of course.

9         Q. The insulation, who's insulation

10   was that?  Was that EC Interiors or

11   someone else?

12        A. I think so.

13        Q. Was there any writing on the

14   rolls of insulation that said "EC

15   Interiors" that would indicate who it

16   belonged to?

17        A. No.

18        Q. In the one to two seconds when

19   the ladder fell, did you make any

20   noises, scream?

21        A. No, I don't think so.

22        Q. Were you in the process of

23   installing the insulation on the wall

24   or something else?

25        A. I was installing insulation.



Page 108

1
2                    A. ABAD
3       Q. How would you install the
4    insulation?
5       A. I would grab it with my two
6    hands, place it against the wall, and
7    start pushing it against the framing.
8       Q. Okay.  So when you felt the
9    ladder moving side to side, what were
10   you doing at that moment?
11      A. Installing the insulation.
12      Q. So were you pushing it on the
13   wall, were you pushing it against the
14   framing, or something else?
15      A. I was, like -- you're just
16   placing it, like, you're kind of fixing
17   it to the wall.
18      Q. So your hands were on the wall?
19      A. No, no.
20      Q. Where were your hands?
21      A. On the insulation.
22      Q. Okay.  Had you ever felt the
23   ladder move side to side in the time
24   that you used it the ten to 15 times
25   that you used it on the day of the



1

2                      A. ABAD

3    incident?

4         A. No, no, not until the accident

5    did I feel it.

6         Q. And did you ever learn why the

7    ladder moved side to side if the ladder

8    was secured and you locked both sides?

9              MR. OWAID:  Objection.  She

10        can answer.

11        A. I don't know why it moved and

12    fell.

13        Q. Was the ladder on the cement or

14    was it on top of something on the

15    cement?

16        A. No, on the cement.

17        Q. Okay.  You testified that the

18    ladder fell backwards and so did you;

19    is that correct?

20        A. Yes.

21        Q. Were both of your feet on the

22    second rung from the top or something

23    else at the moment the incident

24    occurred?

25        A. Yes, both.



Page 110

1

2                      A. ABAD

3        Q. How tall was the ladder?

4        A. Six feet.

5        Q. And when you fell, did you fall

6    onto the cement floor or onto something

7    else?

8        A. Yes, onto the cement.

9        Q. And where did the ladder come to

10   rest?

11       A. On top of me.

12       Q. When you fell, did you fall onto

13   your back, your side, something else?

14       A. On my back.

15       Q. And then the ladder fell on top

16   of you; is that correct?

17       A. Yes.

18       Q. Was it closed, was it open,

19   something else?

20       A. I honestly don't remember.

21       Q. How many feet did you fall from

22   when you were standing on the ladder

23   until your back hit the ground?

24       A. I don't know. Couldn't tell

25   you.



Page 111

1

2                    A. ABAD

3        Q. Was there any material that you

4   fell onto, like, insulation or tools

5   that was in the room?

6        A. No.

7        Q. When you were on the ground, did

8   you call for help, did you make any

9   noises?

10       A. I was asking for help.

11       Q. Where was your cellphone in

12  relation to where you fell on the

13  ground?

14       A. At the window.

15       Q. And where was the window in

16  relation to where the ladder was?

17       A. I don't know how many inches

18  away it was, but it was close.  Not too

19  far.

20       Q. Did your hardhat remain on your

21  head when you fell, or did it fall off

22  as you made contact with the ground, or

23  something else?

24       A. No, it stayed on.

25       Q. What happened with the



Page 112

```
 1
 2                    A. ABAD
 3    insulation you were putting on the
 4    wall?
 5         A. I don't remember.
 6         Q. Were you holding it in your
 7    hands, did it fall to the ground,
 8    something else?
 9         A. No, I honestly don't remember.
10         Q. When you fell you to the ground,
11    were you on your back, were your legs
12    straight out, were you in fetal
13    position, something else?
14         A. It's that I don't remember.
15         Q. Did you lose --
16              MR. OWAID:  I'm sorry, ask
17         the next question.
18         Q. Did you lose consciousness as a
19    result of the fall from the ladder?
20         A. No.
21              MR. OWAID:  I was going to
22         say, can we take five?
23              MS. RISSOFF:  That's fine.
24              (Whereupon, a recess was
25         taken at this time.)
```



OHIO 01502

Page 113

```
 1
 2                    A. ABAD
 3          MR. OWAID:  The plaintiff is
 4     done for the day.  The attorneys
 5     had a discussion off the record,
 6     we're going to come back on the
 7     next day we had set for
 8     Plaintiff's day two, which is
 9     June 9th.
10          Obviously, the record is
11     open for both liability and
12     damages.  The first attorney
13     didn't finish her liability
14     questions and we already have a
15     second day in case it's needed
16     and that would be June 12th.
17        (Time noted:  3:23 p.m.)
18
19
20
21
22
23
24
25
```



Page 114

1

2                    INSTRUCTIONS TO WITNESS

3

4            Please read your deposition over
5    carefully and make any necessary corrections.
6    You should state the reason in the appropriate
7    space on the errata sheet for any corrections
8    that are made.
9            After doing so, please sign the
10   errata sheet and date it.
11           You are signing same subject to the
12   changes you have noted on the errata sheet,
13   which will be attached to your deposition.
14           It is imperative that you return the
15   original errata sheet to the deposing attorney
16   within thirty (30) days of receipt of the
17   deposition transcript by you.  If you fail to
18   do so, the deposition transcript may be deemed
19   to be accurate and may be used in court.

20

21

22

23

24

25



OHIO 01504

Page 115

```
 1
 2                    -  -  -  -  -  -

                       E R R A T A
 3                    -  -  -  -  -  -
 4     PAGE    LINE    CHANGE
 5     ____    ____    _____
 6     ____    ____    _____
 7     ____    ____    _____
 8     ____    ____    _____
 9     ____    ____    _____
10     ____    ____    _____
11     ____    ____    _____
12     ____    ____    _____
13     ____    ____    _____
14     ____    ____    _____
15     ____    ____    _____
16     ____    ____    _____
17     ____    ____    _____
18     ____    ____    _____
19     ____    ____    _____
20     ____    ____    _____
21     ____    ____    _____
22     ____    ____    _____
23     ____    ____    _____
24     ____    ____    _____
25     ____    ____    _____
```



OHIO 01505

1

2          A C K N O W L E D G E M E N T

3    STATE OF NEW YORK)

4                    :SS

5    COUNTY OF _____)

6       I, ANDREA LISSETH ARMIJOS ABAD, hereby

7    certify that I have read the transcript of my

8    testimony taken under oath on April 24th,

9    2025, that the transcript is a true, complete

10   and correct record of what was asked, answered

11   and said during my testimony under oath, and

12   that the answers on the record as given by me

13   are true and correct, except for the

14   corrections or changes in form or substance,

15   if any, noted in the attached Errata Sheet.

16

17   _____

18   ANDREA LISSETH ARMIJOS ABAD

19

20   SIGNED AND SUBSCRIBED TO

21   BEFORE ME, THIS _____ DAY

22   OF _____, _____.

23

24   _____

25   NOTARY PUBLIC



```
                                        Page 117
 1
 2        I N D E X   O F   W I T N E S S E S
 3   WITNESS:  ANDREA LISSETH ARMIJOS ABAD
 4   EXAMINATION BY                         PAGE
 5   MS. RISSOFF                            8
 6
 7
 8         I N D E X   O F   R E Q U E S T S
 9   DESCRIPTION                           PAGE
10   COPY OF GREEN CARD                     17
11   AUTHORIZATION FOR PHARMACY             21
12   AUTHORIZATION FOR PCP                  24
13   SOCIAL SECURITY NUMBER                 27
14   COPY OF OSHA 40                        39
15
16
17       I N D E X   O F   I N S E R T I O N S
18   DESCRIPTION                           PAGE
19   SOCIAL SECURITY NUMBER                 27
20
21
22
23
24
25
```



