UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
Ohio Security Insurance
Company,
            Plaintiff,                  24-cv-8267 (JSR)
    -v-                                 ORDER
Southwest Marine and General
Insurance Company,
            Defendant.
```

JED S. RAKOFF, U.S.D.J.:

    Plaintiff Ohio Security Insurance Company ("Ohio") moves for summary judgment seeking (i) a declaratory judgment that Defendant Southwest Marine and General Insurance Company ("Southwest") is required to defend and indemnify 620 W 153 Realty LLC ("620"), On Star Management ("On Star"), and Batco Associates ("Batco") in an underlying action in New York State Supreme Court, (ii) a declaratory judgment that Southwest's insurance policy is primary to Ohio's policy, and (iii) a money judgment in a specified amount, plus interest. See ECF No. 13. Southwest cross-moves for partial summary judgment, arguing that Ohio does not have standing to sue on behalf of On Star and 620 and seeking a declaratory judgment that Southwest does not owe a duty to defend and indemnify 620 and On Star. See ECF Nos. 19, 20, 21.

    After receiving full briefing from each side, the Court held oral argument on July 2, 2025. Now, after full consideration, the Court hereby grants in part and denies in part both parties' motions.

1

Specifically, the Court denies defendant's request for this Court to find that plaintiff has no standing to assert a claim on behalf of On Star and 620. Further, the Court grants plaintiff's request for a declaratory judgment that Southwest is required to defend 620 and Batco, but denies the request with respect to On Star. The Court also hereby grants plaintiff's request for a declaratory judgment that Southwest's policy is primary to Ohio's policy. The Court reserves judgment on the question of whether defendant will be required to indemnify 620, Batco, and On Star. Finally, defendant must reimburse plaintiff for the costs incurred in defending Batco in the underlying action.

An opinion setting forth the reasons for this ruling will issue in due course.

The Clerk of Court is respectfully directed to close the motions at docket numbers 13, 19, 20, and 21.

SO ORDERED.

New York, NY
August 15, 2025

_____
JED S. RAKOFF, U.S.D.J.