OHIO 01507

Page 118

1

2                   C E R T I F I C A T E

3      I, ALEXIS TORRES, A SHORTHAND REPORTER AND

4    NOTARY PUBLIC WITHIN AND FOR THE STATE OF

5    NEW YORK, DO HEREBY CERTIFY:

6      THAT THE WITNESS(ES) WHOSE TESTIMONY IS

7    HEREINBEFORE SET FORTH WAS DULY SWORN BY ME,

8    AND THE FOREGOING TRANSCRIPT IS A TRUE RECORD

9    OF THE TESTIMONY GIVEN BY SUCH WITNESS(ES).

10     I FURTHER CERTIFY THAT I AM NOT RELATED TO

11   ANY OF THE PARTIES TO THIS ACTION BY BLOOD OR

12   MARRIAGE, AND THAT I AM IN NO WAY INTERESTED

13   IN THE OUTCOME OF THIS MATTER.

14

15

16

17

18

19

20

21

22                   *Alexis Torres*

23

24                   ALEXIS TORRES, A COURT

                     REPORTER AND NOTARY PUBLIC

25                   DATE:  APRIL 24, 2025



OHIO 01508

Page 119

```
 1
 2                      LAWYER'S NOTES
    PAGE/LINE   NOTE
 3  _____   _____
    _____   _____
 4  _____   _____
    _____   _____
 5  _____   _____
    _____   _____
 6  _____   _____
    _____   _____
 7  _____   _____
    _____   _____
 8  _____   _____
    _____   _____
 9  _____   _____
    _____   _____
10  _____   _____
    _____   _____
11  _____   _____
    _____   _____
12  _____   _____
    _____   _____
13  _____   _____
    _____   _____
14  _____   _____
    _____   _____
15  _____   _____
    _____   _____
16  _____   _____
    _____   _____
17  _____   _____
    _____   _____
18  _____   _____
    _____   _____
19  _____   _____
    _____   _____
20  _____   _____
    _____   _____
21  _____   _____
    _____   _____
22  _____   _____
    _____   _____
23  _____   _____
    _____   _____
24  _____   _____
    _____   _____
25  _____   _____
```



OHIO 01509

# Magna
## Key Contacts

Schedule a Deposition:
**Scheduling@MagnaLS.com | 866-624-6221**

Order a Transcript:
**CustomerService@MagnaLS.com | 866-624-6221**

General Billing Inquiries:
**ARTeam@MagnaLS.com | 866-624-6221**

Scheduling Operations Manager:
**Patricia Gondor (E: PGondor@MagnaLS.com | C: 215-221-9566)**

Customer Care:
**Cari Hartley (E: CHartley@MagnaLS.com | C: 843-814-0841)**

Director of Production Services:
**Ron Hickman (E:RHickman@MagnaLS.com | C: 215-982-0810)**

National Director of Discovery Support Services:
**Carmella Mazza (E: CMazza@MagnaLS.com | C: 856-495-1920)**

Billing Manager:
**Maria Capetola (E: MCapetola@MagnaLS.com | C: 215-292-9603)**

Director of Sales Operations:
**Kristina Moukina (E: KMoukina@MagnaLS.com | C: 215-796-5028)**



OHIO 01510

**A**

**Abad**
1:5 2:13 8:2,16 9:2
10:2,12 11:2 12:2
12:15 13:2 14:2
15:2 16:2 17:2 18:2
19:2 20:2 21:2 22:2
23:2 24:2 25:2 26:2
27:2 28:2 29:2 30:2
31:2 32:2 33:2 34:2
35:2 36:2 37:2 38:2
39:2 40:2 41:2 42:2
43:2 44:2 45:2 46:2
47:2 48:2 49:2 50:2
51:2 52:2 53:2 54:2
55:2 56:2 57:2 58:2
59:2 60:2 61:2 62:2
63:2 64:2 65:2 66:2
67:2 68:2 69:2 70:2
71:2 72:2 73:2 74:2
75:2 76:2 77:2 78:2
79:2 80:2 81:2 82:2
83:2 84:2 85:2 86:2
87:2 88:2 89:2 90:2
91:2 92:2 93:2 94:2
95:2 96:2 97:2 98:2
99:2 100:2 101:2
102:2 103:2 104:2
105:2 106:2 107:2
108:2 109:2 110:2
111:2 112:2 113:2
116:6,18 117:3
**ability**
102:5
**able**
79:20
**above-entitled**
2:14
**accident**
39:6 45:11 60:16
73:14,18,20 77:12
90:19 109:4
**accommodate**
9:10
**accompanied**

6:14
**account**
25:17
**accounts**
24:16 25:21,25
**accurate**
114:19
**acquaintance**
42:20,22,23 43:11
44:22,23
**action**
2:14 7:10 118:11
**address**
10:16 45:10,17,19,24
57:5
**advisement**
17:19
**affiliated**
23:7 34:8 35:9
**afternoon**
62:17
**agent**
37:5
**ago**
16:16 20:7 23:15
24:13 30:22 34:17
**AGREED**
5:3
**airports**
37:6
**alcohol**
18:14,18
**Alexa**
3:11 8:17
**Alexis**
2:16 65:10 95:10
118:3,24
**Alstyne**
10:17 13:19 14:11
49:7
**Amazon**
32:5,10
**Andrea**
1:5 2:12 10:12 24:23
116:6,18 117:3
**Andrea24**

25:3
**and/or**
5:8
**answer**
5:11,18 6:4,12,13,14
6:16 15:23,24 26:10
39:11 59:10 71:11
85:10 93:23 94:5,18
95:12 97:22 103:11
105:5 109:10
**answered**
6:9,25 116:10
**answers**
27:19 116:12
**anticipate**
15:7
**apartment**
11:11,12 13:8,24
14:3,4,8,11
**apartments**
83:7,14
**appear**
94:14
**appeared**
94:25
**apply**
5:14 17:7 45:5
**applying**
17:11
**appropriate**
5:14 114:6
**approximate**
63:12 90:9 100:20
101:7 105:19
**approximately**
55:7
**April**
2:9 116:8 118:25
**area**
81:3 83:16,19
**areas**
84:7
**Armijos**
1:5 2:13 10:12 116:6
116:18 117:3
**arrive**

80:6 89:16
**arrived**
73:20 84:21
**arrives**
21:4
**Article**
5:15
**ascending**
59:24 102:9
**asked**
15:17 44:13,14 50:13
58:16,17 90:20 95:6
100:22 116:10
**asking**
60:15 75:3 99:24
111:10
**associate**
30:16
**ASSOCIATES**
1:17 3:3
**assume**
9:17 87:8
**attached**
114:13 116:15
**attend**
66:18 69:23 70:14
**attendance**
5:25
**attended**
81:9
**attorney**
5:20 6:11,20 7:16,23
8:17 14:21 15:17
113:12 114:15
**attorneys**
3:3,8,14,18,23 5:4
113:4
**attorney's**
14:16
**AT&T**
46:19
**authorization**
21:20 23:24 36:10
117:11,12
**Avenue**
3:4,9 10:17 11:5



13:19 14:11
**aware**
70:20
**A-frame**
59:5,7,14,23 87:16
**A-frames**
59:21
**A-L-Y-S-T-I-N-E**
11:4
**A-N-D-R-E-A**
25:4
**a.m**
2:10 82:4

**B**

**b**
5:8 8:4
**bachelor**
30:17
**back**
13:16 19:14 20:11
35:3,7 46:20 47:12
47:21 62:14 65:10
77:22 91:16 110:13
110:14,23 112:11
113:6
**background**
9:8
**backwards**
105:24 109:18
**Bank**
3:14
**bar**
7:8
**basis**
5:22 6:15
**BATCO**
1:17
**behalf**
7:16
**believe**
65:21 67:6,9 84:12
**belonged**
98:12 107:16
**belt**
82:21

**Berman**
3:8 8:19
**better**
31:24 53:12
**big**
100:16,19 101:5
**birth**
26:18,22
**blood**
26:6,14 118:11
**body**
19:13
**booklet**
27:18
**boots**
78:9 79:3 104:16,18
**bored**
49:20
**born**
16:3
**boss**
44:19 84:13,16 90:13
90:15 92:15
**bought**
79:23,24
**Boulevard**
18:6
**box**
80:11 98:24
**break**
9:10
**breakfast**
81:11
**breaks**
82:7
**BRIAN**
3:16
**bring**
93:13 98:15 99:8,22
99:23 101:20
**Broadway**
3:24
**broke**
34:24
**brother**
71:25 90:18,20,22

91:19 92:16
**brother's**
72:3,4
**brought**
8:21
**building**
57:6,7 62:5,6,9,10
64:23 65:15,17
67:15 71:8 72:12
**business**
50:7
**buy**
78:13,14

**C**

**c**
3:2 5:8 116:2 118:2,2
**Calasanz**
36:19
**call**
83:11 92:19 111:8
**cameras**
91:23
**capacity**
72:20
**car**
55:23
**card**
16:12,13,15 17:15
37:18,25 38:19,21
39:7 69:21 117:10
**cards**
37:15,17 38:16
**care**
22:24 23:5,10,14,19
23:25 24:8,11
**carefully**
114:5
**carry**
89:18
**carrying**
104:24
**Casal**
45:4 63:20 84:17
**case**
113:15

**Cash**
56:8 63:16
**cause**
6:9
**cell**
46:14,17
**cellphone**
92:10 111:11
**cement**
100:15 109:13,15,16
110:6,8
**certainly**
86:23
**certificate**
37:4,8
**certificates**
36:24 37:3,12
**certification**
7:20
**certify**
116:7 118:5,10
**change**
47:9 80:7 115:4
**changed**
47:8,16,19
**changes**
114:12 116:14
**characters**
25:7
**charge**
7:25
**children**
18:10
**cholesterol**
26:7,14
**citizen**
15:21 16:9,10
**citizenship**
17:8
**clarify**
68:11
**classes**
30:25 31:8,10,18
**clear**
5:20 6:15 68:4
**clearly**



OHIO 01512

7:5 9:3
**climbed**
103:14
**climbing**
103:25
**close**
33:19 111:18
**closed**
110:18
**clothing**
70:5 78:10 79:5
**Cloud**
46:10
**CMG**
1:18 2:2
**College**
13:20,21
**come**
16:5,22 31:22 52:19
75:17 80:4 96:22,24
101:19,19 110:9
113:6
**comments**
6:2
**commercial**
57:6 62:7,11
**communicating**
6:21
**communication**
6:23 7:3
**companies**
66:21 67:3,12 90:3
**company**
21:5 44:13 47:17
51:4,23 52:4,9
53:17,22 54:5,12,13
54:16 55:6,11,16,22
55:25 56:22 57:13
57:22 58:9 69:13
70:6,10 71:9,19
78:3,5 79:7 86:13
87:8 89:7 98:12
**complaints**
93:7
**complete**
6:18 10:11 26:18

27:5,21 116:9
**completed**
85:15,22
**compliance**
5:5
**compound**
43:22 50:15,20 57:21
58:14,15 64:14
**con**
43:25
**conditions**
26:6,13
**conducted**
40:20
**CONFERENCE**
2:9
**confidentiality**
6:6
**confirm**
43:6 50:3
**confused**
76:14
**consciousness**
112:18
**consent**
6:22
**construction**
38:14 39:3 40:11,12
40:15 41:9 44:9,12
47:21 49:19,23
51:14,23 52:18,25
53:7,23 54:16 57:7
57:10 77:17
**consume**
18:13,17
**contact**
111:22
**contacts**
33:23
**continue**
74:14 81:21
**continued**
81:19
**controlled**
7:19
**conversation**

43:24 44:4
**copies**
46:3
**copy**
7:25 8:12 17:15
38:18 39:7,20,25
117:10,14
**Corona**
10:18 11:6 13:19
23:12,19 24:13
**correct**
18:8 26:3 44:24 53:3
53:24 61:15 65:7
76:17 79:15,25
88:10 90:18 91:9
95:4 96:9 97:20,23
109:19 110:16
116:10,13
**corrections**
114:5,7 116:14
**corridors**
83:10
**cost**
31:14
**counsel**
7:24 78:18
**count**
99:20
**Counter**
37:5
**counting**
104:10
**COUNTY**
1:3 116:5
**course**
5:24 38:5,9,12,13
40:16,17,25 79:22
92:22 94:11,11
100:7 107:8
**courses**
41:8
**court**
1:2 6:8 8:11 9:24
48:11 114:19
118:24
**Courts**

5:6
**CPLR**
5:15,23 6:12
**credits**
31:5,8
**crosstalk**
48:23
**Cuenito**
48:3
**currently**
11:17 13:9 18:20,23
25:24 29:23 30:10
31:6 33:22 35:4
36:11 46:13,18 47:3
**cut**
96:23 97:7,12 98:4
**C-U-E-N-C-A-N-I-...**
50:6
**C-U-E-N-I-T-O**
48:25
**C.P.L.R**
7:19

---

**D**

**d**
5:8 8:3,4 116:2 117:2
117:8,17
**damages**
113:12
**date**
25:13 26:18,21 34:19
35:15,17 42:7 44:8
73:9,22 74:6,12
77:7 78:7 79:14
81:6,12,16 87:19
89:12 91:24 93:9
95:18 98:19 100:24
114:10 118:25
**day**
22:5,7 45:18,20
65:23 68:19 69:19
73:13,14,18 74:21
74:23 75:3,9,13
76:4,5,15,21,24,25
77:15 79:16 81:9
82:5 84:19 85:5,8



85:23 89:11 90:7,19
91:20 93:20 98:8
99:13 100:4 108:25
113:4,7,8,15 116:21
**days**
68:25 69:3 114:16
**de**
30:7 36:19
**deemed**
7:17 114:18
**defect**
5:21
**Defendant**
2:6 3:14,18,23
**defendants**
1:11,19 8:20 39:25
**Defendant/Third-...**
3:8
**degree**
29:21 30:17,17
**degrees**
36:24 37:13
**deliver**
21:10
**delivers**
32:11
**demand**
27:14 40:7
**demands**
17:21 24:6
**Depending**
77:16
**deponent**
5:19 6:4,11,16,22
**deposed**
15:16
**deposing**
114:15
**deposition**
5:9,11,12,17 6:5,19
6:21 14:15,20 15:14
18:13 20:3 114:4,13
114:17,18
**DESANTIS**
3:23
**descending**

59:25 102:10
**Describe**
87:12 105:10
**DESCRIPTION**
117:9,18
**designated**
81:3 82:10
**determining**
6:24
**diabetes**
26:7,13
**dichloride**
19:6
**diclofenac**
18:24 19:7,8,10
**different**
59:20 67:18 86:13
**digits**
27:6,8
**dimensions**
101:4 102:19
**direct**
6:11
**direction**
6:14
**discount**
47:17,18
**Discovery**
39:25
**discussion**
10:23 73:8 113:5
**doctor**
22:17,22 34:5,16
35:3,6,13,18,22,25
36:11
**doctors**
22:8,10 36:7
**documents**
15:3,12 55:3
**doing**
8:23 9:20 15:18
32:16 50:11 53:7
57:19 58:13,20
75:15,20,22 81:24
82:24 96:4 108:10
114:9

**dot**
82:6
**Dr**
22:11
**dressed**
80:5,5 81:15
**dressing**
78:8,15,20
**drive**
33:11
**driver's**
33:9,10
**drugs**
18:14,18
**DULY**
8:5 118:7
**duties**
58:13

---

**E**

**E**
3:2,2 8:3,3 115:2
116:2,2,2 117:2,2,2
117:8,8,8,17,17
118:2,2
**earbuds**
92:6
**earlier**
54:20 79:13 90:16
91:7
**earning**
56:9
**eat**
81:11
**EC**
2:5 41:23 42:5,13
43:15,20 49:24
50:10 61:24 63:21
64:5,9,13,15 66:24
67:21 69:14 71:18
71:24 72:5 80:8,11
80:19,25 89:25 90:5
91:14,20 97:16
107:7,10,14
**economical**
31:21

**Ecuador**
16:4 29:25 31:19
36:21 37:10 49:13
**education**
29:19 30:15
**eight**
58:8 62:16 82:6
**Elbas**
22:11
**electric**
67:7
**electricians**
86:10,14
**electronically**
39:8,15
**elevated**
20:10
**Elizabeth**
55:20 57:3,4,20,23
59:15 61:9
**Elmsford**
3:19
**employed**
41:22,25
**employees**
89:25
**employer**
71:8 78:11 86:21
87:9
**enforce**
6:7
**English**
9:6 29:13
**enslaving**
53:13
**entire**
57:12 61:23 96:17
**entity**
72:22,25
**entrance**
101:25
**equipment**
80:17,20 86:18,20,24
**ERICA**
3:20
**errata**



114:7,10,12,15
116:15
**error**
5:22
**Escuela**
36:19
**ESQ**
3:5,11,16,20
**event**
7:3
**everybody**
41:12
**exact**
35:15,16 44:8
**exactly**
52:20 78:21
**examination**
2:12 5:24 7:8,12,15
7:16,21,25 8:9
117:4
**examined**
7:13,24 8:7
**examining**
6:17
**exchanged**
39:24
**expired**
38:25
**extent**
5:23
**eye**
34:5,16,25 35:6,13
35:18,22,24 36:6,11
**eyeglasses**
33:15,25 34:19 79:10
79:14
**e-mail**
45:13

──────── **F** ────────

**F**
117:2,8,17 118:2
**Facebook**
24:16
**facility**
23:8 34:9 35:10

**fail**
20:17,21 114:17
**failure**
7:6,14
**fair**
42:10
**fall**
51:20 60:12,12 110:5
110:12,21 111:21
112:7,19
**familiar**
72:22,25
**far**
33:19,21 103:3
111:19
**feed**
25:10
**feel**
106:14 109:5
**feet**
28:15 105:12,12
109:21 110:4,21
**fell**
105:23 106:9,10,17
107:19 109:12,18
110:5,12,15 111:4
111:12,21 112:10
**felt**
108:8,22
**female**
22:22 52:10
**fetal**
112:12
**filing**
7:20
**fill**
20:25 21:13
**fine**
27:11 112:23
**finish**
75:18 77:11,18,22
80:24 85:11 113:13
**finished**
61:11
**finishing**
90:21

**firm**
8:18 103:23
**first**
8:5 11:12 12:3 14:5
35:12 49:11 52:24
53:6,22,22 69:19
70:25 87:25 93:12
113:12
**five**
11:15 31:7,8,8,10
41:11 49:10 81:22
88:16 104:7,23
105:20 112:22
**fixing**
108:16
**floor**
3:4,19,24 11:12 14:5
67:14 68:5,13,13,14
68:14 74:20 75:8,12
76:4,6,17,20 77:3,9
77:12,14 81:17,18
82:17,25 83:7,12,17
83:19,20,23 84:3,6
85:12,15,23 86:3,8
86:16 87:3,10,14,22
87:24 88:9 89:19,20
89:22 90:23,25
96:14 97:8,11 98:7
98:16,20,22,24 99:3
99:6 100:12,13,14
106:11 110:6
**floors**
67:19 75:23 77:4,6,9
80:22 98:11
**follow**
17:17 21:21 24:3
27:20 28:11 36:9
39:21 77:20
**following**
25:12
**FOLLOWS**
8:8
**FOREGOING**
118:8
**foreman**
72:10

**form**
5:21 37:21 59:10
60:14 71:11 85:10
93:23 94:5,14
103:11 105:5
116:14
**forth**
6:7,25 118:7
**four**
20:7 23:15,20 24:13
27:6 81:22
**Four-year**
30:19
**framed**
5:18
**framing**
108:7,14
**Freddy**
43:3,8,11,25 44:5,9
44:10,22
**Freddy's**
43:4,14
**Friday**
62:21,23 75:6,7
**friend**
42:23 43:12,13,14,18
52:10,15,16 53:16
54:4,8,11
**friend's**
53:16 54:4,11
**front**
102:3,16
**full**
15:9
**fully**
80:4 84:15
**full-time**
31:11 55:9 62:18
**further**
61:13 118:10
**future**
17:12,13

──────── **G** ────────

**G**
116:2



OHIO 01515

**gang**
80:11 98:24
**gestures**
9:23
**getting**
76:14
**GILBERT**
3:13
**give**
12:13 27:9,14 47:18
55:11 63:23,25 64:8
69:25
**given**
5:12 68:19 77:15
106:25 116:12
118:9
**gives**
47:17
**glasses**
79:18,21
**gloves**
78:9
**go**
40:11 71:3,15 73:25
74:3,14 75:24 77:15
77:22 81:17,21,22
96:19,20
**goggles**
78:23 79:11,18,24
**going**
17:14 21:19 23:23
26:17 27:4 34:25
36:9 39:18,21 48:19
60:13 69:10 74:12
74:14 77:5 83:13
85:21 91:5,11
112:21 113:6
**good**
8:16 17:5 38:24
**grab**
92:18 98:13 106:20
106:21 108:5
**graduate**
36:14,18
**GRD**
1:17

**Green**
16:12,13,14 17:15
117:10
**ground**
103:9,24 110:23
111:7,13,22 112:7
112:10
**grounds**
6:25
**group**
23:8 34:8 35:10

---

**H**

**H**
8:3
**Half**
82:15
**hallway**
86:6,7,15
**hallways**
83:11
**hand**
9:23
**handle**
24:21,25
**hands**
104:25 108:6,18,20
112:7
**hang**
48:6
**happened**
38:21 44:17 47:7
48:8 77:13 105:21
111:25
**happening**
74:16
**happy**
9:10,16
**hardhat**
78:9 95:21 111:20
**harness**
106:23
**head**
9:23 111:21
**headphones**
92:6

**headquarters**
42:16
**health**
26:6,13
**heard**
28:21
**height**
28:13,14
**held**
2:15 10:23 73:8
**help**
111:8,10
**helped**
44:7
**helping**
30:14
**Henning**
3:8 8:18
**HEREINBEFORE**
118:7
**high**
26:6,7,13,14 36:14
36:17,24
**highest**
29:18
**hip**
19:14
**hired**
69:14
**hit**
110:23
**holding**
104:25 105:8,11,15
112:6
**home**
11:10 13:25 21:15
23:17 28:7 36:5
55:4
**honestly**
36:3 90:10 92:4
100:5 101:8 110:20
112:9
**hot**
74:7
**hour**
82:15 84:11,14 86:4

87:3
**hourly**
56:15 63:6
**hours**
18:12,16 53:15 62:14
82:19 84:4 88:5,8
88:13,19 96:13,16
**house**
21:4 39:9 57:9,20
58:3,7,20 61:10
66:9
**hurt**
60:17
**husband**
11:18 12:6,16,25
13:6 31:25
**husband's**
11:23 12:10

---

**I**

**Ibuprofen**
18:24 19:6,11
**ID**
28:3,5,9,12 69:20
70:3
**idea**
72:16
**ii**
6:6
**iii**
6:8
**immediately**
81:17
**imperative**
114:14
**improper**
6:9
**IMPROVEMENTS**
1:18 2:2
**inches**
28:15 103:5,6 111:17
**incident**
12:21,23 18:17 20:14
20:19 24:8 25:11,12
25:13,17,22 26:15
27:25 28:24 29:4



32:14 34:3,19,20
35:23 36:13 38:4
40:15 41:19,21 42:8
60:6,10 61:5,19
73:9,23 74:6,13,24
75:4,9,13,25 76:16
76:20 77:8 78:7
79:15 81:6,12,16,23
82:5,8,17,25 83:18
84:5,10,20,24 85:13
85:20 86:4,9,16
87:4,14,19,25 88:4
88:10,14,25 89:12
90:7,12 91:8,20,24
92:7,11 93:9,21
95:18,22,24 96:5,8
96:11 97:5 98:8,19
99:14 100:4,25
102:9,14 103:15
104:3,9,22 109:3,23

**include**
5:20

**Index**
1:7

**indicate**
107:15

**indicated**
72:18

**indicating**
71:18

**indication**
89:7

**inform**
92:23

**injuries**
61:6

**INSERT**
27:23

**inspect**
93:19,25 94:6,19

**inspected**
94:13,22

**Instagram**
24:17,20,22 25:16,22
26:3

**install**

108:3

**installing**
96:6 102:12 105:6
107:23,25 108:11

**instructed**
77:8

**instructions**
10:6 68:19 114:2

**insulation**
43:23 50:15,21 64:14
67:9 74:15 75:17,23
77:21 78:8,16,21
79:17 81:24 82:24
83:4 96:6,23 97:6,7
97:8,13,15,17,24
99:4,8,12,17,22,23
100:3,11 101:5,12
101:15,18,20,21
102:12 105:6,7,10
106:3 107:9,9,14,23
107:25 108:4,11,21
111:4 112:3

**intend**
17:7,11

**INTERESTED**
118:12

**interfere**
6:2

**Interior**
43:15 50:10 63:22
89:25

**interiors**
2:5 41:23 42:5,13
43:21 49:24 61:24
64:6,10,13,15 66:24
67:21 69:14 71:18
71:24 72:6 80:8,11
80:19,25 90:6 91:14
91:20 97:16 107:7
107:10,15

**interpret**
15:8

**interpreter**
4:3 8:25 10:9 15:8
60:25 65:7 68:8
78:17

**interrupt**
6:20

**involve**
58:20

**involved**
60:5,9 61:4

**iPad**
14:23

**Iphone**
47:6

**irregularity**
5:22

**issue**
48:22

**issues**
59:6,24 103:20

---

## J

**J**
8:4

**January**
16:7 51:6,23 53:6,21
54:17 55:6 56:23
59:15 65:6

**Jersey**
55:18,19 57:3,4,20
57:23 59:15 61:9

**job**
42:18 44:5,11 45:6
47:21 49:11 52:24
53:5,7,23 58:13,24
59:4,8 61:8 66:14
71:22 72:6 80:17

**jobsite**
66:22 68:23 69:11,15
70:11,16,21 71:4
80:9,13,21 81:3
84:25 85:4 86:19
90:6,23 91:8,12
93:4 104:19

**Jose**
36:19

**July**
42:9 60:7,10 61:5,20
62:15,15 64:25
69:17 70:22 76:10

91:16

**Junction**
34:12

**June**
42:11 45:22,25 47:12
47:21 50:21 55:7
64:24 65:4 69:16
70:22 80:13 113:9
113:16

---

## K

**K**
116:2

**keep**
80:12,19,23 81:4
98:14

**kids**
30:14

**kind**
79:19 81:8 108:16

**KINGS**
1:3

**knees**
19:15

**knew**
44:14 54:9

**knife**
97:6,14,16,16,19,25
98:3,9,10,11,18,23

**know**
9:16 21:7 23:9 27:12
28:6,21 34:7,10
35:8,11,15 39:12,14
41:6 42:14,15,24
43:10,17 48:8 52:3
52:14 53:18 54:6,12
54:14 56:5 57:5
62:11,13 63:23 64:7
64:15,19,21 67:11
68:17 70:17 71:13
72:4,7,8,9,11,15
77:14 83:15 85:6
86:12,22 89:13 90:8
91:17,25 98:11
100:18,22 101:6
106:10 109:11



110:24 111:17

**L**

**L**
5:2 8:3 116:2
**ladder**
58:21,23 59:7,14,19
59:23,24,25 60:3
87:5,6,12,16,18,21
87:23 88:3,7,13,24
89:7,8,11 90:4 93:8
93:12,16,19,25 94:8
94:13,22 95:17 96:7
96:11,15,17 97:3
101:11,18,21,22,22
102:4,4,6,10,10,11
102:13,23 103:3,8,9
103:13,14,21,23,25
104:6 105:22 106:4
106:5,6,14,17
107:19 108:9,23
109:7,7,13,18 110:3
110:9,15,22 111:16
112:19
**ladders**
59:3 87:11 89:14,19
89:20,22,24
**laptop**
14:22,24
**law**
8:18
**lawsuit**
8:20
**LAWYER'S**
119:2
**learn**
109:6
**leave**
27:16 49:18 52:22
53:11 61:8 66:8
73:19 85:4 98:12
**left**
51:11,13 84:24 85:3
90:21,22,23,23 91:8
92:13
**left-handed**

29:7
**Legal**
2:19
**legally**
18:3
**legs**
112:11
**LERNER**
3:20 8:14
**letterhead**
71:17
**letters**
89:15
**let's**
27:15,16 35:14
**level**
29:18
**liability**
113:11,13
**license**
33:9
**life**
31:24
**LIFERIEDGE**
3:13,16 8:13
**limitation**
6:7
**LINE**
115:4
**LinkedIn**
24:17
**Lisseth**
1:5 2:12 10:12 116:6
116:18 117:3
**little**
76:14
**live**
11:16 13:9,18,24
14:6
**lived**
11:13 54:8
**living**
12:20,24 13:4 18:25
**LLC**
1:9,10,13,14,17 8:22
8:22 72:23 73:3

**LLP**
3:8,18
**located**
23:11 34:11 36:20
40:23 42:13 48:5
49:4 52:6 57:22
62:3 65:17 83:6
102:14
**location**
12:20 45:17 61:18,23
**lock**
103:17
**locked**
103:13,16,19 109:8
**locking**
94:10,16 95:19
103:20
**Loja**
30:7 36:22
**long**
11:13 14:6 17:4 20:5
23:13 32:6 33:6
35:24 40:17 41:24
44:6 49:8 75:11
76:3,19 82:13,16
84:8 96:10 104:21
105:13 106:6
**longer**
39:3
**look**
39:13,19 84:21 89:14
94:7,24 95:7
**looked**
95:9,16
**looking**
44:5
**lose**
112:15,18
**lot**
99:15 105:18
**Lots**
88:15
**loudly**
9:3
**Louis**
56:3 57:25

**lunch**
82:11,14
**Lycamobile**
46:22
**L-O-J-A**
30:8

**M**

**M**
8:4 116:2
**machine**
67:8
**Magna**
2:19
**mail**
21:8 39:16
**making**
48:21
**MALDONADO**
4:3
**man**
69:20 70:24
**Management**
1:9,13 8:22 73:3
**Manhattan**
33:5 38:10 40:22
65:20,21
**Maria**
11:20 12:3,5
**MARRIAGE**
118:12
**married**
17:22,24 18:3,5
**mask**
78:23
**material**
111:3
**materials**
80:13,16,20 81:4
86:18,20,24
**matter**
106:8,12 118:13
**MCGINNIS**
3:13
**mean**
61:12 92:20 98:6



104:11
**meaning**
76:10 106:25
**means**
94:23
**measurements**
100:18
**media**
24:15 25:21,25
**medical**
25:11
**medication**
19:25 20:6 22:20
**medications**
18:21 19:16,23 20:15
20:18,22 21:24 22:9
22:16
**meet**
45:6
**meeting**
81:8,9
**meetings**
66:18 70:18
**memory**
21:16
**mention**
74:19
**message**
39:16 45:15 50:17
**messages**
46:4,9
**metal**
87:15
**military**
29:10
**MILLER**
3:18
**milligrams**
22:3
**mine**
42:24
**minutes**
41:12 57:16 66:14
104:23
**missed**
40:5

**mistake**
65:8
**mixed**
62:7,12
**MOLOD**
3:23
**mom**
12:5,15 32:18,20
**moment**
102:8,14 104:9
108:10 109:23
**Monday**
62:21,23 75:5
**Monica**
52:12
**Monica's**
52:13
**month**
13:13 34:17 35:13,14
42:3 56:12 61:23
62:19 63:18 64:13
66:23 67:4,16,23
68:23 71:4 76:8,10
76:10,12,22 104:19
**months**
20:7 23:15,21 24:13
51:5 55:17 57:12
**Mordy**
48:20
**morning**
8:16 19:17,19,23
20:3,23 21:25 69:6
74:25 81:25 88:25
90:12 94:3
**mother**
11:18 12:25 13:6
**motion**
7:9
**motor**
60:11
**move**
7:7 14:10 40:8
108:23
**moved**
109:7,11
**moving**

105:22 106:7,9,14
108:9
**Mulino**
33:3
**muscles**
19:11

———————————————
N
———————————————
**N**
3:2 5:2 8:3 116:2,2
117:2,2,8,17,17,17
**name**
8:16 10:11,25 11:23
12:10 19:4 21:12,17
22:23 23:4,18 34:7
35:8 36:6 38:11
42:21,25 43:4,17
45:3 50:3 51:3 52:3
52:11,13,14 55:5,24
56:4 70:4,6 71:19
72:3,4,16 79:7
**names**
11:19 12:3,7,14 22:9
67:11
**necessary**
114:5
**neck**
19:14
**need**
9:9,14,21 35:16
**needed**
113:15
**never**
60:8 61:7 81:10
89:14 90:14 107:5
**new**
1:2 2:18 3:4,4,10,10
3:15,19,24,24 8:7
10:17 11:6 13:19
35:20 55:18,19 57:3
57:4,20,23 59:15
61:9 62:9 65:14
116:3 118:5
**nicknames**
10:14
**night**

19:17,20,21 20:23
21:25 69:6,8 74:8
74:10
**Nine**
33:8
**noises**
107:20 111:9
**Notary**
2:17 7:14 8:6 116:25
118:4,24
**Note**
15:22 24:4 26:9
39:10,23 119:2
**noted**
5:10 113:17 114:12
116:15
**notes**
14:25 119:2
**noticed**
89:14
**number**
11:8 26:25 27:5,22
28:3,5,9,12 83:22
117:13,19

———————————————
O
———————————————
**O**
5:2 8:4 116:2 117:2,8
117:17,17
**oath**
15:18 116:8,11
**object**
7:6 60:14
**objection**
5:16 7:9 15:23 24:5
26:10 37:20 39:11
39:24 59:9 71:10
85:9 93:22 94:4,18
103:10 105:4 109:9
**objections**
5:9,13
**obstructing**
102:5
**obstructive**
79:19
**obtain**



OHIO 01519

29:21 37:7,25
**obtained**
36:23
**obtaining**
30:16
**Obviously**
85:24 113:10
**occasions**
59:13,22
**occur**
74:24 75:4
**occurred**
34:20 48:24 75:9
    76:3,21 81:24 82:8
    82:18 83:3 84:5,10
    84:24 85:14,21 86:4
    86:9,16 87:4,14,20
    87:25 88:4,10,14,25
    90:13 91:9 92:8,12
    93:10 95:22,25 96:5
    96:8,12 97:5 102:9
    102:15 103:15
    104:3,9,22 109:24
**occurring**
83:18
**office**
14:16 80:8
**officer**
5:10 70:21
**off-the-record**
10:22 73:7
**oh**
11:25
**Okay**
9:13 10:19 11:5 15:5
    15:11 19:5,13,22
    22:19 23:16 25:7
    28:11,17,21 35:16
    35:22 36:9 39:14,18
    40:4,9 42:21 44:24
    48:15,18 52:21
    62:10 63:21 71:3
    72:17 73:25 76:9
    77:7 78:15 81:23
    83:12 88:7 94:7,21
    95:16 99:11,24

101:17 108:8,22
    109:17
**old**
47:18
**Oliver**
3:5 19:9
**Once**
59:17
**ones**
59:20 77:19
**online**
29:22,24 30:25 31:4
**onsite**
84:19
**open**
94:24 110:18 113:11
**opened**
95:8
**opening**
94:9,15 95:3,18
**opportunities**
45:9
**order**
2:16 6:7 21:8 72:7
**orders**
63:24
**orientation**
69:22 70:9
**original**
7:15,21 114:15
**OSHA**
37:15,17,18,24 38:15
    38:16,18,21 39:19
    40:16 54:18,19,22
    69:20,25 117:14
**OUTCOME**
118:13
**outside**
67:9
**overlap**
15:10
**overtime**
63:4
**OWAID**
3:5 15:22 17:18 19:7
    21:23 22:12 24:4

26:9,21 27:8,13
    37:20 39:10,23 40:9
    41:11 43:8 59:9
    60:13,19,23 65:5
    68:3 71:10 85:9,16
    93:22 94:4,17 97:21
    101:12 103:10
    105:4 109:9 112:16
    112:21 113:3
**OWAIS**
95:5
**owned**
72:12 86:20 87:6
**owner**
55:22,24 72:19,19

---

## P

**P**
3:2,2 5:2
**packages**
32:11
**PAGE**
115:4 117:4,9,18
**PAGE/LINE**
119:2
**paid**
54:22 56:6,15 63:6,9
    63:13,15
**pain**
19:12,13
**paint**
58:17
**painting**
57:21 58:14
**pants**
78:24 79:3
**part**
19:13 56:18 58:9
    67:15 102:23
**particular**
30:6 67:14 68:18
    74:19 83:19 84:3,9
    85:7 89:11 100:24
    104:6
**particularly**
67:21

**parties**
5:4,7 6:22 118:11
**party**
6:17
**pay**
13:11 53:12
**paying**
13:15
**PCP**
117:12
**pedagogy**
30:12
**pending**
9:11
**people**
58:4,5,6,8 67:7 77:24
    86:6 90:5 93:4
**percent**
85:19
**percentage**
85:17
**perfect**
95:20
**permit**
16:19 33:10
**permitted**
5:23
**person**
5:13 6:10 42:25
    44:19 70:10 92:11
    92:22
**persons**
5:25
**pharmacy**
21:10,11,12,17,21
    117:11
**phone**
46:6,23 47:7,11,19
    50:16 92:18
**phones**
47:9
**phonetic**
18:25 22:11 44:20
    45:4
**photographs**
15:13



OHIO 01520

physical
61:6
physician
22:25 23:5,11,14,19
  23:25 24:9,12
pick
98:18
piece
105:10,14
pieces
99:11,16
PILLINGER
3:18
place
2:15 45:10,20 77:5
  84:14 108:6
placing
108:16
plainly
6:8
Plains
3:15
plaintiff
1:6 2:3,13 3:3 113:3
Plaintiffs
1:15 3:9
Plaintiff's
113:8
please
8:25 9:15,25 11:3,19
  11:23 12:14 15:7
  17:20 24:25 27:7,19
  39:19 61:3 114:4,9
plenty
100:9
Point
13:20,22
position
112:13
post
25:9
pounds
28:20 105:20
prejudice
6:10
prep

32:21
preparation
15:13
prescribe
22:8,17
prescribes
22:19
prescription
21:9 35:21
prescriptions
21:3,13
present
4:2 68:22 69:15
preserve
6:5
pressure
26:7,14
pre-shift
66:17 81:8
primary
22:24 23:4,10,14,19
  23:25 24:8,11
prior
13:18 18:12,16 38:4
  40:12 50:21 83:17
privacy
26:20
private
11:10 13:25
privilege
6:6
problem
21:23 60:4
proceed
5:12
process
17:10 107:22
projects
91:15
proper
94:14
properly
94:9,12,15 95:3,8,19
provide
7:23
provided

6:12 7:18 78:11
provider
46:14,14,17
provision
5:7
Psycho
30:12
Public
2:17 7:14 8:6 116:25
  118:4,24
pulling
67:8
purpose
6:21,23
pursuant
2:15 5:14
pushing
108:7,12,13
put
26:19 27:6,13,19
  74:15 75:19 77:21
  96:23 98:4
putting
77:19,25 79:17 83:4
  112:3
P.C
3:23
p.m
113:17

_____
Q
Queens
10:17 18:6 34:13
  49:5,6
question
6:8,17,24 7:6 9:12,15
  9:18 15:6 54:3
  60:20 61:3 65:3,5
  65:11 73:21 92:14
  95:5,11 112:17
questioning
5:20 6:3 7:23
questions
6:4 9:4,22 15:18
  27:19 113:14

_____
R
R
3:2 8:3,4 115:2,2
  117:8,17 118:2
rain
74:8
raised
5:16
reach
52:17
read
12:12 29:12,15 65:10
  65:13 95:11,15
  114:4 116:7
ready
43:6
Realty
1:9,13 8:22 72:23
reason
7:3 34:22 114:6
receipt
114:16
recess
41:14 57:17 112:24
recognize
5:7
recollection
23:18 28:8 36:6 55:5
recommended
42:19,22
record
7:4 10:21 12:11
  26:19 27:7,9,17
  65:12 73:6 95:14
  113:5,10 116:10,12
  118:8
recreational
18:14,18
reduce
17:20
refer
54:4
referred
43:14,18 44:18,21
  52:8 54:10



OHIO 01521

**referring**
15:3 84:17 106:3
  107:7
**refresh**
21:16 23:17 28:8
  36:5 55:4
**refusal**
6:13
**regard**
25:10 93:8
**regardless**
69:9
**regular**
37:24,24
**RELATED**
118:10
**relation**
101:10 111:12,16
**relaxing**
19:10
**relief**
5:14
**remain**
111:20
**remainder**
6:18
**remember**
19:3 21:14 22:4,18
  22:23 23:6 36:3
  38:3,7,10 40:18,24
  41:3 42:6 44:8 51:3
  51:11 52:5,7,20
  63:11 66:5 69:18
  70:8 71:21 83:22
  86:17 92:4 100:5
  110:20 112:5,9,14
**Remo**
12:17
**REMODELING**
2:5
**rent**
13:8,10,11,15 14:8
**repeat**
61:3 78:18
**rephrase**
9:16

**report**
63:17 71:24
**reported**
63:19
**reporter**
2:17 8:11 9:24 12:12
  48:11 65:13 95:15
  118:3,24
**represent**
8:19
**request**
5:19 21:20 23:24
  39:21
**required**
19:22 20:18,22
**reserved**
7:11
**resident**
16:11
**residential**
57:7 62:7,12 83:13
**respective**
5:4
**respond**
15:9
**responses**
9:4,21 10:3
**rest**
51:12 85:22 110:10
**restaurant**
32:22,24,25 47:23,24
  48:5 49:3,9,16,19
  49:21 50:4 51:10,16
  52:22 53:11,13,14
**result**
112:19
**return**
7:15 114:14
**returned**
51:13
**review**
15:12
**rid**
47:14
**right**
5:13 6:6,18 11:6

29:22 65:6 68:7
  102:16
**rights**
7:18
**right-handed**
29:6,8
**Rissoff**
2:14 3:11 8:10,17
  10:20,24 17:14 19:8
  21:19 23:23 27:11
  27:15 40:4 41:13
  43:9 48:9,15,18
  60:18,21 65:9 68:10
  73:5 78:19 85:18
  95:10 101:14
  112:23 117:5
**Road**
3:19 13:20,21
**Rodriguez**
43:5
**role**
72:5
**rolls**
99:16,17 100:3,11
  101:5,9,18 107:14
**room**
14:19 83:21,21,22,24
  84:3,9,11 86:3,5,25
  87:7,13 91:23 92:7
  93:13,17 97:4 98:6
  99:5,7,8,12,18,21
  99:24 100:3,16,24
  101:11,16,23,25
  102:13 111:5
**rooms**
75:15 83:9
**rule**
5:5,8,23,24 6:12
**rules**
5:6 7:2,18 9:8
**rung**
104:8,22 109:22
**rungs**
104:5,13
**rushing**
84:13 85:8

**R-E-M-O**
12:19

—————— **S** ——————
**S**
3:2 5:2,2 8:3,3,4
  117:2,2,2,8,8,17,17
**safety**
1:17 37:22 69:13
  70:20 79:24 81:8
  106:23
**Salads**
32:21
**Samsung**
46:25 47:3
**San**
36:19
**SARDAR**
8:15 12:8 48:6,13,16
  48:21 57:15
**save**
46:10
**saw**
34:15 35:13,23 70:24
**school**
36:15,17,25 38:11
  40:11
**SCHWITZER**
3:3
**scream**
107:20
**second**
2:3,6 3:4 68:5,6,12
  68:14 77:3 104:12
  109:22 113:15
**seconds**
106:8,13,13,16,19
  107:18
**Section**
7:2
**secure**
103:9
**secured**
109:8
**security**
26:24 27:5,22 117:13



117:19
see
  8:23 9:20 33:18 34:6
    35:14 90:3 91:18
    92:3
seeing
  23:13,20 24:12 35:4
    35:6,12,17,24 36:11
    36:12
seek
  47:20
Segundo
  33:3
semester
  31:16,17
send
  40:7 45:23 46:9
sends
  21:11
sent
  39:14 45:9
separate
  95:6
served
  29:9
service
  21:5,9
Services
  2:19
set
  6:7,25 113:7 118:7
seven
  66:4 67:19,22,25
    68:15 74:22 75:24
    82:3
seventh
  68:5,6,13,14 77:11
    81:17 82:17,25 83:7
    83:16,19,20,23 84:3
    84:6 85:12,15,23
    86:3,8,15 87:3,13
    87:22,24 88:9 96:14
    98:7 99:6
shaking
  9:23
sheet

71:5,7,12,20 114:7
    114:10,12,15
    116:15
sheetrock
  43:22 75:18,19 77:20
    77:23,25 101:10,13
shirt
  78:24 79:4
Shorthand
  2:16 118:3
shoulder
  105:3
shoulders
  19:15
sic
  11:4 19:6 101:10
side
  101:24 105:22,23
    106:7,7,14,15 108:9
    108:9,23,23 109:7,7
    110:13
sides
  103:16 109:8
sign
  71:12,15 114:9
signage
  70:6 79:6
signed
  7:12 71:20 116:20
significant
  6:10
signing
  114:11
sign-in
  71:5,7,20
site
  57:8 69:13 70:20
    80:17
six
  51:4 55:16 57:12
    103:7 110:4
sixth
  98:21,22
six-foot
  87:15
slip

60:12
Smith
  3:8 8:18
smoke
  41:16,18
Snapchat
  24:16
social
  24:15 25:20,25 26:24
    27:5,21 117:13,19
solely
  89:24
somebody
  71:23 86:21
sorry
  12:8 16:18 37:9
    57:16 78:17 101:14
    112:16
space
  27:16 114:7
spaces
  25:7
Spanish
  4:3 8:24 9:5 29:16
    40:20 64:3 65:6
speak
  9:3 44:10 50:16
    72:17 90:11,17
specific
  77:5
specifically
  8:21 58:12 82:23
spell
  10:25 11:21 12:18
    24:24 48:4,7,14,20
    50:5
spelled
  48:10 50:5
spelling
  12:9
SPITZ
  3:23
spoke
  50:9 90:14
SS
  116:4

stable
  103:24
stages
  77:16
stand
  30:5
standing
  102:11,12 110:22
Star
  1:9 8:22 73:3
STARS
  1:13
start
  9:9 30:20 35:12,17
    42:4 66:4,14 71:13
    81:18,20 108:7
started
  32:8,9 42:11 45:18
    45:20 50:10 51:14
    51:22 55:12 64:9,16
    64:23 65:4 66:19
    70:11 81:7 82:4
    94:3 103:24 105:22
    106:9
starting
  45:7 69:23
state
  1:2 2:18 8:6 114:6
    116:3 118:4
stated
  5:17 7:4
statement
  5:21 6:15
statements
  6:2
States
  16:6,20,23 18:7
    31:23 49:12
stay
  80:24
stayed
  111:24
steel
  104:15
Steve
  65:6



MAGNA
LEGAL SERVICES

OHIO 01523

**Steven**
4:3 10:24 48:19
60:23
**STIPULATED**
5:3
**stop**
51:9
**stopped**
47:22
**stored**
39:8
**stories**
25:10
**straight**
112:12
**street**
3:14 11:3 61:21 62:4
64:17 65:18 66:23
72:14 74:15,17,18
**strike**
7:7
**studied**
29:20
**studying**
29:22,23 30:11,20
**subdivision**
6:13
**subdivisions**
5:8
**subject**
5:12 38:13 114:11
**SUBSCRIBED**
116:20
**substance**
116:14
**succinct**
6:15
**succinctly**
5:17 7:4
**suggest**
5:18
**suit**
78:22,25
**summer**
51:21
**summertime**

51:19
**supervise**
92:25 93:5
**supervisor**
63:19
**suppose**
86:22
**supposed**
68:18
**SUPREME**
1:2
**sure**
8:25 9:25 41:13 94:8
94:25 95:7,13
**surveillance**
91:22
**sustained**
61:6
**sworn**
7:13 8:5 118:7

——— **T** ———
**t**
5:2,2 8:3 49:21 115:2
116:2 117:2,8,17
118:2,2
**table**
97:9 98:24
**tag**
70:4
**take**
9:9,25 17:19 19:16
19:22,25 20:17,18
20:21,23 22:3,5,20
24:5 39:19 40:6
41:8,11 55:23 57:15
65:25 66:3,6 73:12
82:7,13 94:7 112:22
**taken**
2:13,16 5:11 7:17
41:15 57:18 112:25
116:8
**talk**
69:24
**talking**
31:18 53:19,20 67:20

**talks**
70:13
**tall**
102:20 110:3
**TARALLO**
3:18
**task**
58:16
**Taveras**
22:11
**Tax**
28:3,5,9,12
**Taxi**
14:18
**Taxter**
3:19
**Tecnica**
30:6
**tell**
58:12 71:15 91:4,11
102:19 110:24
**temporary**
16:11
**ten**
17:6 53:14 88:18,23
89:3,4 108:24
**tenants**
64:22
**Teo**
44:20,21,24 45:4,6
50:9 51:5 63:20
64:8 68:19,21 71:14
71:22 72:7 74:10
84:17 91:7,19 92:21
92:24 93:3,6
**testified**
8:7 53:21 54:20
75:22 78:19 79:13
90:16 91:7 94:21
109:17
**testimony**
7:7 116:8,11 118:6,9
**text**
39:15 45:13,15 46:3
46:9 50:17,19 68:21
69:4,9 74:10

**Thank**
19:9 101:15
**thee**
96:8
**Theo**
44:19
**thing**
27:10 84:12 98:9
**things**
60:17
**think**
21:18 22:12 28:10
36:8 50:5 54:25
78:5 83:10 87:10
97:18 107:12,21
**third**
3:9 75:12 76:4,6,16
76:20
**Third-Party**
1:15,19 2:3,6 3:18
**thirty**
114:16
**thought**
11:25
**three**
75:10 81:21
**threw**
38:22
**throw**
38:23
**Thursday**
75:5
**thyroid**
19:3 20:4,6,9 22:21
**time**
2:15 7:9 10:23 12:21
12:23 20:14,19 24:7
24:12 25:17,21
26:15 27:25 28:24
29:3 32:13,16 34:3
34:15,20 35:23
36:13 41:15,18,21
44:6 48:24 51:12,15
54:9 56:10 57:18
66:8,11 70:14,15,25
73:8,10 77:15 82:10



OHIO 01524

84:23 85:6,13 87:21
88:3 89:5 90:21
92:11 93:8 95:22,24
96:5,8,17 97:4
108:23 112:25
113:17
**times**
88:12,15,18,21,24
108:24
**tip**
104:15
**Tishawn**
11:20,24 12:4,5
**title**
56:21 63:21 72:6
**today**
8:12 14:15,17 15:14
15:19 18:13 25:14
34:23 85:12
**told**
45:16 69:25 76:15
94:23
**tool**
82:21
**toolbox**
70:13 98:23
**tools**
80:12,24 111:4
**top**
104:7,10,12,13
109:14,22 110:11
110:15
**TORRES**
2:16 118:3,24
**touching**
102:24
**Tourist**
17:3,4,16
**trades**
89:23 93:4
**train**
65:24,25 66:6 73:12
73:24,25
**training**
40:10,12,14 41:9
54:15,22 55:12 64:8

**trains**
66:3
**transcript**
27:17 114:17,18
116:7,9 118:8
**transfer**
66:5
**translate**
48:12 60:20,24
**translated**
9:5
**translating**
68:4
**translator**
48:14
**treatment**
25:12
**trial**
2:12 5:6 7:10
**trip**
60:11
**true**
116:9,13 118:8
**trying**
75:24
**Tuesday**
75:5
**two**
16:16 57:15 66:3
67:19,22,25 68:15
74:22 75:23 81:20
82:19 84:4 88:5,8
88:13,18 96:13,16
100:8,10 104:10,13
104:14 105:12
106:16,19 107:18
108:5 113:8
**type**
16:25 37:4 43:20
46:23 50:12 59:3
60:6,10 62:6,10
70:18 82:23 106:22
**T-E-O**
44:24
**T-I-S-H-A-W-N**
11:22

**U**

**U**
5:2 117:8
**Uber**
32:17
**underlying**
26:5,12
**understand**
9:15,18 10:5,8 15:6
48:17 53:4 59:11
75:21 93:24 94:6,19
103:12
**understanding**
75:25
**understands**
60:22
**understood**
65:19 68:9
**Uniform**
5:6
**union**
56:19
**United**
16:5,20,22 18:7
31:22 49:12
**Universidad**
30:6
**university**
29:20 30:3,21 31:13
31:19
**use**
21:6,13 58:23 59:4,7
59:14,18,23 62:7,12
80:21 86:19 88:12
89:21,23 97:7 98:10
**UTPL**
30:4
**U.S**
15:21 16:8

**V**

**vehicle**
33:13 60:11
**verbal**
9:22 10:3

**verify**
23:22
**VIRTUAL**
2:9
**Visa**
16:24,25 17:5,16

**W**

**W**
1:13 116:2 117:2
**Wait**
48:6
**Waitress**
49:17
**waived**
7:22
**waiver**
7:8,17
**wall**
96:24 97:9 102:16,18
102:20,24 103:4
107:23 108:6,13,17
108:18 112:4
**walls**
83:5
**want**
48:13 49:18 52:18,21
53:10 68:10 95:12
**wanted**
39:3
**wasn't**
69:3 71:22 92:15,16
106:24 107:4
**way**
81:19 99:21 118:12
**wear**
33:15,17 82:21 92:5
**wearing**
33:22,25 34:18,23
70:5 78:6,16,20,24
79:10,14,25 95:21
104:15 106:22
**weather**
74:5
**Wednesday**
75:5



week
56:13,14 59:17 63:8
    63:10 74:23 75:4,14
    76:6,22
weekends
62:25
Weekly
56:17
weigh
105:17
weight
28:13,17,23 29:3
went
38:9 71:14 103:8
weren't
106:25
West
1:9 8:21 61:21 62:4
    64:16 65:18 66:23
    72:13,23 74:15,16
    74:18 91:16
we'll
17:16,18 21:21 23:25
    24:5 26:18 27:6,20
    28:11 40:7,8
we're
8:23 9:20 15:18
    23:23 39:20 113:6
white
3:15 69:20 78:22
wide
102:20 105:12
WILLIAM
3:3
window
92:13 111:14,15
withdrawn
32:12 43:7 52:23
    59:12 61:17 65:16
    80:18
witness
7:13,24 8:4 114:2
    117:3
WITNESS(ES)
118:6,9
Wood

3:8 8:18
wording
79:6
work
16:20 32:4,18,21
    37:5 39:5 43:20
    44:9,15,15 47:13
    49:19 50:12,21
    52:18,22 53:10,14
    53:17 54:5,11 55:9
    55:15 57:4,11 58:19
    61:13 62:18,24 63:4
    64:5,12 65:22 66:12
    66:19 67:7,18 68:12
    68:18 69:5,21,23
    71:16 73:10,13,17
    73:22 74:11,20 75:8
    77:15,25 78:9 79:20
    80:4,5,7 81:7,13,15
    81:25 82:24 84:22
    85:14,22 86:11
    89:17 92:15,25 93:5
worked
44:12 49:22,23 51:16
    52:25 53:5,23 54:6
    55:6,16 56:7,22,25
    57:12 59:14 62:19
    63:18 66:24 67:5,17
    68:24 69:16 70:7,15
    70:23 72:19 76:19
    78:3 100:23 104:19
Worker
56:24
workers
77:18
working
32:6,8,9,12,13 33:6
    42:4 47:22,25 49:9
    49:21 50:10 51:5,9
    51:14,22 54:16
    55:12 58:3,6,10
    60:3 61:16,19,22,24
    64:9,16,23 65:4
    66:22 67:4,16,22,23
    70:11 72:13 75:12
    75:16 76:3,5,13,16

77:9 81:18,19 82:16
    83:17 84:4,9 85:25
    86:7,15 88:6,9 90:6
    90:24 91:14,24 92:7
    93:14 94:12,15 95:3
    98:7 99:5,13,19,25
    100:17 102:17,19
workplace
60:6
works
32:3
worn
104:18
worries
65:9
write
29:12,15
writing
17:17,20 21:22 24:3
    27:21 28:12 36:10
    39:22 89:6 107:13
written
89:15
wrote
45:8,12
www.MagnaLS.com
2:20

X

x
1:4,12,20 2:7 117:2,8
    117:17
XX/XX
26:23

Y

Yeah
27:24 48:16 60:18
    85:18 95:4
year
14:7 26:19 30:22
    32:8,9 35:18,19,20
    38:6
years
11:15 16:16 17:6
    33:8 49:10

York
1:2 2:18 3:4,4,10,10
    3:15,19,24,24 8:7
    10:18 11:6 13:19
    116:3 118:5

Z

Zoom
8:24 9:21

$

$1,200
31:15 63:14,14
$2,300
13:17
$2,500
13:12
$350
54:25
$850
56:11

1

1
68:15
10
3:4,14
10017
3:4,10
10018
3:24
10523
3:19
10606
3:15
11:17
2:10
11:30
74:25 96:3,3
113-14
13:20,21
12
82:12
12th
113:16
14



13:20,21
**1430**
3:24
**15**
66:14 88:21,23
108:24
**15th**
16:7 42:9,11 60:7,10
61:5,20
**150**
29:5
**153**
1:9,13 8:21 72:23
91:16
**153rd**
61:21 62:4 64:16
65:18 66:23 72:13
74:15,17,18
**17**
117:10
**193**
28:18,19

**— 2 —**
**2**
68:15 81:25
**20**
41:4
**2014**
37:9
**2015**
62:15
**2016**
16:7 31:23
**2020**
14:12 47:12
**2021**
51:17,18,19 53:19
**2022**
12:21,24 13:5,16
16:19 18:17 24:7
25:18 28:24 32:14
34:3 35:3,7 40:12
41:4 42:9,11 46:7
46:15,21 47:21
50:22 51:6,24 53:6

53:21 54:17 55:7,7
56:23 59:16 60:7,11
61:5,20 62:15 64:20
64:24 65:4 69:17
70:22 80:14 81:3
91:16
**2023**
16:17 17:25 47:10
**2024**
30:23
**2025**
2:9 116:9 118:25
**21**
41:4 117:11
**21st**
3:24
**22**
20:12
**221**
5:5
**221.2**
7:2
**24**
16:18 18:12,16 25:4
117:12 118:25
**24th**
2:9 116:8
**27**
117:13,19
**270**
74:14,16

**— 3 —**
**3**
68:15 81:25
**3:23**
113:17
**30**
114:16
**31**
5:15
**3115**
5:8,23 6:12
**3116**
7:18
**3117**

7:18
**39**
117:14

**— 4 —**
**4**
28:15 68:15 81:25
**4:00**
62:16
**40**
38:15,19 39:19 54:19
117:14
**40-hour**
37:18 40:18 41:7

**— 5 —**
**5**
28:15 68:16 81:25
**5th**
3:19
**5.04**
28:14
**520767/2022**
1:7
**555**
3:19

**— 6 —**
**6**
68:16 81:25
**6:30**
66:10
**620**
1:9,13 8:21 61:21
62:3 64:16 65:18
66:22 72:13,23
74:18 91:16
**685**
3:9

**— 7 —**
**7**
68:16
**7:45**
66:15 73:11 80:6
**75**

85:19

**— 8 —**
**8**
117:5
**8:00**
82:4
**820**
3:4
**866)624-6221**
2:19

**— 9 —**
**9th**
113:9
**93**
26:23
**9842**
10:17 11:8 13:18
14:11
**9912**
49:7

